IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **In re:**<br><br>**903 LAKE FRONT DRIVE, LLC,**<br><br>Debtor. | Case No. 24-11815-MCR<br>Chapter 11 |

### NOTICE OF APPEARANCE OF COUNSEL FOR
### UNITED STATES TRUSTEE FOR REGION 4

To the Clerk of the Court:

    Kindly enter the appearance of Lisa Yonka Stevens as counsel for the United States Trustee for Region 4 in this case.

Dated: March 5, 2024

        **GERARD R. VETTER**
        Acting United States Trustee for Region 4
        By Counsel:

        */s/ Lisa Yonka Stevens*
        Lisa Yonka Stevens, Bar No. 27728
        6305 Ivy Lane, Suite 600
        Greenbelt, Maryland  20770
        Tel.: (301) 344-6219
        Fax: (301) 344-8431
        Email: Lisa.Y.Stevens@usdoj.gov

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 5, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Appearance of Counsel for United States Trustee will be served electronically by the Court's CM/ECF system on the following:

- US Trustee - Greenbelt     USTPRegion04.GB.ECF@USDOJ.GOV
- Charles Earl Walton    cwalton@cwaltonlaw.com, mhall@cwaltonlaw.com,cwaltonlaw@gmail.com;waltoncr91773@notify.bestcase.com,msolomon@cwaltonlaw.com

                                                    */s/ Lisa Yonka Stevens*
                                                   Lisa Yonka Stevens