Certificate Number: 15111-MD-DE-038305837

Bankruptcy Case Number: 24-11815



15111-MD-DE-038305837

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 20, 2024, at 11:51 o'clock PM EDT, Marterese Veronica Green as Sole Member and Owner of 903 Lake Front Drive LLC completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date: March 22, 2024

By: /s/Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education