IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **IN RE:** | * | |
| | * | |
| **903 Lake Front Drive, LLC** | * | **Case No.:** 24-11815 |
| | * | |
| | * | **Chapter 11** |
| | * | |
| **Debtors** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### APPLICATION FOR APPROVAL OF EMPLOYMENT OF
### CHARLES E. WALTON, ESQUIRE, AND WALTON LAW GROUP, LLC.
### AS COUNSEL FOR THE DEBTOR

Debtor 903 Lake Front Drive, LLC, your applicant, hereby requests approval of employment of counsel, and for cause, state as follows:

1.     Debtor 903 Lake Front Drive, LLC [the "Debtor" or your "Applicant"] commenced this case by filing a voluntary petition under Chapter 11 of the United States Bankruptcy Code on March 4, 2024 [the "Petition Date"]. Since the filing of your Applicant's petition, Debtor has been managing the affairs as a debtor-in-possession pursuant to the Code.

2     This Court has jurisdiction over this matter.

3.     This proposed application for Debtor has required counsel to take ample time to consider the scope and requirements of the above-referenced case, the likelihood of the case succeeding after discussing the matter with the client and considering all interested parties, outstanding issues before the Court, prior to filing an application to employ.

4.     Your Applicants seek Court approval of the employment of Charles E. Walton, Esquire, and the Walton Law Group, LLC [collectively referred to herein as "WLG"], as attorney and Law Firm, effective on March 1, 2024, to represent 903 Lake Front Drive, LLC in

a Chapter 11 proceedings. The professional services which WLG will provide to your Applicants include but are not limited to the following:

    a. Prepare and file all necessary bankruptcy pleadings on behalf of the Debtor.

    b. Negotiate with secured creditors regarding post-petition payments and a Chapter 11 Plan.

    c. Representation with respect to Adversary and other proceedings in connection with the Bankruptcy.

    d. Prepare Debtor status reports and assist with preparing monthly operating reports, disclosure statements, and a reorganization plan.

    e. Prepare and respond to all necessary pleadings and requests from the court, trustee, creditors, and any other interested party.

    f. To advise the debtor regarding its powers and duties as a debtor in its continued and future financial affairs.

5. Counsel for the Debtor has interfaced with the Debtor continuously, and counsel has interfaced with the US Trustee Office on this case.

6. Counsel has had access to the Debtor.

7. Counsel has spent time organizing the debtor's information and gaining access to the Debtor's creditors and interested parties.

8. In addition to entering his appearance, Counsel has needed to review and understand the Debtor's case, particularly considering its Chapter 11 nature.

9. Overall, Counsel for the Debtor needs to become familiar with the needs of the Debtor's creditors, Trustees, and interested parties and better understand the Debtor's financial condition by reviewing financial reports and claims that may arrive against the estate to value the case for employment properly.

10. Counsel for the Debtor must also understand how the Debtor would proceed

under Chapter 11 of the Code.

11. That proposed counsel for the Debtor needed to understand better if a plan could be devised to satisfy creditors and interested parties.

12. The proposed counsel is working diligently to satisfy all Chapter 11 requirements and the trustee's requests.

13. WLG represents no other entity in connection with this bankruptcy proceeding and is disinterested as that term is defined in 11 U.S.C. §101(14).  WLG is not a creditor, an equity security holder, or an insider of the Debtors; (ii) is not and was not an investment banker for any outstanding security of the Debtors; (iii) has not been within three (3) years before the date of the filing of the petition, and investment banker for the security of the Debtors, or an attorney for such an investment banker in connection with the offer, sale or issuance of security of the Debtor; (iv) is not and was not, within two (2) years before the date of filing of the petition a director, officer or employee of the Debtor or an investment bank specified in section (ii) and (iii) of this paragraph; and (v) does not have an interest materially adverse to the interest of the estate or any class of creditors or equity security holders, because of any direct or indirect relationship to, connection with, or interest in, the Debtors or an investment banker specified in sections (ii) and (iii) of this paragraph, or for any other reason.  Further, WLG holds no interest adverse to the interest of the Debtor concerning the matter on which WLG is to be employed.  WLG has no connection with the Debtor, except as described herein, Debtor creditors, any parties in interest, or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

14. WLG has agreed to represent your Applicant at an hourly rate of $375.00 per hour for Charles E. Walton; Senior Associates $275.00 per hour; Junior Associates $200.00 per

hour; paralegal $125.00 per hour; and financial analysis $75.00 an hour, subject to amendment if the work associated with the case increases above and beyond the terms of this agreement and as contemplated by the Debtor and his attorneys.

15. Your Applicant believes that the proposed compensation is fair, reasonable, and consistent with the attorneys' and law firm's skills and reputation.

16. Your Applicants have also agreed to provide compensation to WLG in compensation in the manner outlined in the Statement Pursuant to Rule 2016(b), filed herein. All compensation provided by your Applicants to WLG is subject to approval by Order of the United States Bankruptcy Court for the District of Maryland.

17. Counsel having filed and incorporated in this application WLG's Affidavit in Support of Application for Approval of Employment of Charles E. Walton, Esquire and Walton Law Group, LLC, as Counsel for Debtor.

**WHEREFORE,** your Applicants respectfully requests that this Honorable Court;

A. **ENTER** an Order authorizing the employment of Charles E. Walton, Esquire, and the law firm of the Walton Law Group, LLC, as counsel for Debtor, as set forth herein; and

B. **ORDER** that such other and further relief as this action may require.

Respectfully submitted,

WALTON LAW GROUP, LLC.

**/s/ Charles E. Walton**
Charles E. Walton
10905 Fort Washington Rd Ste 201
Ft Washington, Maryland 20774
(301) 292-8357
Attorneys for Debtor