IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **IN RE:** | * |
| | * |
| **903 Lake Front Drive, LLC** | *   Case No.: 24-11815 |
| | * |
| | *   **Chapter 11** |
| | * |
| **Debtors** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER APPROVING EMPLOYMENT OF CHARLES E. WALTON,
ESQUIRE, AND WALTON LAW GROUP, LLC.
, <u>AS COUNSEL FOR DEBTORS</u>**

**UPON CONSIDERATION** of the Application for Employment Charles E. Walton, Esquire, as Counsel for Debtor, and this Court having found that Charles E. Walton, Esquire is an attorney duly authorized to practice in Maryland, and the Court having been satisfied that Charles E. Walton and the Walton Law Group, LLC., do not hold any interest adverse to Debtors the Debtor's, or the estate, and are "disinterested persons" within the meaning of 11 U.S.C. §101(14), it is, by the United States Bankruptcy Court for the District of Maryland,

hereby

**ORDERED that Debtor be** authorized to employ under retainer Charles E. Walton and the Walton Law Group, LLC ["WLG"] as counsel for Debtor, effective July 16, 2021, and that all compensation paid to WLG by Debtors is subject to review and approval by further Order of this Court. Copies to:

**All parties requesting notice in this case.**

**END OF ORDER**