# United States Bankruptcy Court
## District of Maryland

In re  **903 Lake Front Drive, LLC**

Debtor(s)

Case No.  **24-11815**

Chapter  **11**

## CERTIFICATE OF SERVICE SECOND AMENDED EIN

I hereby certify that on  **April 4, 2024**, a copy of a Application to Employ, Affidavit in Support of Application to Employ and Order was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

US Trustee

**Russel S. Drazin Trustee, Pardo & Drazin, LLC, 4400 Jenifer Street NW, Washington, DC 20015**

**Washington Capital Partners, 8401 Greenboro Drive, Suite 960, Mc Lean, VA 22102**

**Prince George's County, Maryland**

**c/o Meyers, Rodbell & Rosenbaum, P.A.**

**6801 Kenilworth Ave., Ste. 400**

**Riverdale Park, MD 20737**

**/s/ Charles E. Walton**

**Charles E. Walton 17474**
**Walton Law Group, LLC.**
**10905 Fort Washington Road**
**Suite 201**
**Fort Washington, MD 20744**
**301-233-0607Fax:202-595-9121**
**cwalton@cwaltonlaw.com**