B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
**District of Maryland**

In re  **903 Lake Front Drive, LLC**                                           Case No.  **24-11815**
                                    Debtor(s)                                  Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **FLAT FEE**
   
   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ |
   | Prior to the filing of this statement I have received | $ |
   | Balance Due | $ |
   
   ☑ **RETAINER**
   
   | | |
   |---|---|
   | For legal services, I have agreed to accept and received a retainer of | $ 5,000.00 |
   | The undersigned shall bill against the retainer at an hourly rate of | $ 375.00 |
   
   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:
   ☐ Debtor     ☑ Other (specify):     **Marterse Green**

3. The source of compensation to be paid to me is:
   ☐ Debtor     ☑ Other (specify):     **Marterse Green**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. **Representation in relief from stay actions or any other adversary proceeding**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   .

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **April 14, 2024** | **/s/ Charles E. Walton** |
| *Date* | **Charles E. Walton 17474** |
| | *Signature of Attorney* |
| | **Walton Law Group, LLC.** |
| | **10905 Fort Washington Road** |
| | **Suite 201** |
| | **Fort Washington, MD 20744** |
| | **301-233-0607  Fax: 202-595-9121** |
| | **cwalton@cwaltonlaw.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
### District of Maryland

In re   903 Lake Front Drive, LLC    Case No.  24-11815
Debtor(s)    Chapter  11

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2024, a copy of a **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

US Trustee

Russel S. Drazin Trustee, Pardo & Drazin, LLC, 4400 Jenifer Street NW, Washington, DC 20015

Washington Capital Partners, 8401 Greenboro Drive, Suite 960, Mc Lean, VA 22102

Prince George's County, Maryland

c/o Meyers, Rodbell & Rosenbaum, P.A.

6801 Kenilworth Ave., Ste. 400

Riverdale Park, MD 20737

/s/ Charles E. Walton
Charles E. Walton 17474
Walton Law Group, LLC.
10905 Fort Washington Road
Suite 201
Fort Washington, MD 20744
301-233-0607 Fax:202-595-9121
cwalton@cwaltonlaw.com