**Fill in this information to identify the case:**

Debtor name: **903 Lake Front Drive, LLC**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known): **24-11815**

■ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Marterese Green** | **903 Lake Front Drive<br>Bowie, MD 20721** | **Washington Capital Partners** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

# United States Bankruptcy Court
## District of Maryland

In re  **903 Lake Front Drive, LLC**                              Case No.  **24-11815**

Debtor(s)                                                           Chapter  **11**

## CERTIFICATE OF SERVICE

I hereby certify that on **April 16, 2024**, a copy of a Amended Schedule H and Declaration Regarding Schedules was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

US Trustee

Russel S. Drazin Trustee, Pardo & Drazin, LLC, 4400 Jenifer Street NW, Washington, DC 20015

Washington Capital Partners, 8401 Greenboro Drive, Suite 960, Mc Lean, VA 22102

Prince George's County, Maryland

c/o Meyers, Rodbell & Rosenbaum, P.A.

6801 Kenilworth Ave., Ste. 400

Riverdale Park, MD 20737

/s/ Charles E. Walton
Charles E. Walton 17474
Walton Law Group, LLC.
10905 Fort Washington Road
Suite 201
Fort Washington, MD 20744
301-233-0607 Fax:202-595-9121
cwalton@cwaltonlaw.com