# United States Bankruptcy Court
### District of Maryland

In re: **903 Lake Front Drive, LLC**, Debtor(s)

Case No.: **24-11815**
Chapter: **11**

## CERTIFICATE OF SERVICE

I hereby certify that on **April 18, 2024**, a copy of a amended affidavit, and amended proposed order regarding application to employ was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**US Trustee**

Russel S. Drazin Trustee, Pardo & Drazin, LLC, 4400 Jenifer Street NW, Washington, DC 20015

Washington Capital Partners, 8401 Greenboro Drive, Suite 960, Mc Lean, VA 22102

Prince George's County, Maryland
c/o Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave., Ste. 400
Riverdale Park, MD 20737

/s/ Charles E. Walton
Charles E. Walton 17474
Walton Law Group, LLC.
10905 Fort Washington Road
Suite 201
Fort Washington, MD 20744
301-233-0607 Fax:202-595-9121
cwalton@cwaltonlaw.com