United States Bankruptcy Court
District of Maryland

In re:                                                                                    Case No. 24-11815-MCR

903 Lake Front Drive, LLC                                                 Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 09, 2024 | Form ID: pdfall | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 903 Lake Front Drive, LLC, 903 Lake front Drive, Bowie, MD 20721-2952 |
| cr | + | WCP Fund I LLC as Servicer for Pacific RBLF Fundin, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| 32480128 | + | Russel S. Drazin Trustee, Pardo & Drazin, LLC, 4400 Jenifer Street NW, Washington, DC 20015-2089 |
| 32480129 | + | Washington Capital Partners, 8401 Greenboro Drive, Suite 960, Mc Lean, VA 22102-5149 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | May 09 2024 19:13:00 | US Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |
| 32481286 | | Email/Text: Bankruptcymail@marylandtaxes.gov | May 09 2024 19:12:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32481288 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 09 2024 19:12:00 | Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, PA 19114 |
| 32482122 | + | Email/Text: bdept@mrrlaw.net | May 09 2024 19:12:00 | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Ste. 400, Riverdale Park, MD 20737-1331 |
| 32481291 | + | Email/Text: bdept@mrrlaw.net | May 09 2024 19:12:00 | Prince George's County, Maryland, Office of Finance, 1301 McCormick Drive, Ste. 1100, Largo, MD 20774-5416 |
| 32481287 | + | Email/Text: karen.brown@treasury.gov | May 09 2024 19:12:00 | Secretary of the Treasury, 15th and Pennsylvania Ave., N.W., Washington, DC 20000-0001 |
| 32481290 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | May 09 2024 19:13:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32481289 | | Email/Text: atlreorg@sec.gov | May 09 2024 19:13:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |
| 32481292 | | Email/Text: usamd.bankruptcy@usdoj.gov | May 09 2024 19:12:00 | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |
| cr | *+ | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Suite 400, Riverdale Park, |

District/off: 0416-0      User: admin      Page 2 of 2

Date Rcvd: May 09, 2024      Form ID: pdfall      Total Noticed: 13

MD 20737-1331

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2024      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Earl Walton | cwalton@cwaltonlaw.com<br>mhall@cwaltonlaw.com,cwaltonlaw@gmail.com,waltoncr91773@notify.bestcase.com,msolomon@cwaltonlaw.com |
| Lisa Yonka Stevens | lisa.y.stevens@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Nicole C. Kenworthy | bdept@mrrlaw.net |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 5

Entered: May 9th, 2024
Signed: May 8th, 2024

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY
## COURT FOR THE DISTRICT OF MARYLAND

IN RE:                                        *
                                              *
**903 Lake Front Drive, LLC**                 *        **Case No.:** 24-11815
                                              *
                                              *
                                              *        **Chapter 11**
                                              *
Debtors                                       *

*    *    *    *    *    *    *    *    *    *    *    *    *

### ORDER APPROVING EMPLOYMENT OF
### CHARLES E. WALTON, ESQUIRE, AND WALTON LAW GROUP, LLC.
### <u>, AS COUNSEL FOR DEBTORS</u>

**UPON CONSIDERATION** of the Application for Employment Charles E. Walton,

Esquire, as Counsel for Debtor, and this Court has found that Charles E. Walton, Esquire is an

attorney duly authorized to practice in Maryland, and the Court having been satisfied that

Charles E. Walton and the Walton Law Group, LLC., do not hold any interest adverse to

Debtors the Debtor's, or the estate, and are "disinterested persons" within the meaning of <u>11</u>

<u>U.S.C. §101(14)</u>, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED that Debtor be** authorized to employ under retainer Charles E.

Walton and the Walton Law Group, LLC ["WLG"] as counsel for the Debtor effective as of

March 4, 2024 and that all compensation paid on and following such date to WLG by

Debtors is subject to  review and approval by further Order of this Court.


Copies to: Debtor, Debtor's counsel, United States Trustee, all creditors and parties in interest

**END OF ORDER**