## United States Bankruptcy Court
**District of Maryland**

In re: 903 Lake Front Drive LLC, Debtor(s)

Case No.: 24-11815
Chapter: 11

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2024, a copy of attached Monthly Operating Report was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed on the attached list of creditors.

/s/ Charles E. Walton

**Charles E Walton**
**Walton Law Group**
**10905 Fort Washington Road Ste 201**
**Fort Washington, MD 20744**
**301-292-8357 Fax: 301-292-9439**
**cwalton@cwaltonlaw.com**