Label Matrix for local noticing
0416-0
Case 24-11815
District of Maryland
Greenbelt
Mon Jun 24 13:39:06 EDT 2024

903 Lake Front Drive, LLC
903 Lake front Drive
Bowie, MD 20721-2952

Prince George's County, Maryland
c/o Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave.
Suite 400
Riverdale Park, MD 20737-1331

WCP Fund I LLC as Servicer for Pacific RBLF
c/o The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy
#665
Henderson, NV 89012-4422

(p)U S SECURITIES AND EXCHANGE COMMISSION
ATLANTA REG OFFICE AND REORG
950 E PACES FERRY RD NE STE 900
ATLANTA GA 30326-1382

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
301 W PRESTON ST ROOM 409
BALTIMORE MD 21201-2383

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Prince George's County, Maryland
Office of Finance
1301 McCormick Drive, Ste. 1100
Largo, MD 20774-5416

Russel S. Drazin Trustee
Pardo & Drazin, LLC
4400 Jenifer Street NW
Washington, DC 20015-2089

Secretary of the Treasury
15th and Pennsylvania Ave., N.W.
Washington, DC 20220-0001

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

(p)US ATTORNEY'S OFFICE FOR THE DISTRICT OF M
36 S CHARLES STREET FOURTH FLOOR
BALTIMORE MD 21201-3020

US Trustee - Greenbelt
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770-6305

Washington Capital Partners
8401 Greenboro Drive, Suite 960
Mc Lean, VA 22102-5149

Charles Earl Walton
Walton Law Group, LLC.
10905 Fort Washington
Suite 201
Fort Washington, MD 20744-5840

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Branch of Reorganization
Sec. & Exch. Commission
3475 Lenox Road NE (Suite 1000)
Atlanta, GA 30327-1232

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201

Internal Revenue Service
Centralized Insolvency Section
PO Box 21126 (DP-N-781)
Philadelphia, PA 19114

U.S. Attorney-District of MD
4th floor
36 S. Charles St.
Baltimore, MD 21201

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)For Internal Use Only

(d)Prince George's County, Maryland
c/o Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave., Ste. 400
Riverdale Park, MD 20737-1331

End of Label Matrix
Mailable recipients     14
Bypassed recipients      2
Total                   16