## United States Bankruptcy Court
### District of Maryland

In re   903 Lake Front Drive LLC                                               Case No.   24-11815
                                    Debtor(s)                                  Chapter    11

### CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2024 , a copy of the attached Monthly Operating Report – was served electronically or by regular United States mail to all interested parties, the Trustee, and all creditors listed on the attached list of creditors.


/s/ Charles E. Walton

**Charles E Walton**
**Walton Law Group**
**10905 Fort Washington Road Ste 201**
**Fort Washington, MD 20744 301-292-8357Fax:301-292-9439 cwalton@cwaltonlaw.com**