TAXES

|  |  |  |  | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|---|
| county tax | 5178 | 431.50 | year | 863 | 5178 | 5178 | 5178 |
|  |  |  |  | 0 | 0 | 0 | 0 |
| city/town | 5961 | 496.750 | year | 993.5 | 5961 | 5961 | 5961 |
|  |  |  |  | 0 | 0 | 0 | 0 |
| property | 7800 | 650 | year | 1300 | 7800 | 7800 | 7800 |
|  |  |  |  | 3156. | 18939 | 18939 | 18939 |

total    59973.