Property TAX

The annual property taxes for **903 Lake Front Dr, Bowie, MD 20721** amount to approximately **$7,800.72**[2].

Source:

(1) 903 Lake Front Dr, Bowie, MD 20721 | realtor.com®. https://www.realtor.com/realestateandhomes-detail/903-Lake-Front-Dr_Bowie_MD_20721_M58291-93426.

(2) 903 Lake Front Dr, Bowie, MD 20721 | MLS# MDPG2012700 | Redfin. https://www.redfin.com/MD/Bowie/903-Lake-Front-Dr-20721/home/10829364.

(3) 903 Lake Front Dr Bowie, MD 20721 - ColdwellBankerHomes.com. https://www.coldwellbankerhomes.com/md/bowie/903-lake-front-dr/pid_43865278/.

(4) 908 Lake Front Dr, Bowie, MD 20721 | MLS# MDPG2039312 | Redfin. https://www.redfin.com/MD/Bowie/908-Lake-Front-Dr-20721/home/10829374.