Current Value

Z the current value of 903 Lake Front Dr, Bowie, MD 20721. This meticulously designed and constructed **4,152 square foot residence** is uniquely crafted, functional, and simply elegant. Upon entering, you'll experience a spacious home office with built-in shelving, automated window treatments, hardwood flooring, and an alluring box bay window[27].

Here's a summary of key details:

- **Address**: 903 Lake Front Dr, Bowie, MD 20721

- **Last Sold Price (Nov 9, 2021)**: $589,900

- **Zestimate®**: $654,700 (as of the last update)

- **Redfin Estimate**: $679,186

- **Square Footage**: 4,152 sq ft

- **Features**: 4 beds, 3.5 baths

- **Beautification Award Winner**: The exterior landscaping has won community awards, featuring stunning rocks and a custom pathway.

(1) 903 Lake Front Dr, Bowie, MD 20721 | Zillow. https://www.zillow.com/homedetails/903-Lake-Front-Dr-Bowie-MD-20721/37478261_zpid/.

(2) 903 Lake Front Dr, Bowie, MD 20721 | Trulia. https://www.trulia.com/home/903-lake-front-dr-bowie-md-20721-37478261.

(3) 903 Lake Front Dr, Bowie, MD 20721 | MLS# MDPG2012700 | Redfin. https://www.redfin.com/MD/Bowie/903-Lake-Front-Dr-20721/home/10829364.

(4) 903 Lake Front Dr Bowie, MD 20721 - ColdwellBankerHomes.com. https://www.coldwellbankerhomes.com/md/bowie/903-lake-front-dr/pid_43865278/.

(5) 903 Lake Front Dr, Bowie, MD 20721 | realtor.com®. https://www.realtor.com/realestateandhomes-detail/903-Lake-Front-Dr_Bowie_MD_20721_M58291-93426.(6) . https://bing.com/search?q=current+value+of+903+lake+front+drive+Bowie+MD+20721.

(7) . https://bing.com/search?q=903+lake+front+drive+Bowie+MD+20721.