# United States Bankruptcy Court
## District of Maryland

In re   903 Lake Front Drive LLC                                  Case No.   24-11815
                              Debtor(s)                           Chapter   11

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2024 , a copy of the attached Monthly Operating Report  was served electronically or by regular United States mail to all interested parties, the Trustee, and all creditors listed on the attached list of creditors.

/s/ Charles E. Walton

**Charles E Walton**
**Walton Law Group**
**10905 Fort Washington Road Ste 201**
**Fort Washington, MD 20744 301-292-8357 Fax:301-292-9439 cwalton@cwaltonlaw.com**