Entered: July 25th, 2024
Signed: July 24th, 2024
**SO ORDERED**



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:

903 LAKE FRONT DRIVE, LLC,

    Debtor.

Case Number:  24-11815-MCR
(Chapter 11)

### ORDER TO SHOW CAUSE WHY PLAN AND DISCLOSURE STATEMENT SHOULD NOT BE STRICKEN

On March 4, 2024, 903 Lake Front Drive, LLC (the "Debtor") commenced the above-captioned case by filing a Chapter 11 Voluntary Petition (the "Petition").  As indicated in the Petition, the Debtor qualifies as a "small business debtor" as that term is defined in 11 U.S.C. § 101(51D).   Section 1121 of the Bankruptcy Code sets forth who may file a plan in a case proceeding under Chapter 11 and the applicable deadlines for doing so.  With respect to small business debtors, § 1121(e) provides, in relevant part:

> (e) In a small business case—
> (1) only the debtor may file a plan until after 180 days after the date of the order for relief, unless that period is—
>     (A) extended as provided by this subsection, after notice and a hearing; or
>     (B) the court, for cause, orders otherwise[.]

11 U.S.C. § 1121. Here, the exclusive period during which only the Debtor may file a plan expires on September 3, 2024.

On July 18, 2024, WCP Fund I LLC as Servicer for Pacific RBLF Funding Trust ("WCP"), a secured creditor in this case, filed a Disclosure Statement [Dkt. No. 29] and a Chapter 11 Plan of Reorganization [Dkt. No. 30] (the "Plan"). There is no indication that the Disclosure Statement and Plan were filed jointly with the Debtor or otherwise authorized to be filed by the Debtor.

Upon consideration of the foregoing, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that within fourteen (14) days of the date of entry of this Order, WCP shall show cause, in a writing filed with the Court, why the Plan and Disclosure Statement shall not be stricken from the record in this case because it was filed during the exclusive period during which only the Debtor may file a Plan under 11 U.S.C. § 1121(e).

cc: Debtor
      Debtor's Counsel
      United States Trustee
      WCP's Counsel – Maurice B. VerStandig, Esq.
      All creditors and parties in interest

**END OF ORDER**