United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 24-11815-MCR |
| 903 Lake Front Drive, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 25, 2024 | Form ID: pdfall | Total Noticed: 13 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 903 Lake Front Drive, LLC, 903 Lake front Drive, Bowie, MD 20721-2952 |
| cr | + | WCP Fund I LLC as Servicer for Pacific RBLF Fundin, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| 32480128 | + | Russel S. Drazin Trustee, Pardo & Drazin, LLC, 4400 Jenifer Street NW, Washington, DC 20015-2089 |
| 32480129 | + | Washington Capital Partners, 8401 Greenboro Drive, Suite 960, Mc Lean, VA 22102-5149 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Jul 25 2024 19:15:00 | US Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |
| 32481286 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 25 2024 19:14:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32481288 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 25 2024 19:14:00 | Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, PA 19114 |
| 32482122 | + | Email/Text: bdept@mrrlaw.net | Jul 25 2024 19:14:00 | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Ste. 400, Riverdale Park, MD 20737-1331 |
| 32481291 | + | Email/Text: bdept@mrrlaw.net | Jul 25 2024 19:14:00 | Prince George's County, Maryland, Office of Finance, 1301 McCormick Drive, Ste. 1100, Largo, MD 20774-5416 |
| 32481287 | + | Email/Text: karen.brown@treasury.gov | Jul 25 2024 19:14:00 | Secretary of the Treasury, 15th and Pennsylvania Ave., N.W., Washington, DC 20220-0001 |
| 32481290 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jul 25 2024 19:15:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32481289 | | Email/Text: atlreorg@sec.gov | Jul 25 2024 19:15:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |
| 32481292 | | Email/Text: usamd.bankruptcy@usdoj.gov | Jul 25 2024 19:14:00 | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |
| cr | *+ | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Suite 400, Riverdale Park, |

District/off: 0416-0  User: admin  Page 2 of 2
Date Rcvd: Jul 25, 2024  Form ID: pdfall  Total Noticed: 13

MD 20737-1331

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2024  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles Earl Walton | cwalton@cwaltonlaw.com<br>mhall@cwaltonlaw.com,cwaltonlaw@gmail.com,waltoncr91773@notify.bestcase.com,msolomon@cwaltonlaw.com |
| Lisa Yonka Stevens | lisa.y.stevens@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Nicole C. Kenworthy | bdept@mrrlaw.net |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 5

Entered: July 25th, 2024
Signed: July 24th, 2024
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:

903 LAKE FRONT DRIVE, LLC,

    Debtor.

Case Number: 24-11815-MCR
(Chapter 11)

### ORDER TO SHOW CAUSE WHY PLAN AND DISCLOSURE STATEMENT SHOULD NOT BE STRICKEN

On March 4, 2024, 903 Lake Front Drive, LLC (the "Debtor") commenced the above-captioned case by filing a Chapter 11 Voluntary Petition (the "Petition"). As indicated in the Petition, the Debtor qualifies as a "small business debtor" as that term is defined in 11 U.S.C. § 101(51D). Section 1121 of the Bankruptcy Code sets forth who may file a plan in a case proceeding under Chapter 11 and the applicable deadlines for doing so. With respect to small business debtors, § 1121(e) provides, in relevant part:

> (e) In a small business case—
>    (1) only the debtor may file a plan until after 180 days after the date of the order for relief, unless that period is—
>       (A) extended as provided by this subsection, after notice and a hearing; or
>       (B) the court, for cause, orders otherwise[.]

11 U.S.C. § 1121.  Here, the exclusive period during which only the Debtor may file a plan expires on September 3, 2024.

On July 18, 2024, WCP Fund I LLC as Servicer for Pacific RBLF Funding Trust ("WCP"), a secured creditor in this case, filed a Disclosure Statement [Dkt. No. 29] and a Chapter 11 Plan of Reorganization [Dkt. No. 30] (the "Plan").  There is no indication that the Disclosure Statement and Plan were filed jointly with the Debtor or otherwise authorized to be filed by the Debtor.

Upon consideration of the foregoing, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that within fourteen (14) days of the date of entry of this Order, WCP shall show cause, in a writing filed with the Court, why the Plan and Disclosure Statement shall not be stricken from the record in this case because it was filed during the exclusive period during which only the Debtor may file a Plan under 11 U.S.C. § 1121(e).

cc:	Debtor
	Debtor's Counsel
	United States Trustee
	WCP's Counsel – Maurice B. VerStandig, Esq.
	All creditors and parties in interest

**END OF ORDER**