Entered: July 29th, 2024
Signed: July 26th, 2024
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:  Case No.: **24–11815 – MCR**  Chapter: **11**

**903 Lake Front Drive, LLC**
Debtor

## ORDER DISSOLVING SHOW CAUSE ORDER
## AFTER RESPONSE

Upon consideration of the response filed by WCP Fund I LLC to Show Cause Order, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Show Cause Order entered July 25, 2024 is hereby DISSOLVED.

cc:  Debtor
Attorney for Debtor – Charles Earl Walton
Case Trustee – For Internal Use Only
U.S. Trustee

**End of Order**

39x12 (rev. 05/31/1990) – JanineHutchinson