Entered: September 9th, 2024
Signed: September 6th, 2024

**SO ORDERED**

The Court will hold the hearing on October 24, 2024 at 1:00 pm.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **24–11815 – MCR**   Chapter: **11**

**903 Lake Front Drive, LLC**
Debtor

### ORDER AND NOTICE FOR HEARING
### ON DISCLOSURE STATEMENT

To the Debtor, its creditors, and other parties in interest:

A Disclosure Statement and a Plan under Chapter 11 of the Bankruptcy Code having been filed by WCP Fund I LLC (the "Plan Sponsor") on July 18, 2024,

IT IS ORDERED, and notice is hereby given, that:

1. The hearing to consider the approval of the Disclosure Statement shall be held in **Courtroom 3C of the U.S. Bankruptcy Court, U.S. Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, on the date and at the time stated above.**

2. **October 10, 2024,** is fixed as the last day for filing and serving in accordance with Federal Bankruptcy Rule 3017(a) written objections to the Disclosure Statement.

3. **Within seven (7) days** after the entry of this Order, this Order and the Disclosure Statement and Plan shall be distributed by the Plan Sponsor in accordance with Federal Bankruptcy Rule 3017(a); and counsel for the Plan Sponsor shall file a certificate of service.

4. Requests for copies of the Disclosure Statement and Plan shall be mailed to the Plan Sponsor, c/o counsel at:

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114–160
Potomac, MD 20854

cc:   Attorney for Plan Sponsor
      Case Trustee – For Internal Use Only
      U.S. Trustee

### End of Order

04x03 (rev. 02/27/2017) – BusayoAduBakare