IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 24-11815 MCR |
| | ) |
| **903 Lake Front Drive, LLC** | ) |
| | ) |
| | ) Chapter 11 |
| | ) |
| Debtor. | ) |

Certificate of Service

    I hereby certify that on **September 16, 2024**, a copy of the order and notice for hearing on disclosure statement, Chapter 11 Plan of Reorganization and Disclosure Statement for 903 Lake Front Drive, LLC in accordance with Federal Bankruptcy Rule 3017(a); was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**US Trustee Lisa Stevens**

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road #114−160
Potomac, MD 20854

Prince George's County, Maryland
c/o Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave., Ste. 400
Riverdale Park, MD
20737

                                /s/ **Charles E. Walton**

**Charles E. Walton 17474**
**Walton Law Group, LLC.**
**10905 Fort Washington Road**
**Suite 201**
**Fort Washington, MD 20744 301-233-0607 Fax: 202-595-9121**
**cwalton@cwaltonlaw.com**