**SO ORDERED**

The Court will hold the hearing on October 24, 2024 at 1:00 pm.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:    Case No.: **24–11815 – MCR**    Chapter: **11**

**903 Lake Front Drive, LLC**
Debtor

## ORDER AND NOTICE FOR HEARING
## ON DISCLOSURE STATEMENT

To the Debtor, its creditors, and other parties in interest:

A Disclosure Statement and a Plan under Chapter 11 of the Bankruptcy Code having been filed by 903 Lake Front Drive, LLC (the "Plan Sponsor") on September 02, 2024,

IT IS ORDERED, and notice is hereby given, that:

1. The hearing to consider the approval of the Disclosure Statement shall be held in **Courtroom 3C of the U.S. Bankruptcy Court, U.S. Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, on the date and at the time stated above.**

2. **October 10, 2024** is fixed as the last day for filing and serving in accordance with Federal Bankruptcy Rule 3017(a) written objections to the Disclosure Statement.

3. **Within seven (7) days** after the entry of this Order, this Order and the Disclosure Statement and Plan shall be distributed by the Plan Sponsor in accordance with Federal Bankruptcy Rule 3017(a); and counsel for the Plan Sponsor shall file a certificate of service.

4. Requests for copies of the Disclosure Statement and Plan shall be mailed to the Plan Sponsor, c/o counsel at:

Charles Earl Walton
Walton Law Group, LLC.
10905 Fort Washington
Suite 201
Fort Washington, MD 20744

cc:   Attorney for Plan Sponsor
      Case Trustee – For Internal Use Only
      U.S. Trustee

**End of Order**

04x03 (rev. 02/27/2017) – BusayoAduBakare