# United States Bankruptcy Court
## District of Maryland

| | |
|---|---|
| In re )<br>)<br>903 Lake Front Drive )<br>Debtor )<br>)<br>( )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-11815<br>_____<br><br>Chapter 11<br>_____ |

**NOTICE OF MOTION AND HEARING**

903 Lake Front Drive has filed papers with the court to have Marterese Green Guarantor and sole member of 903 Lake Front Drive to be added to the deed of the property as an owner and approving Movant and Ms. Green the authority to borrow.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, then on or before October 2, 2024, you or your attorney must:

File with the court a written request for a hearing {*or, if the court requires a written response*, an answer, explaining your position} at:

Clerk of Bankruptcy Court
US Bankruptcy Court

6500 Cherrywood Ln
Greenbelt, MD 20770
Main Tel: 301-344-8018

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

Charles E. Walton, Esq.
Walton Law Group, LLC
10905 Fort Washington Road Ste 201
Fort Washington, MD 20744

On November 27, 2024, a hearing is scheduled to be held in Courtroom 3-C, United States Bankruptcy Court, 6500 Cherrywood Ln Greenbelt, MD 20770

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

/s/ Charles E. Walton
Charles E. Walton