IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND at Greenbelt

In re:  Case No.: **24−11815 − MCR**

Chapter: **11**

**903 Lake Front Drive, LLC**
Debtor

### ORDER GRANTING MOTION TO ADD MARTERESE GREEN TO THE DEED OF 903 LAKEFRONT DRIVE AND BORROW

Upon consideration of the Debtor/Movant's to add Marterese Green to the Deed of 903 Lakefront Drive and to Borrow and good cause appearing therein, it is, therefore, this _____ day of _____, 2024, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Marterese Green shall be added to the deed of 903 Lakefront Drive, Bowie Maryland; and it is further,

ORDERED, that the Debtor/Movant and or Marterese Green may borrow monies to pay off the existing mortgage.

cc:  Attorney Debtor
     Attorneys for Creditors
     US Trustee

**End of Order**