IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND

(GREENBELT)

| | | | |
|---|---|---|---|
| IN RE: | 903 Lake Front Drive | * | Case No. 24-11815 |
| | Debtor | * | Chapter 11 |

### WITHDRAWAL OF NOTICE OF MOTION ATTACHED TO DOCUMENT 43

Would the clerk of the court please withdraw the Notice of Motion attached Document 43, it was filed in error.

Date:  September 19, 2024

/ s / *Charles E. Walton*
Charles E. Walton
Walton Law Group, LLC
10905 Fort Washington Rd, Ste 201
Fort Washington, MD 20744 (301) 292-8357

*Attorney to the Debtor*

I hereby certify that on **September 19, 2024**, a copy withdrawal of the notice of motion will be served electronically or by regular United States mail to all interested parties, the Trustee, and all creditors listed below.

**US Trustee Lisa Stevens**

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road #114−160
Potomac, MD 20854

Prince George's County, Maryland
c/o Meyer, Rodbell& Rosenbaum, PA
6801 Kenilworth Ave, Ste 400
Riverdale Park,  MD 20737

                                                      **/s/ Charles E. Walton**
                                                      Charles Walton