IN UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: | * |
| | * |
| 903 Lake Front Drive, LLC | * |
| | * |
| Debtor | * Case No.: 24-11815 |
| | * |
| | * Chapter 11 |
| | * |
| | * |

## MOTION FOR CONTINUANCE

COMES NOW Debtor 903 Lake Front Drive, LLC, by and through counsel, Charles E. Walton, Esq., and moves to continue the hearing set for October 24, 2024, at 1:00 p.m., and states the following in support thereof:

1. The Debtor's Counsel has pre-arranged international travel set for October 15th-October 25th and November 4th -November 29th.
2. The Debtor's Counsel is available the week of October 28th.
3. Evan Meyers, Counsel for Prince George's County, and Lisa Stevens, US Trustee, do not oppose continuing the set hearing to the week of October 28th.
4. The Debtor's Counsel has not received a response from Maurice Belmont VerStanding, Creditor's Counsel.

WHEREFORE, counsel for the Debtor prays that this Court grant the Motion for Continuance and reset the hearing date that is currently scheduled for October 24 2024, at 1:00 p.m. to the week of October 28th, 2024.

Respectfully submitted,

/s/ *Charles E. Walton, Esq.*
Charles E. Walton, Esq.
*Counsel for the Debtor*
10905 Fort Washington Rd., Suite 201
Fort Washington, MD 20744
301.292.8357 office
301.292.9439 fax
cwalton@cwaltonlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of September 2024, a copy of the motion for continuance will be served electronically or by regular United States mail to all interested parties, The Trustee, and all creditors listed below:

**US Trustee Lisa Stevens**

**Maurice Belmont VerStanding**
The VerStanding Law Firm, LLC
9812 Falls Road #114-160
Potomac, MD 20854

**Evan Myers**
Prince George's County, Maryland
c/o Meyer, Rodbell, & Rosenbaum, PA
6901 Kenilworth Ave, Ste 400
Riverdale Park, MD 20737

/s/ *Charles E. Walton, Esq.*
Charles E. Walton, Esq.