IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **903 Lake Front Drive, LLC**<br><br>*Debtor* | **Case No.: 24-11815**<br><br>**Chapter 11** |

### ORDER

Upon considering Debtor's motion to continue the hearing date and any opposition to this motion, it is by this court:

**ORDERED**, This case is continued to a date determined by the court.

_____
JUDGE, Maria E. Chavez-Ruark

CC:
**US Trustee Lisa Stevens**
**Charles E. Walton, Esq.** - Counsel for the Debtor
**Maurice Belmont VerStanding** - Counsel for the Creditor
**Evan Myers** - Prince George's County, Maryland c/o Meyer, Rodbell, & Rosenbaum, PA

**End of Order**