Entered: September 20th, 2024
Signed: September 20th, 2024

**SO ORDERED**

The hearing on approval of the disclosure statements filed by the Debtor and WCP Fund I LLC is continued to October 31, 2024 at 1:00 p.m.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **24–11815 – MCR**   Chapter: **11**   Doc No.: **37**

**903 Lake Front Drive, LLC**
Debtor

## ORDER CONTINUING HEARING OF
## DISCLOSURE STATEMENT FOR CHAPTER 11 PLAN OF REORGANIZATION OF
## 903 LAKE FRONT DRIVE, LLC

Upon consideration of the motion for continuance filed in the above−captioned matter by 903 Lake Front Drive, LLC, and it appearing that the relief requested is justified, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing scheduled for October 24, 2024, is continued to **date and time stamped above in Courtroom 3C of the U.S. Bankruptcy Court, U.S. Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.**

cc:   All Parties
      All Counsel

## End of Order

12x01 (rev. 05/21/2012) – BusayoAduBakare