United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 24-11815-MCR |
| 903 Lake Front Drive, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 20, 2024 | Form ID: pdfall | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 903 Lake Front Drive, LLC, 903 Lake front Drive, Bowie, MD 20721-2952 |
| cr | + | WCP Fund I LLC as Servicer for Pacific RBLF Fundin, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| 32480128 | + | Russel S. Drazin Trustee, Pardo & Drazin, LLC, 4400 Jenifer Street NW, Washington, DC 20015-2089 |
| 32480129 | + | Washington Capital Partners, 8401 Greenboro Drive, Suite 960, Mc Lean, VA 22102-5149 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32481286 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Sep 20 2024 19:14:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32481288 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 20 2024 19:15:00 | Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, PA 19114 |
| 32482122 | + | Email/Text: bdept@mrrlaw.net | Sep 20 2024 19:15:00 | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Ste. 400, Riverdale Park, MD 20737-1331 |
| 32481291 | + | Email/Text: bdept@mrrlaw.net | Sep 20 2024 19:15:00 | Prince George's County, Maryland, Office of Finance, 1301 McCormick Drive, Ste. 1100, Largo, MD 20774-5416 |
| 32481287 | + | Email/Text: karen.brown@treasury.gov | Sep 20 2024 19:15:00 | Secretary of the Treasury, 15th and Pennsylvania Ave., N.W., Washington, DC 20220-0001 |
| 32481290 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Sep 20 2024 19:15:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32481289 | | Email/Text: atlreorg@sec.gov | Sep 20 2024 19:15:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |
| 32481292 | | Email/Text: usamd.bankruptcy@usdoj.gov | Sep 20 2024 19:15:00 | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |
| cr | *+ | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Suite 400, Riverdale Park, MD 20737-1331 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| District/off: 0416-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 20, 2024 | Form ID: pdfall | Total Noticed: 12 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Charles Earl Walton | cwalton@cwaltonlaw.com<br>mhall@cwaltonlaw.com,cwaltonlaw@gmail.com,waltoncr91773@notify.bestcase.com,msolomon@cwaltonlaw.com |
| Lisa Yonka Stevens | lisa.y.stevens@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Nicole C. Kenworthy | bdept@mrrlaw.net |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 5

Entered: September 20th, 2024
Signed: September 20th, 2024

**SO ORDERED**

The hearing on approval of the disclosure statements filed by the Debtor and WCP Fund I LLC is continued to October 31, 2024 at 1:00 p.m.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **24−11815 − MCR**   Chapter: **11**   Doc No.: **37**

**903 Lake Front Drive, LLC**
Debtor

## ORDER CONTINUING HEARING OF
## DISCLOSURE STATEMENT FOR CHAPTER 11 PLAN OF REORGANIZATION OF
## 903 LAKE FRONT DRIVE, LLC

Upon consideration of the motion for continuance filed in the above−captioned matter by 903 Lake Front Drive, LLC, and it appearing that the relief requested is justified, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing scheduled for October 24, 2024, is continued to **date and time stamped above in Courtroom 3C of the U.S. Bankruptcy Court, U.S. Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.**

cc:   All Parties
      All Counsel

## End of Order

12x01 (rev. 05/21/2012) − BusayoAduBakare