IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-11815-MCR |
| | ) | (Chapter 11) |
| 903 LAKE FRONT DRIVE, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**MOTION TO EXTEND TIME TO OPPOSE MOTION TO ADD
MARTEREE GREEN TO THE DEED OF 903 LAKEFRONT DRIVE TO BORROW**

Comes now WCP Fund I LLC as servicer for Pacific RBLF Funding Trust ("WCP"), by and through undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 9006(b), and moves to extend the time to oppose the Motion to Add Marteree Green to the Deed of 903 Lakefront Drive to Borrow (the "Motion," as found at DE #43) and in support thereof states as follows:

Undersigned counsel tested positive for COVID-19 early on the morning of October 3, 2024 and has been experiencing heavy symptoms since. A brief in opposition to the Motion was due on October 3 but, in the fog of being sick, the deadline was missed without a request to extend the deadline being filed before the expiration.

The Motion raises serious allegations and seems to seek relief likely beyond the scope of what is permissible in a Chapter 11 case. Undersigned counsel has aspirations of being back at work by tomorrow (October 10, 2024) and seeks a modest extension, to and through October 11, 2024, to file an opposition brief.

It is respectfully urged that being ill does satisfy the rigors of an extension under Rule 9006(b)(2) and, equally, that no prejudice will accrue to any party in interest if a brief is filed by the close of this calendar week.

WHEREFORE, WCP respectfully prays this Honorable Court (i) extend the time to oppose the Motion to and through October 11, 2024; and (ii) afford such other and further relief as may be just and proper.

Respectfully submitted,

Dated: October 9, 2024

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of October, 2024, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

- Nicole C. Kenworthy    bdept@mrrlaw.net
- Lisa Yonka Stevens    lisa.y.stevens@usdoj.gov
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- Charles Earl Walton    cwalton@cwaltonlaw.com, mhall@cwaltonlaw.com,cwaltonlaw@gmail.com;waltoncr91773@notify.bestcase.com,msolomon@cwaltonlaw.com

/s/ Maurice B. VerStandig
Maurice B. VerStandig