IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-11815-MCR |
| | ) | (Chapter 11) |
| 903 LAKE FRONT DRIVE, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MOTION TO EXTEND TIME TO OPPOSE MOTION TO ADD MARTEREE GREEN TO THE DEED OF 903 LAKEFRONT DRIVE TO BORROW**

Upon consideration of Motion to Extend Time to Oppose Motion to Add Marteree Green to the Deed of 903 Lakefront Drive to Borrow (the "Motion to Extend"), any opposition thereto, the arguments set forth therein, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion to Extend be, and hereby is, GRANTED; and it is further

ORDERED, that WCP I Fund LLC as Servicer for Pacific RBLF Funding Trust ("WCP") shall have to and through October 11, 2024 to oppose the Motion to Add Marteree Green to the Deed of 903 Lakefront Drive to Borrow (DE #43)

1

2

Copies:

All Counsel of Record