## IN UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## GREENBELT DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **903 LAKE FRONT DRIVE, LLC** | ) | Case No.: 24-11815 |
| | ) | |
| Debtor | ) | Chapter 11 |

## MOTION FOR CONTINUANCE

NOW COMES the Debtor, by and through undersigned counsel, Charles E. Walton, Esq., and respectfully moves this Honorable Court to continue all hearings and deadlines in this matter to a date in December, for the following reasons:

1. Counsel for the Debtor, Charles E. Walton, has recently experienced a death in his immediate family.

2. As a result, Counsel is required to travel to Memphis to attend to family matters. Immediately following his return from Memphis, Counsel will need to travel internationally for the entire month of November, as previously disclosed to this court.

3. Counsel's absence during this time will prevent from attending the upcoming hearing and severely limit his ability to adequately represent the Debtor and prepare.

4. A brief continuance to a December date, which will not prejudice any party in interest, is necessary to allow the Debtor to have effective representation.

5. Debtor has a motions hearing currently scheduled for December 11, 2024.

6. Counsel has received consent from Evan Myers, Counsel for Prince George's County.

WHEREFORE, the Debtor respectfully requests that this Honorable Court continue the October hearing to December 11, 2024, or such other time as is convenient for the Court.

Dated:  October 23, 2024

Respectfully submitted,

WALTON LAW GROUP, LLC

/s/ Charles E. Walton
Charles E. Walton, Esq. - Bar No. 17474
10905 Fort Washington Road, Suite 201
Fort Washington MD 20744
301-292-8357
cwalton@cwaltonlaw.com
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of October 2024, a copy of the foregoing was served electronically upon filing via the CM/ECF system, with copies to:

Nicole C. Kenworthy
   bdept@mrrlaw.net

Lisa Yonka Stevens
   lisa.y.stevens@usdoj.gov

US Trustee - Greenbelt
   USTPRegion04.GB.ECF@USDOJ.GOV

MauriceBelmontVerStandig
   mac@mbvesq.com,
   lisa@mbvesq.com;mahlon@dcbankruptcy.com;
   mac@dcbankruptcy.com;
   verstand ig.mauricer104982@notify.bestcase.com;
   verstandiglaw@recap.email

/s/ Charles Earl Walton
Charles Earl Walton