**IN UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **903 LAKE FRONT DRIVE, LLC** | **)** | Case No.: 24-11815 |
| | ) | |
| Debtor | ) | Chapter 11 |

**ORDER**

Upon considering Debtor's Motion for Continuance of all hearings and deadlines in this case, and any responses thereto, it is by this Court:

**ORDERED**, that Debtor's Motion for Continuance is GRANTED and that the hearing scheduled for October 31, 2024, be continued until December 11, 2024.

_____
JUDGE, Maria E. Chavez-Ruark

cc:
US Trustee Lisa Stevens
Nicole C. Kenworthy
Charles E. Walton, Esq. - Counsel for the Debtor
Maurice Belmont VerStanding - Counsel for the Creditor
Evan Myers - Prince George's County, Maryland c/o Meyer, Rodbell, & Rosenbaum, PA

End of Order

-1-