Entered: October 25th, 2024
Signed: October 24th, 2024

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re:    Case No.: **24–11815 – MCR**    Chapter: **11**    Doc No.: **[29], [37]**

**903 Lake Front Drive, LLC**
Debtor

## ORDER CONTINUING HEARING OF
## DISCLOSURE STATEMENTS

Upon consideration of the motion for continuance filed in the above−captioned matter by 903 Lake Front Drive, LLC, and it appearing that the relief requested is justified, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing scheduled for October 31, 2024, is continued to **December 11, 2024 at 2:00 p.m. by videoconference (for videoconference hearing information, go to https://www.mdb.uscourts.gov/judges-info/judge/maria-ellena-chavez-ruark).**

cc:    Debtor
       Debtor's Counsel
       United States Trustee
       All creditors and parties in interest

### End of Order

12x01 (rev. 05/21/2012) – BusayoAduBakare