# United States Bankruptcy Court
## District of Maryland

In re **903 Lake Front Drive, LLC**  
Debtor(s)

Case No. **24-11815**  
Chapter **11**

## CERTIFICATE OF SERVICE

I hereby certify that on **December 2, 2024**, a copy of the June 2024 Monthly Operating Report for 903 Lake Front Drive, LLC was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**US Trustee**

Russel S. Drazin Trustee, Pardo & Drazin, LLC, 4400 Jenifer Street NW, Washington, DC 20015

Washington Capital Partners, 8401 Greenboro Drive, Suite 960, Mc Lean, VA 22102

Maurice Belmont VerStandig mac@mbvesq.com, Attorney for Creditor - WCP

Prince George's County, Maryland

c/o Meyers, Rodbell & Rosenbaum, P.A.

6801 Kenilworth Ave., Ste. 400

Riverdale Park, MD 20737

/s/ Charles E. Walton  
Charles E. Walton 17474  
Walton Law Group, LLC.  
10905 Fort Washington Road  
Suite 201  
Fort Washington, MD 20744  
301-233-0607 Fax:202-595-9121  
cwalton@cwaltonlaw.com