# United States Bankruptcy Court
## District of Maryland

In re **903 Lake Front Drive, LLC**　　　　　　　　　　　Case No. **24-11815**
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter **11**

## CERTIFICATE OF SERVICE

I hereby certify that on **December 2, 2024**, a copy of the August 2024 Monthly Operating Report for 903 Lake Front Drive, LLC was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**US Trustee**
Russel S. Drazin Trustee, Pardo & Drazin, LLC, 4400 Jenifer Street NW, Washington, DC 20015
Washington Capital Partners, 8401 Greenboro Drive, Suite 960, Mc Lean, VA 22102
Maurice Belmont VerStandig mac@mbvesq.com, Attorney for Creditor - WCP
Prince George's County, Maryland
c/o Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave., Ste. 400
Riverdale Park, MD 20737

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Charles E. Walton
　　　　　　　　　　　　　　　　　　　　　　　　Charles E. Walton 17474
　　　　　　　　　　　　　　　　　　　　　　　　Walton Law Group, LLC.
　　　　　　　　　　　　　　　　　　　　　　　　10905 Fort Washington Road
　　　　　　　　　　　　　　　　　　　　　　　　Suite 201
　　　　　　　　　　　　　　　　　　　　　　　　Fort Washington, MD 20744
　　　　　　　　　　　　　　　　　　　　　　　　301-233-0607 Fax:202-595-9121
　　　　　　　　　　　　　　　　　　　　　　　　cwalton@cwaltonlaw.com