# United States Bankruptcy Court
## District of Maryland

In re **903 Lake Front Drive, LLC**   Case No. **24-11815**
Debtor(s)   Chapter **11**

## CERTIFICATE OF SERVICE

I hereby certify that on **December 2, 2024**, a copy of the September 2024 Monthly Operating Report for 903 Lake Front Drive, LLC was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**US Trustee**
Russel S. Drazin Trustee, Pardo & Drazin, LLC, 4400 Jenifer Street NW, Washington, DC 20015
Washington Capital Partners, 8401 Greenboro Drive, Suite 960, Mc Lean, VA 22102
Maurice Belmont VerStandig mac@mbvesq.com, Attorney for Creditor - WCP
Prince George's County, Maryland
c/o Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave., Ste. 400
Riverdale Park, MD 20737

/s/ Charles E. Walton
Charles E. Walton 17474
Walton Law Group, LLC.
10905 Fort Washington Road
Suite 201
Fort Washington, MD 20744
301-233-0607 Fax:202-595-9121
cwalton@cwaltonlaw.com