# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **24–11815 – MCR**   Chapter: **11**

**903 Lake Front Drive, LLC**
Debtor

## NOTICE OF VIRTUAL HEARING

Virtual hearing – For hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688.

PLEASE TAKE NOTICE that a Virtual hearing will be held on 12/11/24 at 02:00 PM to consider and act upon the following:

43 – Motion to Borrow/Refinance and Notice of Motion Re: 903 Lake Front Drive. Notice Served on 9/18/2024, Filed by 903 Lake Front Drive, LLC. Objections due by 10/3/2024. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 12/11/2024 at 02:00 PM – Courtroom 3–C. (Attachments: # 1 Notice of Motion # 2 Proposed Order) (Walton, Charles) CORRECTIVE ENTRY: NOTICE OF MOTION ONLY WITHDRAWN AT 44. Modified on 9/20/2024 to correct objection due date and hearing dates. See 44 (Adu–Bakare, Busayo).

51 – Opposition on behalf of WCP Fund I LLC as Servicer for Pacific RBLF Funding Trust Filed by Maurice Belmont VerStandig (related document(s)43 Motion to Borrow/Refinance and Notice of Motion filed by Debtor 903 Lake Front Drive, LLC). (VerStandig, Maurice)

53 – Response on behalf of 903 Lake Front Drive, LLC Filed by Charles Earl Walton (related document(s)51 Opposition filed by Creditor WCP Fund I LLC as Servicer for Pacific RBLF Funding Trust). (Walton, Charles)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 12/5/24

Mark A. Neal, Clerk of Court
by Courtroom Deputy Clerk, Jennifer Whitfield
Hearings_mcr@mdb.uscourts.gov

Form ntchrgmdb (rev. 08/13/2024)