Entered: December 12th, 2024
Signed: December 11th, 2024
**SO ORDERED**



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | |
|---|---|
| In re:<br><br>**903 LAKE FRONT DRIVE, LLC,**<br><br>Debtor. | Case Number: 24-11815-MCR<br>(Chapter 11) |

**ORDER APPROVING DEBTOR'S DISCLOSURE STATEMENT,
SETTING HEARING ON CONFIRMATION OF DEBTOR'S PLAN,
AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS
OF DEBTOR'S PLAN COMBINED WITH NOTICE THEREOF**

On September 2, 2024, 903 Lake Front Drive, LLC (the "Debtor") filed a Plan of Reorganization [Dkt. No. 36] and a related Disclosure Statement [Dkt. No. 37] (the "Debtor's Disclosure Statement") under Chapter 11 of the Bankruptcy Code. On November 25, 2024, the Debtor filed an Amended Plan of Reorganization [Dkt. No. 57] (the "Debtor's Amended Plan"). For the reasons set forth on the record at the hearing held on December 11, 2024, the Court has determined that the Debtor's Disclosure Statement contains adequate information regarding the Debtor's Amended Plan as set forth in Section 1125(a)(1) of the Bankruptcy Code.

Therefore, it is, by the United States Bankruptcy Court for the District of Maryland, ORDERED, that the Debtor's Disclosure Statement is approved; and it is further

ORDERED, that by **December 18, 2024**, the Debtor shall (i) serve a copy of this Order, the Debtor's Plan, the Debtor's Disclosure Statement, and a ballot conforming to Official Form 314 on all creditors, equity security holders, other parties in interest, and the United States Trustee, as provided in Federal Bankruptcy Rule 3017(d), and (ii) file a certificate of service with the Court confirming service was made as set forth herein; and it is further

ORDERED, that by **January 22, 2025**, any party in interest objecting to confirmation of the Debtor's Plan (including the proposed treatment of any claim or interest under the Debtor's Plan) shall file and serve a written objection to confirmation pursuant to Federal Bankruptcy Rules 2002(b) and 3020(b)(1); and it is further

ORDERED, that by **January 22, 2025**, any holder of a claim or interest allowed under Section 502 of the Bankruptcy Code accepting or rejecting the Debtor's Plan shall submit a written acceptance or rejection to the attorney for the Debtor (Charles E. Walton, Walton Law Group, LLC, 10905 Fort Washington Road, Suite 201, Fort Washington, MD 20744); and it is further

ORDERED, that by **February 6, 2025**, the Debtor shall file a tally of ballots pursuant to Local Bankruptcy Rule 3018-1; and it is further

ORDERED, that a hearing on confirmation of the Debtor's Plan will be held on **February 13, 2025 at 11:00 a.m.** at the United States Courthouse, Courtroom 3-C, 6500 Cherrywood Lane, Greenbelt, MD 20770.

cc:   Debtor – 903 Lake Front Drive, LLC
      Debtor's Counsel – Charles E. Walton
      Interested Party – WCP Fund I LLC
      Interested Party's Counsel – Maurice Belmont VerStandig
      Office of the United States Trustee – Lisa Yonka Stevens
      All Creditors and Parties in Interest

**END OF ORDER**