Entered: December 12th, 2024
Signed: December 11th, 2024
**SO ORDERED**



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| In re:<br><br>**903 LAKE FRONT DRIVE, LLC,**<br><br>Debtor. | Case Number:  24-11815-MCR<br>(Chapter 11) |

### ORDER APPROVING WCP FUND I LLC'S DISCLOSURE STATEMENT, SETTING HEARING ON CONFIRMATION OF WCP FUND I LLC'S PLAN, AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF WCP FUND I LLC'S PLAN COMBINED WITH NOTICE THEREOF

On July 18, 2024, WCP Fund I LLC ("WCP Fund") filed a Plan of Reorganization [Dkt. No. 30] (the "WCP Fund Plan") and a related Disclosure Statement [Dkt. No. 29] (the "WCP Fund Disclosure Statement") under Chapter 11 of the Bankruptcy Code.  For the reasons set forth on the record at the hearing held on December 11, 2024, the Court has determined that the WCP Fund Disclosure Statement contains adequate information regarding the WCP Fund Plan as set forth in Section 1125(a)(1) of the Bankruptcy Code.

Therefore, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the WCP Fund Disclosure Statement is approved; and it is further

ORDERED, that by **December 18, 2024**, WCP Fund shall (i) serve a copy of this Order, the WCP Fund Plan, the WCP Fund Disclosure Statement, and a ballot conforming to Official Form 314 on all creditors, equity security holders, other parties in interest, and the United States Trustee, as provided in Federal Bankruptcy Rule 3017(d), and (ii) file a certificate of service with the Court confirming service was made as set forth herein; and it is further

ORDERED, that by **January 22, 2025**, any party in interest objecting to confirmation of the WCP Fund Plan (including the proposed treatment of any claim or interest under the WCP Fund Plan) shall file and serve a written objection to confirmation pursuant to Federal Bankruptcy Rules 2002(b) and 3020(b)(1); and it is further

ORDERED, that by **January 22, 2025**, any holder of a claim or interest allowed under Section 502 of the Bankruptcy Code accepting or rejecting the WCP Fund Plan shall submit a written acceptance or rejection to the attorney for WCP Fund (Maurice B. VerStandig, the VerStandig Law Firm, LLC, 1452 West Horizon Ridge Parkway, #665, Henderson, NV 89012); and it is further

ORDERED, that by **February 6, 2025**, WCP Fund shall file a tally of ballots pursuant to Local Bankruptcy Rule 3018-1; and it is further

ORDERED, that a hearing on confirmation of the WCP Fund Plan will be held on **February 13, 2025 at 11:00 a.m.** at the United States Courthouse, Courtroom 3-C, 6500 Cherrywood Lane, Greenbelt, MD 20770.

cc:   Debtor – 903 Lake Front Drive, LLC
      Debtor's Counsel – Charles E. Walton
      Plan Proponent – WCP Fund I LLC
      Plan Proponent's Counsel – Maurice Belmont VerStandig
      Office of the United States Trustee – Lisa Yonka Stevens
      All Creditors and Parties in Interest

**END OF ORDER**