Entered: December 12th, 2024
Signed: December 11th, 2024

**DENIED**

For the reasons stated on the record at the hearing held on December 11, 2024, the motion is denied.



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND at Greenbelt

In re:

**903 Lake Front Drive, LLC**
Debtor

Case No.: **24−11815 − MCR**

Chapter: **11**

## ORDER GRANTING MOTION TO ADD MARTERESE GREEN TO THE DEED OF 903 LAKEFRONT DRIVE AND BORROW

Upon consideration of the Debtor/Movant's to add Marterese Green to the Deed of 903 Lakefront Drive and to Borrow and good cause appearing therein, it is, therefore, this _____ day of_____, 2024, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Marterese Green shall be added to the deed of 903 Lakefront Drive, Bowie Maryland; and it is further,

ORDERED, that the Debtor/Movant and or Marterese Green may borrow monies to pay off the existing mortgage.

cc:   Attorney Debtor
      Attorneys for Creditors
      US Trustee

**End of Order**