United States Bankruptcy Court
District of Maryland

In re:                                                                                          Case No. 24-11815-MCR

903 Lake Front Drive, LLC                                                                       Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0                          User: admin                                        Page 1 of 2
Date Rcvd: Dec 12, 2024                       Form ID: pdfall                                    Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 903 Lake Front Drive, LLC, 903 Lake front Drive, Bowie, MD 20721-2952 |
| cr | + | WCP Fund I LLC as Servicer for Pacific RBLF Fundin, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| 32480128 | + | Russel S. Drazin Trustee, Pardo & Drazin, LLC, 4400 Jenifer Street NW, Washington, DC 20015-2089 |
| 32481287 | + | Secretary of the Treasury, 15th and Pennsylvania Ave., N.W., Washington, DC 20220-0001 |
| 32480129 | + | Washington Capital Partners, 8401 Greenboro Drive, Suite 960, Mc Lean, VA 22102-5149 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Dec 12 2024 19:38:00 | U.S. Trustee - Greenbelt, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |
| 32481286 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Dec 12 2024 19:37:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32481288 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 12 2024 19:38:00 | Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, PA 19114 |
| 32482122 | + | Email/Text: bdept@mrrlaw.net | Dec 12 2024 19:38:00 | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Ste. 400, Riverdale Park, MD 20737-1331 |
| 32481291 | + | Email/Text: bdept@mrrlaw.net | Dec 12 2024 19:38:00 | Prince George's County, Maryland, Office of Finance, 1301 McCormick Drive, Ste. 1100, Largo, MD 20774-5416 |
| 32481290 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Dec 12 2024 19:39:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32481289 | | Email/Text: atlreorg@sec.gov | Dec 12 2024 19:38:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |
| 32481292 | | Email/Text: usamd.bankruptcy@usdoj.gov | Dec 12 2024 19:38:00 | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |
| cr | *+ | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Suite 400, Riverdale Park, MD 20737-1331 |

| District/off: 0416-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 12, 2024 | Form ID: pdfall | Total Noticed: 13 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2024             Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Earl Walton | cwalton@cwaltonlaw.com<br>mhall@cwaltonlaw.com,cwaltonlaw@gmail.com,waltoncr91773@notify.bestcase.com,msolomon@cwaltonlaw.com |
| Lisa Yonka Stevens | lisa.y.stevens@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Nicole C. Kenworthy | bdept@mrrlaw.net |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 5

Entered: December 12th, 2024
Signed: December 11th, 2024

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
#### at Greenbelt

**In re:**

**903 LAKE FRONT DRIVE, LLC,**

     **Debtor.**

**Case Number:  24-11815-MCR**
**(Chapter 11)**

**ORDER APPROVING DEBTOR'S DISCLOSURE STATEMENT,
SETTING HEARING ON CONFIRMATION OF DEBTOR'S PLAN,
AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS
OF DEBTOR'S PLAN COMBINED WITH NOTICE THEREOF**

On September 2, 2024, 903 Lake Front Drive, LLC (the "Debtor") filed a Plan of Reorganization [Dkt. No. 36] and a related Disclosure Statement [Dkt. No. 37] (the "Debtor's Disclosure Statement") under Chapter 11 of the Bankruptcy Code.  On November 25, 2024, the Debtor filed an Amended Plan of Reorganization [Dkt. No. 57] (the "Debtor's Amended Plan").  For the reasons set forth on the record at the hearing held on December 11, 2024, the Court has determined that the Debtor's Disclosure Statement contains adequate information regarding the Debtor's Amended Plan as set forth in Section 1125(a)(1) of the Bankruptcy Code.

Therefore, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Debtor's Disclosure Statement is approved; and it is further

ORDERED, that by **December 18, 2024**, the Debtor shall (i) serve a copy of this Order, the Debtor's Plan, the Debtor's Disclosure Statement, and a ballot conforming to Official Form 314 on all creditors, equity security holders, other parties in interest, and the United States Trustee, as provided in Federal Bankruptcy Rule 3017(d), and (ii) file a certificate of service with the Court confirming service was made as set forth herein; and it is further

ORDERED, that by **January 22, 2025**, any party in interest objecting to confirmation of the Debtor's Plan (including the proposed treatment of any claim or interest under the Debtor's Plan) shall file and serve a written objection to confirmation pursuant to Federal Bankruptcy Rules 2002(b) and 3020(b)(1); and it is further

ORDERED, that by **January 22, 2025**, any holder of a claim or interest allowed under Section 502 of the Bankruptcy Code accepting or rejecting the Debtor's Plan shall submit a written acceptance or rejection to the attorney for the Debtor (Charles E. Walton, Walton Law Group, LLC, 10905 Fort Washington Road, Suite 201, Fort Washington, MD 20744); and it is further

ORDERED, that by **February 6, 2025**, the Debtor shall file a tally of ballots pursuant to Local Bankruptcy Rule 3018-1; and it is further

ORDERED, that a hearing on confirmation of the Debtor's Plan will be held on **February 13, 2025 at 11:00 a.m.** at the United States Courthouse, Courtroom 3-C, 6500 Cherrywood Lane, Greenbelt, MD 20770.

cc:    Debtor – 903 Lake Front Drive, LLC
       Debtor's Counsel – Charles E. Walton
       Interested Party – WCP Fund I LLC
       Interested Party's Counsel – Maurice Belmont VerStandig
       Office of the United States Trustee – Lisa Yonka Stevens
       All Creditors and Parties in Interest

**END OF ORDER**