United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 24-11815-MCR |
| 903 Lake Front Drive, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 12, 2024 | Form ID: pdfall | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Dec 12 2024 19:38:00 | U.S. Trustee - Greenbelt, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2024          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Earl Walton | cwalton@cwaltonlaw.com |
| | mhall@cwaltonlaw.com,cwaltonlaw@gmail.com,waltoncr91773@notify.bestcase.com,msolomon@cwaltonlaw.com |
| Lisa Yonka Stevens | lisa.y.stevens@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com |
| | lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Nicole C. Kenworthy | bdept@mrrlaw.net |

District/off: 0416-0 User: admin Page 2 of 2
Date Rcvd: Dec 12, 2024 Form ID: pdfall Total Noticed: 1

US Trustee - Greenbelt
    USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 5

Entered: December 12th, 2024
Signed: December 11th, 2024
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Greenbelt

| | |
|---|---|
| **In re:**<br><br>**903 LAKE FRONT DRIVE, LLC,**<br><br>Debtor. | **Case Number:  24-11815-MCR**<br>**(Chapter 11)** |

### ORDER APPROVING WCP FUND I LLC'S DISCLOSURE STATEMENT, SETTING HEARING ON CONFIRMATION OF WCP FUND I LLC'S PLAN, AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF WCP FUND I LLC'S PLAN COMBINED WITH NOTICE THEREOF

On July 18, 2024, WCP Fund I LLC ("WCP Fund") filed a Plan of Reorganization [Dkt. No. 30] (the "WCP Fund Plan") and a related Disclosure Statement [Dkt. No. 29] (the "WCP Fund Disclosure Statement") under Chapter 11 of the Bankruptcy Code.  For the reasons set forth on the record at the hearing held on December 11, 2024, the Court has determined that the WCP Fund Disclosure Statement contains adequate information regarding the WCP Fund Plan as set forth in Section 1125(a)(1) of the Bankruptcy Code.

Therefore, it is, by the United States Bankruptcy Court for the District of Maryland, ORDERED, that the WCP Fund Disclosure Statement is approved; and it is further

ORDERED, that by **December 18, 2024**, WCP Fund shall (i) serve a copy of this Order, the WCP Fund Plan, the WCP Fund Disclosure Statement, and a ballot conforming to Official Form 314 on all creditors, equity security holders, other parties in interest, and the United States Trustee, as provided in Federal Bankruptcy Rule 3017(d), and (ii) file a certificate of service with the Court confirming service was made as set forth herein; and it is further

ORDERED, that by **January 22, 2025**, any party in interest objecting to confirmation of the WCP Fund Plan (including the proposed treatment of any claim or interest under the WCP Fund Plan) shall file and serve a written objection to confirmation pursuant to Federal Bankruptcy Rules 2002(b) and 3020(b)(1); and it is further

ORDERED, that by **January 22, 2025**, any holder of a claim or interest allowed under Section 502 of the Bankruptcy Code accepting or rejecting the WCP Fund Plan shall submit a written acceptance or rejection to the attorney for WCP Fund (Maurice B. VerStandig, the VerStandig Law Firm, LLC, 1452 West Horizon Ridge Parkway, #665, Henderson, NV 89012); and it is further

ORDERED, that by **February 6, 2025**, WCP Fund shall file a tally of ballots pursuant to Local Bankruptcy Rule 3018-1; and it is further

ORDERED, that a hearing on confirmation of the WCP Fund Plan will be held on **February 13, 2025 at 11:00 a.m.** at the United States Courthouse, Courtroom 3-C, 6500 Cherrywood Lane, Greenbelt, MD 20770.

cc:  Debtor – 903 Lake Front Drive, LLC
     Debtor's Counsel – Charles E. Walton
     Plan Proponent – WCP Fund I LLC
     Plan Proponent's Counsel – Maurice Belmont VerStandig
     Office of the United States Trustee – Lisa Yonka Stevens
     All Creditors and Parties in Interest

**END OF ORDER**