United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 24-11815-MCR |
| 903 Lake Front Drive, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 12, 2024 | Form ID: pdfparty | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + 903 Lake Front Drive, LLC, 903 Lake front Drive, Bowie, MD 20721-2952 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: bdept@mrrlaw.net | Dec 12 2024 19:38:00 | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Suite 400, Riverdale Park, MD 20737-1331 |
| | + Email/Text: ustpregion04.gb.ecf@usdoj.gov | Dec 12 2024 19:38:00 | U.S. Trustee - Greenbelt, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 14, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Earl Walton | cwalton@cwaltonlaw.com mhall@cwaltonlaw.com,cwaltonlaw@gmail.com,waltoncr91773@notify.bestcase.com,msolomon@cwaltonlaw.com |
| Lisa Yonka Stevens | lisa.y.stevens@usdoj.gov |

| | | | |
|---|---|---|---|
| District/off: 0416-0 | User: admin | | Page 2 of 2 |
| Date Rcvd: Dec 12, 2024 | Form ID: pdfparty | | Total Noticed: 3 |

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Nicole C. Kenworthy
    bdept@mrrlaw.net

US Trustee - Greenbelt
    USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 5

Entered: December 12th, 2024
Signed: December 11th, 2024

**DENIED**

For the reasons stated on the record at the hearing held on December 11, 2024, the motion is denied.



*Maria Ellena Chavez-Ruark*
**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND at Greenbelt

In re:

**903 Lake Front Drive, LLC**
Debtor

Case No.: 24−11815 − MCR

Chapter: **11**

## ORDER GRANTING MOTION TO ADD MARTERESE GREEN TO THE DEED OF 903 LAKEFRONT DRIVE AND BORROW

Upon consideration of the Debtor/Movant's to add Marterese Green to the Deed of 903 Lakefront Drive and to Borrow and good cause appearing therein, it is, therefore, this _____ day of_____, 2024, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Marterese Green shall be added to the deed of 903 Lakefront Drive, Bowie Maryland; and it is further,

ORDERED, that the Debtor/Movant and or Marterese Green may borrow monies to pay off the existing mortgage.

cc: Attorney Debtor
Attorneys for Creditors
US Trustee

**End of Order**