IN UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

IN RE:                                    )
                                          )
**903 LAKE FRONT DRIVE, LLC**             )   Case No.: 24-11815-MCR
                                          )   **(Chapter 11)**
    Debtor.                               )

## Class 1 Ballot for Accepting or Rejecting Plan of Reorganization

Proponent filed an amended plan of reorganization dated November 25, 2024 (the Plan) for the Debtor in this case. The Court has approved a disclosure statement with respect to the Plan (the Disclosure Statement). The Disclosure Statement provides information to assist you **([Name of Creditor])** in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Proponent's attorney, Charles E. Walton, Esq., Walton Law Group, LLC, 10905 Fort Washington Road, Suite 201, Fort Washington, MD 20744, 301.292.8357 (phone), 301.292.9439 (fax).

Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 1 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Proponent's attorney, Charles E. Walton, Esq., Walton Law Group, LLC, 10905 Fort Washington Road, Suite 201, Fort Washington, MD 20744 on or before February 5, 2025, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## Acceptance or Rejection of the Plan

The undersigned, the holder of a Class 1 secured claim against the Debtor in the unpaid amount of _____ Dollars ($_____)

*Check one box only*

☐ **Accepts the Plan**
☐ **Rejects the Plan**

In the event that either or both of the holders of the Class 1 secured claims against the Debtor accept or reject the Plan, the undersigned expresses a preference for one of the two Plans proposed in this case as follows:

☐ **Prefers the Plan of the Debtor, 905 Lake Front Drive, LLC**
☐ **Prefers the Plan of WCP Fund I LLC**

*Check one box only*

Dated: _____

Print or type name:    _____

Signature:    _____

Title (if corporation or partnership):    _____

Address:    _____

_____

_____

_____

**Return this ballot to:**

Charles E. Walton, Esq.
Walton Law Group, LLC
10905 Fort Washington Road, Suite 201
Fort Washington MD 20744
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of December 2024, a copy of the foregoing Ballot was served by first-class mail, postage prepaid and electronically via e-mail, with copies to:

Nicole C. Kenworthy, Esq.
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave., Ste. 400
Riverdale Park, MD 20737
   bdept@mrrlaw.net

Lisa Yonka Stevens
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
   lisa.y.stevens@usdoj.gov

US Trustee - Greenbelt
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
   USTPRegion04.GB.ECF@USDOJ.GOV

Maurice Belmont VerStandig, Esq.
Verstandig Law Firm
9812 Falls Road
Potomac, MD 20854
   mac@mbvesq.com,
   lisa@mbvesq.com;mahlon@dcbankruptcy.com;
   mac@dcbankruptcy.com;
   verstandiglaw@recap.email

                                           /s/ Charles Earl Walton
                                           Charles Earl Walton