**IN UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **IN RE:** | * | |
| | * | |
| **903 Lake Front Drive, LLC** | * | |
| | * | |
| Debtor | * | **Case No.: 24-11815** |
| | * | |
| | * | **Chapter 11** |
| | * | |
| | * | |

---

## <u>MOTION TO APPEAR REMOTELY</u>

COMES NOW Debtor 903 Lake Front Drive, LLC, by and through counsel, Charles E. Walton, Esq., and moves this Court for Counsel and the Debtor to appear remotely at the hearing set for February 13, 2025, at 11:00 a.m., stating the following in support thereof:

1. That Debtor's Counsel has pre-arranged travel set for February 9th-February 14th.

2. That Debtor's Counsel will be in Los Angeles, California for a conference.

3. That Maurice VerStanding, Counsel for the Creditor, and Lisa Stevens, Trustee, do not object to Debtor's Counsel and Debtor appearing remotely.

4. That Evan Meyers, Counsel for Prince George's County, does not object to Debtor's Counsel and Debtor appearing remotely.

WHEREFORE, counsel for the Debtor respectfully requests that this Honorable Court grant his Motion to Appear Remotely for the hearing set for February 13, 2025, at 11 a.m.

Respectfully submitted,

_____
Charles E. Walton, Esq.
10905 Fort Washington Rd., Suite 201
Fort Washington, MD 20744
301.292.8357 office
301.292.9439 fax
cwalton@cwaltonlaw.com
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of January 2025, a copy of the foregoing was served electronically upon filing via the CM/ECF system, with copies to:

Nicole C. Kenworthy
    bdept@mrrlaw.net

Lisa Yonka Stevens
    lisa.y.stevens@usdoj.gov

US Trustee - Greenbelt
USTPRegion04.GB.ECF@USDOJ.GOV

MauriceBelmontVerStandig
    mac@mbvesq.com,
    lisa@mbvesq.com;mahlon@dcbankruptcy.com;
    mac@dcbankruptcy.com;
    verstand ig.mauricer104982@notify.bestcase.com;
    verstandiglaw@recap.email

/s/ Charles Earl Walton
Charles Earl Walton