**IN UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

IN RE:                                    )
                                          )
**903 LAKE FRONT DRIVE, LLC**    )   Case No.: 24-11815
                                          )
    Debtor                           )   Chapter 11

**ORDER**

Upon considering Debtor's Motion to Appear Remotely, and any responses thereto, it is by this Court:

**ORDERED**, that Debtor's Motion to Appear Remotely for the hearing scheduled for February 13, 2025, at 11 a.m. is GRANTED.

                                                                                                 JUDGE, Maria E. Chavez-Ruark

cc:
US Trustee Lisa Stevens
Nicole C. Kenworthy
Charles E. Walton, Esq. - Counsel for the Debtor
Maurice Belmont VerStanding - Counsel for the Creditor
Evan Meyers - Prince George's County, Maryland c/o Meyer, Rodbell, & Rosenbaum, PA

End of Order

-1-