United States Bankruptcy Court
District of Maryland

In re:                                                                      Case No. 24-11815-MCR

903 Lake Front Drive, LLC                                                   Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 24, 2025 | Form ID: pdfall | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + 903 Lake Front Drive, LLC, 903 Lake front Drive, Bowie, MD 20721-2952 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: bdept@mrrlaw.net | Jan 24 2025 19:19:00 | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Suite 400, Riverdale Park, MD 20737-1331 |
| | + Email/Text: ustpregion04.gb.ecf@usdoj.gov | Jan 24 2025 19:20:00 | U.S. Trustee - Greenbelt, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |
| 32481291 | + Email/Text: bdept@mrrlaw.net | Jan 24 2025 19:19:00 | Prince George's County, Maryland, Office of Finance, 1301 McCormick Drive, Ste. 1100, Largo, MD 20774-5416 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2025                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Earl Walton | cwalton@cwaltonlaw.com |

District/off: 0416-0                                    User: admin                                           Page 2 of 2
Date Rcvd: Jan 24, 2025                                 Form ID: pdfall                                       Total Noticed: 4

                                mhall@cwaltonlaw.com,cwaltonlaw@gmail.com,waltoncr91773@notify.bestcase.com,msolomon@cwaltonlaw.com

Lisa Yonka Stevens
                                lisa.y.stevens@usdoj.gov

Maurice Belmont VerStandig
                                mac@mbvesq.com
                                lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,versta
                                ndiglaw@recap.email

Nicole C. Kenworthy
                                bdept@mrrlaw.net

US Trustee - Greenbelt
                                USTPRegion04.GB.ECF@USDOJ.GOV


TOTAL: 5

Entered: January 24th, 2025
Signed: January 24th, 2025

**DENIED**

The assigned courtroom does not have hybrid hearing technology, and even if it did, the movant has not demonstrated good cause and compelling circumstances for remote testimony. Transmission [of testimony from a different location] cannot be justified merely by showing that it is inconvenient for the witness to attend the trial. Fed. R. Civ. P. 43 Advisory Committee Notes (noting that the most pervasive showings of good cause and compelling circumstances arise from a witness being unable to attend a hearing or trial for unexpected reasons such as accident or illness).



_Maria Ellena Chavez-Ruark_

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### GREENBELT DIVISION

IN RE:                                      )
                                            )
**903 LAKE FRONT DRIVE, LLC**        )      Case No.: 24-11815
                                            )
Debtor                                )      Chapter 11

**ORDER**



Upon considering Debtor's Motion to Appear Remotely, and any responses thereto, it is

by this Court:

**ORDERED**, that Debtor's Motion to Appear Remotely for the hearing scheduled for

February 13, 2025, at N a.m. is GRANTED.

_____
JUDGE, Maria E. Chavez-Ruark

cc:
US Trustee Lisa Stevens
Nicole C. Kenworthy
Charles E. Walton, Esq. - Counsel for the Debtor
Maurice Belmont VerStanding - Counsel for the Creditor
Evan Meyers - Prince George's County, Maryland c/o Meyer, Rodbell, & Rosenbaum, PA

End of Order

-1-