**IN UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE: | * |
| | * |
| **903 Lake Front Drive, LLC** | * |
| | * |
| Debtor | *    Case No.: 24-11815 |
| | * |
| | *    Chapter 11 |
| | * |
| | * |

**MOTION FOR CONTINUANCE**

COMES NOW Debtor 903 Lake Front Drive, LLC, by and through counsel, Charles E. Walton, Esq., and moves to continue the hearing set for February 13, 2025, at 11:00 a.m. to February 20, 2025, stating the following in support thereof:

1. That Debtor's Counsel has pre-arranged travel set for February 9th-February 14th.

2. That Debtor's Counsel will be in Los Angeles, California for a conference.

3. That Even Meyers, Counsel for Prince George's County, does not object to a continuance.

4. That Mac VerStanding, Counsel for the Mortgage Lender, previously stated that he did not object to a short continuance, but as of this filing Debtor's Counsel has not received a response.

WHEREFORE, counsel for the Debtor respectfully requests that this Honorable Court grant his Motion for Continuance for the hearing set for February 13, 2025, at 11 a.m. to February 20, 2025.

Respectfully submitted,

/s/ Charles E. Walton, Esq.
Charles E. Walton, Esq.
10905 Fort Washington Rd., Suite 201
Fort Washington, MD 20744
301.292.8357 office
301.292.9439 fax
cwalton@cwaltonlaw.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of January 2025, a copy of the foregoing was served electronically upon filing via the CM/ECF system, with copies to:

Nicole C. Kenworthy
  bdept@mrrlaw.net

Lisa Yonka Stevens
  lisa.y.stevens@usdoj.gov

US Trustee - Greenbelt
  USTPRegion04.GB.ECF@USDOJ.GOV

MauriceBelmontVerStandig
  mac@mbvesq.com,
  lisa@mbvesq.com;mahlon@dcbankruptcy.com;
  mac@dcbankruptcy.com;
  verstand ig.mauricer104982@notify.bestcase.com;
  verstandiglaw@recap.email

/s/ Charles Earl Walton
Charles Earl Walton