Entered: February 4th, 2025
Signed: February 3rd, 2025
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **24–11815 – MCR**   Chapter: **11**

**903 Lake Front Drive, LLC**
Debtor

## ORDER RESCHEDULING CHAPTER 11
## CONFIRMATION HEARING ON MOTION OF DEBTOR

Upon consideration of Debtor's motion/request to continue/reschedule the confirmation hearing, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Confirmation Hearing is continued from February 13, 2025, and it is rescheduled for **March 10, 2025, at 10:00 a.m., in Courtroom 3C of the U.S. Bankruptcy Court, U.S. Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.**

cc:   Debtor
     Attorney for Debtor – Charles Earl Walton
     Attorney Maurice Belmont VerStandig
     Attorney Nicole C. Kenworthy

     U.S. Trustee
     All interested parties

**End of Order**

12x07 (rev. 01/26/2001) – JWhitfield*