IN UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

IN RE:                                              )
                                                    )
903 LAKE FRONT DRIVE, LLC        )      Case No.: 24-11815-MCR
                                                    )      **(Chapter 11)**
     Debtor.                                    )

## Tally of Ballots for Accepting or Rejecting Plan of Reorganization

Debtor filed an amended plan of reorganization dated November 25, 2024 (the Plan) in this case.  The Court approved a disclosure statement with respect to that Plan (the Disclosure Statement).  The Disclosure Statement provided information to assist Creditors in deciding how to vote their ballot.

Ballots for Accepting or Rejecting Debtor's Plan of Reorganization were served on Creditors on December 17, 2024.  No ballots were received by Debtor's counsel on or before February 5, 2025.

Debtor's counsel has tallied the Ballots he received for Accepting or Rejecting Debtor's Plan of Reorganization.  The Results are as follows:

> No votes were cast by Creditors to either accept or reject Debtor's Plan of Reorganization.

Dated:  February 6, 2025

Respectfully submitted,

WALTON LAW GROUP, LLC

/s/ Charles Earl Walton
Charles Earl Walton, Esq.
Bar No. 18373
10905 Fort Washington Road, Suite 201
Fort Washington MD 20744
301-292-8357   *(office)*
301-292-9439   *(fax)*
cwalton@cwaltonlaw.com
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of February 2025, a copy of the foregoing Tally of Ballots for Accepting or Rejecting Plan of Reorganization was served electronically via ECF to:

Nicole C. Kenworthy, Esq.
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave., Ste. 400
Riverdale Park, MD 20737
   bdept@mrrlaw.net

Lisa Yonka Stevens
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
   lisa.y.stevens@usdoj.gov

US Trustee - Greenbelt
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
   USTPRegion04.GB.ECF@USDOJ.GOV

Maurice Belmont VerStandig, Esq.
Verstandig Law Firm
9812 Falls Road
Potomac, MD 20854
   mac@mbvesq.com,
   lisa@mbvesq.com;mahlon@dcbankruptcy.com;
   mac@dcbankruptcy.com;
   verstandiglaw@recap.email

                                        /s/ Charles Earl Walton
                                        Charles Earl Walton