IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| In re: | ) | Case No. 24-11815-MCR |
|---|---|---|
| | ) | (Chapter 11) |
| 903 LAKE FRONT DRIVE, LLC | ) | |
| | ) | |
| Debtor. | ) | |

## **TALLY OF BALLOTS**

Comes now WCP Fund I LLC ("WCP"), by and through undersigned counsel, and reports as follows concerning ballots received by WCP in connection with the Chapter 11 Plan of Reorganization of 903 Lake Front Drive, LLC Proposed by WCP Fund I LLC (the "Plan," as found at DE #30):

| Creditor Class (#, Descrip) | Members of Class Casting Ballots | Total $ Value of Claims Voting | # Accept-ing | % Accept-ing | $ Value of Accept-ances | % of Value accept-ing | # Reject-ing | % Reject-ing | $ Value of Rejecting | % of Value Rejecting | Indicate if claim is unim-paired |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 (Secured Claim of WCP) | 1 | $660,122.04 | 1 | 100% | $660,122.04 | 100% | 0 | 0% | $0.00 | 0% | No. |

1

| 2 (Allowed Claim of Prince George's County, Maryland) | 1[1] | $8,205.83 | 0 | 0% | $0.00 | 0% | #1 | $8,205.83 | $8,205.83 | 100% | No. |

 

Respectfully submitted,

Dated: February 9, 2025

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

*[Certificate of Service on Following Page]*

---

[1] Prince George's County did not cast a formal ballot that was received by undersigned counsel (via e-mail, mail or otherwise). However, counsel for Prince Geoge's County did contact undersigned counsel, via e-mail, on January 21, 2025, indicating that the county would not be supporting WCP's Plan. It is not believed an actual ballot was thereafter cast. While WCP does not feign the right or ability to determine how that e-mail ought to be regarded, WCP also recognizes that (i) equity may favor treating the e-mail as a rejecting vote; and (ii) such is ultimately immaterial, insofar as Class 2 will not be deemed to have affirmatively accepted the Plan regardless. Accordingly, WCP is listing Prince George's County as having voted to reject the Plan.

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of February, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

- Nicole C. Kenworthy    bdept@mrrlaw.net
- Lisa Yonka Stevens    lisa.y.stevens@usdoj.gov
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- Charles Earl Walton    cwalton@cwaltonlaw.com, mhall@cwaltonlaw.com,cwaltonlaw@gmail.com;waltoncr91773@notify.bestcase.com,msolomon@cwaltonlaw.com

/s/ Maurice B. VerStandig
Maurice B. VerStandig

3