IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-11815-MCR |
| | ) | (Chapter 11) |
| 903 LAKE FRONT DRIVE, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**WCP FUND I LLC'S WITNESS AND**
**EXHIBIT LIST FOR CONFIRMATION HEARING**

Comes now WCP Fund I LLC as servicer for Pacific RBLF Funding Trust ("WCP"), by and through undersigned counsel, pursuant to the Protocol for In Person Hearings Before the Honorable Maria Ellena Chavez-Ruark, and submits these lists of witnesses to be called, and exhibits to be introduced into evidence, at a confirmation hearing on March 10, 2025:

**I.     Witnesses**

WCP reasonably anticipates calling the following witness to testify at the hearing, in addition to any other witnesses who may be called for purposes of impeachment and/or rebuttal:

1. A records custodian of WCP

**II.    Exhibits**

WCP reasonably anticipates introducing the following exhibits into evidence at the hearing, in addition to those that may be introduced for impeachment and/or rebuttal purposes:

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| Creditor01 | Petition and Schedules (DE #1) | | | |
| Creditor02 | Promissory Note | | | |
| Creditor03 | Deed of Trust | | | |
| Creditor04 | Payoff Statement | | | |

| | | | | |
|---|---|---|---|---|
| Creditor05 | Deed | | | |
| Creditor06 | E-mail Chain | | | |

                                                                             Respectfully submitted,

Dated: March 6, 2025                                    By: /s/ Maurice B. VerStandig
                                                                  Maurice B. VerStandig, Esq.
                                                                  Bar No. 18071
                                                                  The VerStandig Law Firm, LLC
                                                                  1452 W. Horizon Ridge Pkwy, #665
                                                                  Henderson, Nevada 89012
                                                                  Phone: (301) 444-4600
                                                                  Facsimile: (301) 444-4600
                                                                  mac@mbvesq.com
                                                                  *Counsel for WCP Fund I LLC*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 6th day of March, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

- Nicole C. Kenworthy     bdept@mrrlaw.net
- Lisa Yonka Stevens     lisa.y.stevens@usdoj.gov
- US Trustee - Greenbelt     USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig     mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- Charles Earl Walton     cwalton@cwaltonlaw.com, mhall@cwaltonlaw.com,cwaltonlaw@gmail.com;waltoncr91773@notify.bestcase.com,msolomon@cwaltonlaw.com

                                                                    /s/ Maurice B. VerStandig
                                                                    Maurice B. VerStandig