


# Payoff Statement

03/05/2024

903 Lake Front Drive, LLC
903 Lake Front Dr
Bowie, MD 20721

**Property Address: 903 Lake Front Drive, Bowie, MD 20721**

Amount Due: $660,122.04 as of 3/4/2024.

| | |
|---|---:|
| Loan Principal: | $471,920.00 |
| Interest Owed (as of payoff date): | $47,799.60 |
| Default Interest Owed (as of payoff date): | $151,958.24 |
| Interest Paid: | ($66,597.80) |
| Unpaid Late Fees: | $0.00 |
| Construction Draw Balance: | ($0.00) |
| Payoff Fee: | $350.00 |
| Default Penalty: | $47,192.00 |
| Legal Fees & Cost: | $7,500.00 |
| Pre-Paid Interest Balance: | ($0.00) |
| **Amount Due:** | **$660,122.04** |

Payoff good through 3/4/2024. Per diem $314.61.

YOU MUST COLLECT ALL FEES AND COSTS ASSOCIATED WITH RECORDING THE CERTIFICATE OF SATISFACTION ON THE HUD-1. ONCE THE CERTIFICATE OF SATISFACTION HAS BEEN RECORDED BY YOUR OFFICE, PLEASE EMAIL US A COPY FOR OUR RECORDS AT postclosing@wcp.team.

Payable to:   WCP Servicing LLC
8401 Greensboro Dr Suite 960
McLean, VA  22102

Bank Name: United Bank
Routing Number:
Account Number:

When sending the wire please reference our loan number, LOAN-006185 and borrower 903 Lake Front Drive, LLC.

Sincerely,

Christina Araujo