Cardinal Title Group, LLC
File No. **MD-21A-3152-TR**
Tax ID # **13-1450923**
Underwriter: **Old Republic National Title Insurance Company**

Prince George's County, MD
Approved by   WDD   01/26/2022
Recordation Tax Paid   $3,245.00
Transfer Tax Paid   $8,258.60

```
Prince George's Cty Cir Crt
IMP FD SURE        $40.00
RECORDING FEE      $20.00
TR TAX STATE    $2,949.50
TOTAL           $3,009.50
ME   TW
Jan 28, 2022      03:24 pm
```

# This Deed

, made this 3rd day of November, 2021 by and between Racquelle Snowden now known as Racquelle Stokes, party of the first part, Grantor; and 903 Lake Front Drive, LLC, party of the second part, Grantee.

## - Witnesseth -

### That for and in consideration

of the sum of FIVE HUNDRED EIGHTY NINE THOUSAND NINE HUNDRED AND 00/100 ($589,900.00), which includes the amount of any outstanding Mortgage or Deed of Trust, if any, the receipt whereof is hereby acknowledged, the said Grantor does grant and convey to the said 903 Lake Front Drive, LLC, its assigns, the survivor of it and the survivor's heirs, personal representatives and assigns, in fee simple, all that lot of ground situate in the County of Prince George's, State of Maryland and described as follows, that is to say:

> Lot numbered 130, in Block lettered 'A', in the Subdivision known as "Plat Three, NORTHLAKE", as per Plat thereof duly recorded among the land records of Prince George's County, Maryland in Plat Book NLP 133 at Plat 95. The improvements thereon being known as 903 Lake Front Drive, Bowie, Maryland 20721.
>
> Being the same property which by deed dated November 29, 2012, and recorded among the Land Records of Prince George's County, Maryland on December 28, 2012, in Liber 34235, in Folio 395, was granted and conveyed by The Clark Family Trust dated July 10, 2003, by Sharon Clark James, Trustee unto Racquelle Snowden.
>
> Property Address for Informational Purposes Only: 903 Lake Front Drive, Bowie, Maryland 20721

### Together

with the buildings and improvements thereon erected, made or being; and all and every, the rights, alleys, ways, waters, privileges, appurtenances and advantages thereto belonging, or in anywise appertaining.

### To Have and To Hold

the said tract of ground and premises above described and mentioned, and hereby intended to be conveyed, together with the rights, privileges, appurtenances and advantages thereto belonging or appertaining unto and to the proper use and benefit of the said 903 Lake Front Drive, LLC, its assigns, the survivor of it and the survivor's heirs, personal representatives and assigns, in fee simple.

### And

the said party of the first part hereby covenant that they have not done or suffered to be done any act, matter or thing whatsoever, to encumber the property hereby conveyed; that they will warrant specially the property hereby granted; and that they will execute such further assurances of the same as may be requisite.

Deed - Individual

File No MD-21A-3152-TR

Page 1 of 2

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MEA 47009, p. 0371, MSA_CE64_47318. Date available 02/03/2022. Printed 11/03/2023.

**As Witness** the hand and seal of said Grantor, the day and year first above written.

_____    _____(SEAL)
WITNESS                                                     Racquelle Snowden, now known as Racquelle Stokes

STATE OF MARYLAND
COUNTY OF MONTGOMERY, to wit:

I hereby certify that on the __3__ day of November, 2021, before me, the subscriber, a Notary Public of the State of Maryland, in and for the County of Howard, personally appeared Racquelle Snowden, now known as Racquelle Stokes, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument and made oath in due form of law that the matters and facts set forth herein are true.

As witness, my hand and notarial seal.

_____
Signature of Notary Public

> Jessica L Erler
> NOTARY PUBLIC
> HOWARD COUNTY
> MARYLAND
> MY COMMISSION EXPIRES March 6, 2024

My Commission Expires:

THIS IS TO CERTIFY that the within Deed was prepared by, or under the supervision of the undersigned, an Attorney duly admitted to practice before the Court of Appeals of Maryland.

