| | |
|---|---|
| **From:** | marty g |
| **To:** | Leslie Calderas |
| **Subject:** | RE: Payoff Request - 903 Lake Front Dr |
| **Date:** | Saturday, July 22, 2023 7:45:01 PM |
| **Attachments:** | 796F3233106C418A8DED1795D3FC6B95.png |

Good evening,hello I hope all is well? Can you please draft my account on AUGUST 2<sup>ND</sup> IN THE Amount of $4,500

Thank you.


Sent from Mail for Windows


**From:** Leslie Calderas
**Sent:** Wednesday, June 28, 2023 10:03 AM
**To:** Marterese Green
**Cc:** Chris Campos; Kevin McGaughey
**Subject:** RE: Payoff Request - 903 Lake Front Dr

Ms. Marterese,

As discussed, please find attached a full payment history and a payoff statement good through the end of the month.

Thank you for taking the time to speak to me today. Please let me know by Friday when can we start collecting payments in order to bring the account current.

Let me know if you have any questions.

Best,

**\*\*Wire fraud is on the rise, so always call to confirm wiring instructions before sending.**

**\*\*Please allow at least 5 business days for payoffs to be processed. There is a $50 fee for every payoff request. If you need a payoff within 5 business days, you can request expedited processing which is an additional $200 fee.**


## Leslie Calderas  |  Servicing Manager

Washington Capital Partners
www.washingtoncapitalpartners.com
8401 Greensboro Dr Suite 960
McLean, VA 22102
(703) 940-5190



*This message, including any attachments, may contain confidential, proprietary, privileged, and/or private information from Washington Capital Partners. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.*

**From:** Leslie Calderas
**Sent:** Tuesday, June 27, 2023 5:08 PM
**To:** Marterese Green <stylesbymarty@gmail.com>
**Subject:** RE: Payoff Request - 903 Lake Front Dr

Sounds good! I'll give you a call around 9:30 am tomorrow.

Thanks,

**\*\*Wire fraud is on the rise, so always call to confirm wiring instructions before sending.**

**\*\*Please allow at least 5 business days for payoffs to be processed. There is a $50 fee for every payoff request. If you need a payoff within 5 business days, you can request expedited processing which is an additional $200 fee.**

## Leslie Calderas  |  Servicing Manager

Washington Capital Partners
[www.washingtoncapitalpartners.com](www.washingtoncapitalpartners.com)
8401 Greensboro Dr Suite 960
McLean, VA 22102
(703) 940-5190


   

*This message, including any attachments, may contain confidential, proprietary, privileged, and/or private information from Washington Capital Partners. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.*

**From:** Marterese Green <stylesbymarty@gmail.com>
**Sent:** Tuesday, June 27, 2023 5:04 PM
**To:** Leslie Calderas <lcalderas@wcp.team>
**Subject:** Re: Payoff Request - 903 Lake Front Dr

Good evening hello 9or 930 10 is good for me please thanks

On Tue, Jun 27, 2023, 4:57 PM Leslie Calderas <lcalderas@wcp.team> wrote:

> Hi Ms. Marterese,
>
> Let's schedule a call for tomorrow. What is the best time for me to call you?
>
> I will have all the payment and payoff information ready to discuss. Please confirm your availability.
>
> Thanks,
>
> **\*\*Wire fraud is on the rise, so always call to confirm wiring instructions before sending.**
>
> **\*\*Please allow at least 5 business days for payoffs to be processed. There is a $50 fee for every payoff request. If you need a payoff within 5 business days, you can request expedited processing which is an additional $200 fee.**
>
> ### Leslie Calderas  |  Servicing Manager
>
> Washington Capital Partners
> www.washingtoncapitalpartners.com
> 8401 Greensboro Dr Suite 960
> McLean, VA 22102
> (703) 940-5190
>
> 
>
> *This message, including any attachments, may contain confidential, proprietary, privileged, and/or private information from Washington Capital Partners. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.*

**From:** Marterese Green <stylesbymarty@gmail.com>
**Sent:** Monday, June 26, 2023 6:16 PM
**To:** Leslie Calderas <lcalderas@wcp.team>
**Subject:** Re: Payoff Request - 903 Lake Front Dr

      Good evening  Hello Leslie hope all is well? Can you Please give me call .

