**MARIA ELLENA CHAVEZ-RUARK, U.S. BANKRUPTCY JUDGE**

Evidentiary Hearing:  NO
Exhibits Filed:  YES

PROCEEDING MEMO − CHAPTER 11

**Case: 24-11815-MCR**  Date: 03/10/2025 at 10:00 a.m.
**903 Lake Front Drive, LLC**

Appearances:   Charles Earl Walton, counsel for Debtor
Maurice Belmont VerStandig, counsel for WCP Fund I LLC as Servicer for Pacific RBLF Funding Trust
Evan Meyers, counsel for Prince George's County, Maryland

Also present:   Marterese Veronica Green, Debtor representative

[30] Chapter 11 Plan of Reorganization Filed by WCP Fund I LLC as Servicer for Pacific RBLF Funding Trust.

   [76] Objection on behalf of 903 Lake Front Drive, LLC Filed by Charles Earl Walton (related document(s)30 Chapter 11 Plan filed by Creditor WCP Fund I LLC as Servicer for Pacific RBLF Funding Trust).

   [84] Tally of Ballots on behalf of WCP Fund I LLC as Servicer for Pacific RBLF Funding Trust Filed by Maurice Belmont VerStandig.

[57] Amended Chapter 11 Plan Filed by 903 Lake Front Drive, LLC (related document(s)37 Disclosure Statement filed by Debtor 903 Lake Front Drive, LLC).

   [75] Objection on behalf of WCP Fund I LLC as Servicer for Pacific RBLF Funding Trust Filed by Maurice Belmont VerStandig (related document(s)57 Amended Chapter 11 Plan filed by Debtor 903 Lake Front Drive, LLC). (Attachments: # 1 Exhibit A - Deed of Trust)

   [84] Tally of Ballots on behalf of WCP Fund I LLC as Servicer for Pacific RBLF Funding Trust Filed by Maurice Belmont VerStandig.

COMMENTS:   The Debtor and WCP Fund agreed to resolve their issues through an amended plan.  The Debtor may sell or refinance the property through 7/7/25 with Prince George's County being paid first and then WCP Fund (likely there will not be funds available to pay anyone else).  If the Debtor is unable to sell or refinance the property by 7/7/25, she will vacate the property as of 7/8/25 and WCP Fund may sell the property at auction.  The Debtor confirmed her agreement on the record, and counsel for the County confirmed the County has no objection.

The Court confirmed it would be amendable to conditionally approving the amended disclosure statement and considering final approval at the confirmation hearing.

The Court will issue a scheduling order:
- Amended plan and disclosure statement due 3/17/25
- Service of solicitation package by 3/21/25
- Objection to confirmation due by 4/18/25
- Ballots due by 4/18/25
- Tally of ballots due 4/29/25
- Confirmation hearing on 5/6/25 at 1:00 p.m. in person

DISPOSITION:  Status conference held. Amended plan and disclosure statement due. Court will issue scheduling order.