

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| In re:<br><br>**903 LAKE FRONT DRIVE, LLC,**<br><br>Debtor. | Case Number: 24-11815-MCR<br>(Chapter 11) |

### ORDER SETTING DEADLINE TO FILE AMENDED
### DISCLOSURE STATEMENT AND AMENDED PLAN AND RELATED
### DEADLINES AND NOTICE OF HEARING ON CONFIRMATION OF PLAN

On March 10, 2025, the Court held a hearing on confirmation of the plans filed by 903 Lake Front Drive, LLC (the "Debtor") and WCP Fund I LLC, as servicer for Pacific RBLF Funding Trust ("WCP Fund"). Neither plan satisfied the requirements for confirmation, and the Debtor and WCP Fund both objected to the other's plan. The Debtor and WCP Fund advised the Court that they had reached an agreement regarding their competing plans and confirmation objections and that WCP Fund (either individually or jointly with the Debtor) would file an amended plan and disclosure statement consistent with the parties' agreement.

For these reasons and the reasons stated on the record at the confirmation hearing, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that by **March 17, 2025**, WCP Fund (individually or jointly with the Debtor) shall file an amended disclosure statement (the "Amended Disclosure Statement") and an amended plan (the "Amended Plan"); and it is further

ORDERED, that by **March 21, 2025**, WCP Fund shall (i) serve a copy of this Order, the Amended Disclosure Statement, the Amended Plan, and a ballot conforming to Official Form 314 on all creditors, equity security holders, other parties in interest, and the United States Trustee, as provided in Federal Bankruptcy Rule 3017(d), and (ii) file a certificate of service with the Court confirming service was made as set forth herein; and it is further

ORDERED, that by **April 18, 2025**, any party in interest objecting to confirmation of the Amended Plan (including the proposed treatment of any claim or interest) shall file and serve a written objection to confirmation pursuant to Federal Bankruptcy Rules 2002(b) and 3020(b)(1); and it is further

ORDERED, that by **April 18, 2025**, any holder of a claim or interest allowed under Section 502 of the Bankruptcy Code accepting or rejecting the Amended Plan shall submit a written acceptance or rejection to the attorney for WCP Fund (Maurice B. VerStandig, The Belmont Firm, 1050 Connecticut Avenue NW, Suite 500, Washington, DC 20036); and it is further

ORDERED, that by **April 29, 2025**, the Debtor shall file a tally of ballots pursuant to Local Bankruptcy Rule 3018-1; and it is further

ORDERED, that a hearing on confirmation of the Amended Plan will be held on **May 6, 2025 at 1:00 p.m.** at the United States Courthouse, Courtroom 3-C, 6500 Cherrywood Lane, Greenbelt, MD 20770.

cc: Debtor – 903 Lake Front Drive, LLC
Debtor's Counsel – Charles Earl Walton
WCP Fund I LLC's Counsel – Maurice B. VerStandig
United States Trustee
All creditors and parties in interest

**END OF ORDER**