**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **IN RE:** | * | |
| | * | |
| **903 Lake Front Drive, LLC** | * | **Case No.:** 24-11815 |
| | * | |
| | * | **Chapter 11** |
| | * | |
| **Debtors** | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**APPLICATION FOR THE APPROVAL OF EMPLOYMENT OF SARA
LESLIE CAMPBELL OF THE REAL ESTATE STORE, LLC AS AGENT
TO SALE 903 LAKE FRONT DRIVE**

Debtor 903 Lake Front Drive, LLC, your applicant, hereby requests approval of

employment of counsel, and for cause, state as follows:

1.      Debtor 903 Lake Front Drive, LLC [the "Debtor" or your "Applicant"]

commenced this case by filing a voluntary petition under Chapter 11 of the United States

Bankruptcy Code on March 4, 2024 [the "Petition Date"]. Since filing your Applicant's

petition, Debtor has been managing the affairs as a debtor-in-possession pursuant to the Code.

2      This Court has jurisdiction over this matter.

3.      Your Applicant seeks court approval for Sara Leslie Campbell's employment as a

real estate agent at the Real Estate Store, LLC, to sell 903 Lake Front Drive.  The professional

service Ms. Campbell (with 40 years of experience) will provide to your Applicant is the sale of

903  Lake Front Drive, which is the property owned by the debtor.

4.   Sara Leslie Campbell of the Real Estate Store, LLC represents no other entity in

connection with this bankruptcy proceeding and is disinterested as that term is defined in 11

U.S.C. §101(14).  She nor the Real Estate Store is not a creditor, an equity security holder, or an

insider of the Debtors; (ii) is not and was not an investment banker for any outstanding security

of the Debtors; (iii) has not been within three (3) years before the date of the filing of the

petition, and investment banker for the security of the Debtors, or an attorney for such an investment banker in connection with the offer, sale or issuance of security of the Debtor; (iv) is not and was not, within two (2) years before the date of filing of the petition a director, officer or employee of the Debtor or an investment bank specified in section (ii) and (iii) of this paragraph; and (v) does not have an interest materially adverse to the interest of the estate or any class of creditors or equity security holders, because of any direct or indirect relationship to, connection with, or interest in, the Debtors or an investment banker specified in sections (ii) and (iii) of this paragraph, or for any other reason.  Further, they hold no interest adverse to the interest of the Debtor concerning the matter on which Ms. Campbell is to be employed.  They have no connection with the Debtor, except as described herein, Debtor creditors, any parties in interest, or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

5.      Sara Leslie Campbell and the Real Estate Store, LLC, have agreed to sell the property for a 6% commission.

6.      This application is filed with an Affidavit in Support of Application for Approval of Employment of Sara Leslie Campbell's employment as a real estate agent at the Real Estate Store, LLC

**WHEREFORE,** your Applicants respectfully request that this Honorable Court;

**A.**      **ENTER** an Order authorizing the employment of Sara Leslie Campbell's and the Real Estate Store, LLC as the real estate agent, for Debtor, as set forth herein; and

**B.**      **ORDER** that such other and further relief as this action may require.

Respectfully submitted,

/s/ Sara Campbell
Sara Campbell

By for Sara Campbell WALTON LAW GROUP, LLC.

**/s/ Charles E. Walton**
Charles E. Walton
10905 Fort Washington Rd Ste 201
Ft Washington, Maryland  20774
(301) 292-8357
Attorneys for Debtor