IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: | * |
| | * |
| **903 Lake Front Drive, LLC** | *   **Case No.:** 24-11815 |
| | * |
| | *   **Chapter 11** |
| | * |
| **Debtors** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**AFFIDAVIT IN SUPPORT OF
APPLICATION
FOR APPROVAL OF EMPLOYMENT OF SARA LESLIE CAMPBELL OF
THE REAL ESTATE STORE, LLC AS AGENT TO SALE 903 LAKE
FRONT DRIVE**

**I, Sara Leslie Campbell CERTIFY that on the 13th day of March 2025,** I am the person whose name is subscribed in this Affidavit.

1. I am a competent person over the age of eighteen who has knowledge of the captioned cause and can testify hereto.

2. I am a Real Estate Agent licensed in Maryland.

3. I maintain an office in the State of Maryland at The Real Estate Store, LLC 5623 Allentown Road Ste 102 Camp Springs, MD 20746.

4. I and the Real Estate Store represent no other entity in connection with this case is disinterested as that term is defined in 11 U.S.C. §101(14). We are not a creditor, an equity security holder, or an insider of Debtor   (ii) is not and was not an investment banker for any outstanding security of Debtors; (iii) has not been within three years before the date of the filing of the petition, an investment banker or a security of the Debtors, or an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the Debtors; (iv)

is not and was not, within two years before the date of filing of the petition a director, officer or employee of the Debtors or an investment bank specified in sections (ii) and (iii) of this paragraph; and (v) does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or an investment banker specified in sections (ii) and (iii) of this paragraph, or for any other reason. Further, I hold no interest adverse to the interest of the Debtor.

5. I have no connection with the Debtors, their creditors, any other party in interest, their respective attorneys, the United States Trustee, or any person employed in the office of the United States Trustee.

6. That all the facts contained in the Application for Approval of Employment as Counsel for Debtors are true and correct.

**I HEREBY AFFIRM THAT THE MATTERS AND FACTS CONTAINED HEREIN ARE TRUE AND CORRECT BASED ON MY INFORMATION AND KNOWLEDGE.**

/s/ Sara Campbell
Sara Leslie Campbell
The Real Estate Store, LLC
5623 Allentown Rd Ste 102
Camp Springs, MD 20746