United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 24-11815-MCR |
| 903 Lake Front Drive, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 12, 2025 | Form ID: pdfall | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 903 Lake Front Drive, LLC, 903 Lake front Drive, Bowie, MD 20721-2952 |
| cr | + | WCP Fund I LLC as Servicer for Pacific RBLF Fundin, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| 32480128 | + | Russel S. Drazin Trustee, Pardo & Drazin, LLC, 4400 Jenifer Street NW, Washington, DC 20015-2089 |
| 32481287 | + | Secretary of the Treasury, 15th and Pennsylvania Ave., N.W., Washington, DC 20220-0001 |
| 32480129 | + | Washington Capital Partners, 8401 Greenboro Drive, Suite 960, Mc Lean, VA 22102-5149 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32481286 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Mar 12 2025 19:44:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32481288 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 12 2025 19:45:00 | Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, PA 19114 |
| 32482122 | + | Email/Text: bdept@mrrlaw.net | Mar 12 2025 19:44:00 | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Ste. 400, Riverdale Park, MD 20737-1331 |
| 32481291 | + | Email/Text: bdept@mrrlaw.net | Mar 12 2025 19:44:00 | Prince George's County, Maryland, Office of Finance, 1301 McCormick Drive, Ste. 1100, Largo, MD 20774-5416 |
| 32481290 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Mar 12 2025 19:46:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32481289 | | Email/Text: atlreorg@sec.gov | Mar 12 2025 19:45:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |
| 32481292 | | Email/Text: usamd.bankruptcy@usdoj.gov | Mar 12 2025 19:45:00 | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |
| cr | *+ | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Suite 400, Riverdale Park, MD 20737-1331 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 12, 2025 | Form ID: pdfall | Total Noticed: 12 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Earl Walton | cwalton@cwaltonlaw.com<br>mhall@cwaltonlaw.com,cwaltonlaw@gmail.com,waltoncr91773@notify.bestcase.com,msolomon@cwaltonlaw.com |
| Lisa Yonka Stevens | lisa.y.stevens@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Nicole C. Kenworthy | bdept@mrrlaw.net |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 5

Entered: March 12th, 2025
Signed: March 11th, 2025
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

| | |
|---|---|
| **In re:**<br><br>**903 LAKE FRONT DRIVE, LLC,**<br><br>**Debtor.** | **Case Number: 24-11815-MCR**<br>**(Chapter 11)** |

### ORDER SETTING DEADLINE TO FILE AMENDED
### DISCLOSURE STATEMENT AND AMENDED PLAN AND RELATED
### <u>DEADLINES AND NOTICE OF HEARING ON CONFIRMATION OF PLAN</u>

On March 10, 2025, the Court held a hearing on confirmation of the plans filed by 903 Lake Front Drive, LLC (the "<u>Debtor</u>") and WCP Fund I LLC, as servicer for Pacific RBLF Funding Trust ("<u>WCP Fund</u>"). Neither plan satisfied the requirements for confirmation, and the Debtor and WCP Fund both objected to the other's plan. The Debtor and WCP Fund advised the Court that they had reached an agreement regarding their competing plans and confirmation objections and that WCP Fund (either individually or jointly with the Debtor) would file an amended plan and disclosure statement consistent with the parties' agreement.

For these reasons and the reasons stated on the record at the confirmation hearing, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that by **March 17, 2025**, WCP Fund (individually or jointly with the Debtor) shall file an amended disclosure statement (the "Amended Disclosure Statement") and an amended plan (the "Amended Plan"); and it is further

ORDERED, that by **March 21, 2025**, WCP Fund shall (i) serve a copy of this Order, the Amended Disclosure Statement, the Amended Plan, and a ballot conforming to Official Form 314 on all creditors, equity security holders, other parties in interest, and the United States Trustee, as provided in Federal Bankruptcy Rule 3017(d), and (ii) file a certificate of service with the Court confirming service was made as set forth herein; and it is further

ORDERED, that by **April 18, 2025**, any party in interest objecting to confirmation of the Amended Plan (including the proposed treatment of any claim or interest) shall file and serve a written objection to confirmation pursuant to Federal Bankruptcy Rules 2002(b) and 3020(b)(1); and it is further

ORDERED, that by **April 18, 2025**, any holder of a claim or interest allowed under Section 502 of the Bankruptcy Code accepting or rejecting the Amended Plan shall submit a written acceptance or rejection to the attorney for WCP Fund (Maurice B. VerStandig, The Belmont Firm, 1050 Connecticut Avenue NW, Suite 500, Washington, DC 20036); and it is further

ORDERED, that by **April 29, 2025**, the Debtor shall file a tally of ballots pursuant to Local Bankruptcy Rule 3018-1; and it is further

ORDERED, that a hearing on confirmation of the Amended Plan will be held on **May 6, 2025 at 1:00 p.m.** at the United States Courthouse, Courtroom 3-C, 6500 Cherrywood Lane, Greenbelt, MD 20770.

cc:   Debtor – 903 Lake Front Drive, LLC
      Debtor's Counsel – Charles Earl Walton
      WCP Fund I LLC's Counsel – Maurice B. VerStandig
      United States Trustee
      All creditors and parties in interest

**END OF ORDER**