Entered: March 18th, 2025
Signed: March 13th, 2025
**SO ORDERED**



*Maria Ellena Chavez-Ruark*

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Greenbelt

| | |
|---|---|
| **In re:** <br><br> **903 LAKE FRONT DRIVE, LLC,** <br><br> Debtor. | **Case Number:  24-11815-MCR** <br> **(Chapter 11)** |

### ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT

On March 12, 2025, WCP Fund I LLC, as servicer for Pacific RBLF Funding Trust ("WCP Fund") filed an Amended Plan of Reorganization [Dkt. No. 88] (the "Amended Plan") and a related Amended Disclosure Statement [Dkt. No. 87] (the "Amended Disclosure Statement") under Chapter 11 of the Bankruptcy Code.  The Court has determined that the Amended Disclosure Statement contains adequate information regarding WCP Fund's Amended Plan for conditional approval as set forth in Section 1125(f) of the Bankruptcy Code.

Therefore, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that pursuant to 11 U.S.C. § 1125(f), the Amended Disclosure Statement is conditionally approved, and the hearing to consider the final approval of the Amended Disclosure Statement and the confirmation of the Amended Plan shall be held on **May 6, 2025**

**at 1:00 p.m.** at the United States Courthouse, Courtroom 3-C, 6500 Cherrywood Lane, Greenbelt, MD 20770; and it is further

ORDERED, that WCP Fund is authorized to solicit acceptances and rejections of the Amended Plan referred to above based upon the conditionally approved Amended Disclosure Statement.

cc:  Debtor – 903 Lake Front Drive, LLC
 Debtor's Counsel – Charles E. Walton
 Interested Party – WCP Fund I LLC
 Interested Party's Counsel – Maurice Belmont VerStandig
 Office of the United States Trustee – Courtney L. Morgan
 All Creditors and Parties in Interest

**END OF ORDER**