United States Bankruptcy Court
District of Maryland

In re:  
903 Lake Front Drive, LLC  
    Debtor

Case No. 24-11815-MCR  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0416-0     User: admin     Page 1 of 2  
Date Rcvd: Mar 18, 2025     Form ID: pdfall     Total Noticed: 13

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 903 Lake Front Drive, LLC, 903 Lake front Drive, Bowie, MD 20721-2952 |
| cr | + | WCP Fund I LLC as Servicer for Pacific RBLF Fundin, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| 32480128 | + | Russel S. Drazin Trustee, Pardo & Drazin, LLC, 4400 Jenifer Street NW, Washington, DC 20015-2089 |
| 32481287 | + | Secretary of the Treasury, 15th and Pennsylvania Ave., N.W., Washington, DC 20220-0001 |
| 32480129 | + | Washington Capital Partners, 8401 Greenboro Drive, Suite 960, Mc Lean, VA 22102-5149 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
|  | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Mar 18 2025 19:36:00 | U.S. Trustee - Greenbelt, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |
| 32481286 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Mar 18 2025 19:35:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32481288 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 18 2025 19:36:00 | Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, PA 19114 |
| 32482122 | + | Email/Text: bdept@mrrlaw.net | Mar 18 2025 19:35:00 | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Ste. 400, Riverdale Park, MD 20737-1331 |
| 32481291 | + | Email/Text: bdept@mrrlaw.net | Mar 18 2025 19:35:00 | Prince George's County, Maryland, Office of Finance, 1301 McCormick Drive, Ste. 1100, Largo, MD 20774-5416 |
| 32481290 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Mar 18 2025 19:37:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32481289 | | Email/Text: atlreorg@sec.gov | Mar 18 2025 19:36:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |
| 32481292 | | Email/Text: usamd.bankruptcy@usdoj.gov | Mar 18 2025 19:36:00 | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |
| cr | *+ | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Suite 400, Riverdale Park, MD 20737-1331 |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 18, 2025 | Form ID: pdfall | Total Noticed: 13 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2025            Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Earl Walton | cwalton@cwaltonlaw.com<br>mhall@cwaltonlaw.com,cwaltonlaw@gmail.com,waltoncr91773@notify.bestcase.com,msolomon@cwaltonlaw.com |
| Courtney L. Morgan | courtney.l.morgan@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Nicole C. Kenworthy | bdept@mrrlaw.net |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 5

Entered: March 18th, 2025
Signed: March 13th, 2025
**SO ORDERED**



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| **In re:** <br><br> **903 LAKE FRONT DRIVE, LLC,** <br><br> Debtor. | **Case Number: 24-11815-MCR** <br> **(Chapter 11)** |

### ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT

On March 12, 2025, WCP Fund I LLC, as servicer for Pacific RBLF Funding Trust ("WCP Fund") filed an Amended Plan of Reorganization [Dkt. No. 88] (the "Amended Plan") and a related Amended Disclosure Statement [Dkt. No. 87] (the "Amended Disclosure Statement") under Chapter 11 of the Bankruptcy Code.  The Court has determined that the Amended Disclosure Statement contains adequate information regarding WCP Fund's Amended Plan for conditional approval as set forth in Section 1125(f) of the Bankruptcy Code.

Therefore, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that pursuant to 11 U.S.C. § 1125(f), the Amended Disclosure Statement is conditionally approved, and the hearing to consider the final approval of the Amended Disclosure Statement and the confirmation of the Amended Plan shall be held on **May 6, 2025**

**at 1:00 p.m.** at the United States Courthouse, Courtroom 3-C, 6500 Cherrywood Lane, Greenbelt, MD 20770; and it is further

ORDERED, that WCP Fund is authorized to solicit acceptances and rejections of the Amended Plan referred to above based upon the conditionally approved Amended Disclosure Statement.

cc: Debtor – 903 Lake Front Drive, LLC
Debtor's Counsel – Charles E. Walton
Interested Party – WCP Fund I LLC
Interested Party's Counsel – Maurice Belmont VerStandig
Office of the United States Trustee – Courtney L. Morgan
All Creditors and Parties in Interest

**END OF ORDER**