_____(SEAL)
Jessica L. Erler, Esquire

AFTER RECORDING, PLEASE RETURN TO:
**Cardinal Title Group, LLC**
**8455 Colesville Road, Suite 1150**
**Silver Spring, Maryland 20910**

Deed - Individual

File No MD-21A-3152-TR                                                                        Page 2 of 2

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MEA 47009, p. 0372, MSA_CE64_47318. Date available 02/03/2022. Printed 11/03/2023.

| Maryland FORM **WH-AR** | **Certification of Exemption from Withholding Upon Disposition of Maryland Real Estate Affidavit of Residence or Principal Residence** | **2021** |
|---|---|---|

Based on the certification below, Transferor claims exemption from the tax withholding requirements of §10-912 of the Tax-General Article, Annotated Code of Maryland. Section 10-912 provides that certain tax payments must be withheld and paid when a deed or other instrument that effects a change in ownership of real property is presented for recordation. The requirements of §10-912 do not apply when a transferor provides a certification of Maryland residence or certification that the transferred property is the transferor's principal residence.

**1. Transferor Information**

Name of Transferor  Racquelle Snowden

**2. Description of Property** (Street address. If no address is available, include county, district, subdistrict and lot numbers).

903 Lake Front Drive, Bowie, MD 20721

**3. Reasons for Exemption**

**Resident Status** [✓] As of the date this form is signed, I, Transferor, am a resident of the State of Maryland.

[ ] Transferor is a resident entity as defined in Code of Maryland Regulations (COMAR)03.04.12.02B(11), I am an agent of Transferor, and I have authority to sign this document on Transferor's behalf.

**Principal Residence** [ ] Although I am no longer a resident of the State of Maryland, the Property is my principal residence as defined in IRC 121 (principal residence for 2 (two) of the last 5 (five) years) and is currently recorded as such with the State Department of Assessments and Taxation.

Under penalty of perjury, I certify that I have examined this declaration and that, to the best of my knowledge, it is true, correct, and complete.

**3a. Individual Transferors**

Witness

Name  Racquelle Snowden
*Date  11/3/21
Signature

**3b. Entity Transferors**

Witness/Attest

Name of Entity

By

Name  **Date

Title

** Form must be dated to be valid.

**Note:** Form is only valid if it was executed on the date the Property was transferred and is properly recorded with the Clerk of the Court.

**To the Clerk of the Court:** Only an un-altered Form WH-AR should be considered a valid certification for purposes of Section 10-912.

21-49

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MEA 47009, p. 0373, MSA_CE64_47318. Date available 02/03/2022. Printed 11/03/2023.

# State of Maryland Land Instrument Intake Sheet

☐ Baltimore City  ☒ County: __Prince George's__

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.*
(Type or Print in Black Ink Only – All Copies Must Be Legible)

**1. Type(s) of Instruments** (☐ Check Box if addendum Intake Form is Attached.)
- ☒ Deed
- ☒ Deed of Trust
- ☐ Mortgage
- ☐ Lease
- ☐ Other _____
- ☐ Other _____

**2. Conveyance Type Check Box**
- ☒ Improved Sale Arms-Length [1]
- ☐ Unimproved Sale Arms-Length [2]
- ☐ Multiple Accounts Arms-Length [3]
- ☐ Not an Arms-Length Sale [9]

**3. Tax Exemptions** (if applicable) Cite or Explain Authority
- Recordation:
- State Transfer:
- County Transfer:

**4. Consideration and Tax Calculations**

| Consideration Amount | |
|---|---|
| Purchase Price/Consideration | $589,900.00 |
| Any New Mortgage | $589,900.00 |
| Balance of Existing Mortgage | $ |
| Other: | $ |
| Other: | $ |
| Full Cash Value: | $ |