Thank you
Marterese Green

On Fri, Jun 16, 2023, 1:37 PM Leslie Calderas <lcalderas@wcp.team> wrote:

> Hello Ms. Marterese,
>
> I am so sorry for all the missed calls and emails. I just tried to call you back. I'll be available this afternoon.
>
> Thanks,
>
> **\*\*Wire fraud is on the rise, so always call to confirm wiring instructions before sending.**
>
> **\*\*Please allow at least 5 business days for payoffs to be processed. There is a $50 fee for every payoff request. If you need a payoff within 5 business days, you can request expedited processing which is an additional $200 fee.**
>
> ### Leslie Calderas  |  Servicing Manager
>
> Washington Capital Partners
> www.washingtoncapitalpartners.com
> 8401 Greensboro Dr Suite 960
> McLean, VA 22102
> (703) 940-5190
>
> *This message, including any attachments, may contain confidential, proprietary, privileged, and/or private information from Washington Capital Partners. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.*
>
> **From:** Marterese Green <stylesbymarty@gmail.com>
> **Sent:** Wednesday, June 14, 2023 7:15 PM
> **To:** Leslie Calderas <lcalderas@wcp.team>
> **Subject:** Re: Payoff Request - 903 Lake Front Dr
>
> Good evening,Leslie I hope all is well?  I missed the email  about the retreat. Please give me call regarding making payment current to proceed ..as you stated on my end.

Sincerely
Marterese Green

Tg

On Tue, Jun 6, 2023, 5:56 PM Marterese Green <stylesbymarty@gmail.com> wrote:

> ---------- Forwarded message ---------
> From: **Marterese Green** <stylesbymarty@gmail.com>
> Date: Thu, Jun 1, 2023, 12:05 PM
> Subject: Re: Payoff Request - 903 Lake Front Dr
> To: Leslie Calderas <lcalderas@wcp.team>
>
> Good morning,hello hope all is well?you can take March payment Monday also I need a payoff and need to know all the late fees please thank you
>
> Sincerely
> Marterese Green
>
> On Wed, May 24, 2023, 11:40 AM Marterese Green <stylesbymarty@gmail.com> wrote:
>
>> I'm ok ..I will Let you know.. I'm also gonna need a pay off too after ..almost there
>>
>> Thank you
>> Marterese Green
>>
>> On Wed, May 24, 2023, 10:58 AM Leslie Calderas <lcalderas@wcp.team> wrote:
>>
>>> Hi Marterese,
>>>
>>> I am doing well, thank you! How about you?
>>>
>>> I will get back to you on the payment info. Regarding the refinance of the property, are there any new updates? Do you have a settlement date yet?/
>>>
>>> Please let me know. We have a meeting at noon to discuss about delinquencies and maturity.
>>>
>>> Thanks,
>>>
>>> **\*\*Wire fraud is on the rise, so always call to confirm wiring instructions before sending.**
>>>
>>> **\*\*Please allow at least 5 business days for payoffs to be processed. There is a $50 fee for**

every payoff request. If you need a payoff within 5 business days, you can request expedited processing which is an additional $200 fee.

**Leslie Calderas  |  Servicing Manager**
Washington Capital Partners
www.washingtoncapitalpartners.com
8401 Greensboro Dr Suite 960
McLean, VA 22102
(703) 940-5190

*This message, including any attachments, may contain confidential, proprietary, privileged, and/or private information from Washington Capital Partners. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.*

**From:** Marterese Green <stylesbymarty@gmail.com>
**Sent:** Wednesday, May 24, 2023 10:43 AM
**To:** Leslie Calderas <lcalderas@wcp.team>
**Subject:** Re: Payoff Request - 903 Lake Front Dr

Good morning,  Leslie, hello hope all is well ?you can take March payment on Monday.. also  I wanted to  know the late fees overall  and I can't figure out which bank March 2022 payment came out of I was asked please give me call thanks almost at the end .

Thank you
Marterese Green

On Wed, May 17, 2023, 5:10 PM marty g <stylesbymarty@gmail.com> wrote:

> Good evening hello, Leslie please give a call when you can reguarding payment statement
>
> Thank you
> Marterese Green
>
> **From:** Leslie Calderas
> **Sent:** Wednesday, May 10, 2023 9:50 AM
> **To:** Marterese Green
> **Cc:** Kevin McGaughey
> **Subject:** RE: Payoff Request - 903 Lake Front Dr
>
> Hello Marterese,
>
> Please do keep us posted. Should we start working on the updated payoff statement? What is the title company you are working with?