Finance Office Use Only — Transfer and Recordation Tax Consideration

| | | | |
|---|---|---|---|
| Transfer Tax Consideration | | | $ |
| X ( ) % | = | | $ |
| Less Exemption Amount | - | | $ |
| Total Transfer Tax | = | | $ |
| Recordation Tax Consideration | | | $ |
| X ( ) per $500 | = | | $ |
| TOTAL DUE | | | $ |

**5. Fees**

| Amount of Fees | Doc. 1 | Doc. 2 | |
|---|---|---|---|
| Recording Charge | $60.00 | $60.00 | Agent: |
| Surcharge | $ | $ | |
| State Recordation Tax | $3,245.00 | $ | Tax Bill: |
| State Transfer Tax | $2,949.50 | $ | |
| County Transfer Tax | $8,258.60 | $ | C.B. Credit: |
| Other | $ | $ | |
| Other | $ | $ | Ag. Tax/Other: |

**6. Description of Property**
*SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i).*

| District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|
| | 13-1450923 | 34235 , 395 | | | ☐ (5) |

| Subdivision Name | Lot (3a) | Block (3b) | Sect/AR (3c) | Plat Ref. | SqFt/Acreage (4) |
|---|---|---|---|---|---|
| | 130 | A | | | |

Location/Address of Property Being Conveyed (2): **903 Lake Front Drive, Bowie, MD 20721**

Other Property Identifiers (if applicable): Water Meter Account No.:

Residential ☒ Or Non-Residential ☐   Fee Simple ☒ or Ground Rent ☐   Amount: $_____

Partial Conveyance ☐ Yes ☒ No   Description/Amt. of SqFt/Acreage Transferred:

If Partial Conveyance, List Improvements:

**7. Transferred From**

| Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
|---|---|
| Racquelle Snowden | 903 Lake Front Drive, LLC |

| Doc. 1 – Owner(s) of Record, if Different from Grantor(s) | Doc. 2 Owner(s) of Record, if Different from Grantor(s) |
|---|---|
| | |

**8. Transferred To**

| Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
|---|---|
| 903 Lake Front Drive, LLC | |

New Owner's (Grantee) Mailing Address: **903 Lake Front Drive, Bowie, MD 20721**

**9. Other Names to Be Indexed**

| Doc. 1 – Additional Names to be Indexed (Optional) | Doc. 2 – Additional Names to be Indexed (Optional) |
|---|---|
| | WCP Fund I, LLC |

**10. Contact/Mail Information**

Instrument Submitted By or Contact Person
- Name: Jessica Erler
- Firm: Cardinal Title Group, LLC
- Address: 9801 Washingtonian Boulevard, Suite 600
- Gaithersburg, MD 20878
- Phone: (703) 896-5005

☒ Return to Contact Person
☐ Hold for Pickup
☐ Return Address Provided

**11. IMPORTANT: *BOTH* THE ORIGINAL DEED *AND* A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER**

Assessment Information:
- ☒ Yes ☐ No — Will the property being conveyed be the grantee's principal residence?
- ☐ Yes ☒ No — Does the transfer include personal property? If yes, identify: _____
- ☐ Yes ☒ No — Was property surveyed? If Yes, attach copy of survey (if recorded, no copy required).

**Assessment use only – Do Not Write Below This Line**

| Terminal Verification | Agricultural Verification | Whole | Part | Tran. Process Verification |
|---|---|---|---|---|
| Transfer Number | Date Received: | Deed Reference: | | Assigned Property No.: |

| Year | 20 | 20 | Geo. | Map | Sub | Block |
|---|---|---|---|---|---|---|
| Land | | | Zoning | Grid | Plat | Lot |
| Buildings | | | Use | Parcel | Section | Occ. Cd. |
| Total | | | Town Cd. | Ex. St. | Ex. Cd. | |

REMARKS:

Distribution: White – Clerk's Office / Pink – Office of Finance / Canary – SDAT / Goldenrod – Preparer    AOC-CC-300(5/2007).

File No.: MD-21A-3152-TR

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MEA 47009, p. 0374, MSA_CE64_47318. Date available 02/03/2022. Printed 11/03/2023.