Thanks,

**\*\*Wire fraud is on the rise, so always call to confirm wiring instructions before sending.**

**\*\*Please allow at least 5 business days for payoffs to be processed. There is a $50 fee for every payoff request. If you need a payoff within 5 business days, you can request expedited processing which is an additional $200 fee.**

### Leslie Calderas  |  Servicing Manager

Washington Capital Partners
www.washingtoncapitalpartners.com
8401 Greensboro Dr Suite 960
McLean, VA 22102
(703) 940-5190

*This message, including any attachments, may contain confidential, proprietary, privileged, and/or private information from Washington Capital Partners. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited*

**From:** Marterese Green <stylesbymarty@gmail.com>
**Sent:** Tuesday, May 9, 2023 4:54 PM
**To:** Kevin McGaughey <Kevin@wcp.team>
**Cc:** Leslie Calderas <lcalderas@wcp.team>
**Subject:** Re: Payoff Request - 903 Lake Front Dr

Good evening hello not yet
I have Docs to sign as we speak as soon know I'll reach out

On Tue, May 9, 2023, 3:06 PM Kevin McGaughey <Kevin@wcp.team> wrote:

> Good afternoon,
>
> Do we have a newly scheduled payoff date?
>
> Thank you
>
>> **From:** Leslie Calderas <lcalderas@wcp.team>
>> **Sent:** Thursday, March 9, 2023 10:13 AM
>> **To:** Hailey Thomas <hailey@wcp.team>; Marterese Green <stylesbymarty@gmail.com>; Kevin McGaughey <Kevin@wcp.team>
>> **Subject:** RE: Payoff Request - 903 Lake Front Dr
>>
>> Hi Marty,

As you were notified last night, the payment you attempt to schedule earlier this week was returned. The payoff statement is no longer valid, we need to update and resend.

Thanks,

**\*\*Wire fraud is on the rise, so always call to confirm wiring instructions before sending.**

**\*\*Please allow at least 5 business days for payoffs to be processed. There is a $50 fee for every payoff request. If you need a payoff within 5 business days, you can request expedited processing which is an additional $200 fee.**

### Leslie Calderas  |  Servicing Manager

Washington Capital Partners
www.washingtoncapitalpartners.com
8401 Greensboro Dr Suite 960
McLean, VA 22102
(703) 940-5190

*This message, including any attachments, may contain confidential, proprietary, privileged, and/or private information from Washington Capital Partners. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.*

**From:** Hailey Thomas <hailey@wcp.team>
**Sent:** Thursday, March 9, 2023 9:59 AM
**To:** WCP Servicing <servicing@wcp.team>; Marterese Green <stylesbymarty@gmail.com>; Kevin McGaughey <Kevin@wcp.team>
**Subject:** RE: Payoff Request - 903 Lake Front Dr

Good Morning,

Payoff is attached Thanks

**From:** WCP Servicing <servicing@wcp.team>
**Sent:** Wednesday, March 1, 2023 1:36 PM
**To:** Marterese Green <stylesbymarty@gmail.com>; Kevin McGaughey <Kevin@wcp.team>; Hailey Thomas <hailey@wcp.team>
**Subject:** Re: Payoff Request - 903 Lake Front Dr

Payoff request received. We will send once approved. Thanks
**From:** Marterese Green <stylesbymarty@gmail.com>
**Sent:** Wednesday, March 1, 2023 10:26 AM

**To:** WCP Servicing <servicing@wcp.team>
**Subject:** Re: Payoff Request - 903 Lake Front Dr

Good morning.  Hello, Pride Settlement and Escrow is doing  the closing and 30 day payoff

On Wed, Mar 1, 2023, 9:58 AM WCP Servicing <servicing@wcp.team> wrote:

> We don't have a current request for this property. What good through date would you like for the payoff and we can get it started?
> **From:** Kevin McGaughey <Kevin@wcp.team>
> **Sent:** Wednesday, March 1, 2023 9:40 AM
> **To:** WCP Servicing <servicing@wcp.team>
> **Cc:** stylesbymarty@gmail.com <stylesbymarty@gmail.com>
> **Subject:** Payoff Request - 903 Lake Front Dr

Good morning Servicing Team,

I am just reaching out to confirm that a payoff was created for this property.

Marty – which title company are you using for the refinance?

Thanks

### Kevin McGaughey  |  Senior Commercial Loan Officer

Washington Capital Partners
www.washingtoncapitalpartners.com
8401 Greensboro Drive, Suite 960

McLean, VA 22102
(703) 745-5558

*This message, including any attachments, may contain confidential, proprietary, privileged, and/or private information from Washington Capital Partners. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this*

*message or its attachments is strictly prohibited.*

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Virus-free.www.avg.com

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.