IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-11815-MCR |
| | ) | (Chapter 11) |
| 903 LAKE FRONT DRIVE, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of March, 2025, I caused a copy of (i) the Disclosure Statement for First Amended Chapter 11 Plan of Reorganization of 903 Lake Front Drive, LLC Proposed by WCP Fund I LLC, DE #87; (ii) the First Amended Chapter 11 Plan of Reorganization of 903 Lake Front Drive, LLC Proposed by WCP Fund I LLC, DE #88; and (iii) the Order Setting Deadline to File Amended Disclosure Statement and Amended Plan and Related Deadlines and Notice of Hearing on Confirmation of Plan, DE #89, to be sent, via first class mail, postage prepaid, to the following parties:

903 Lake Front Drive, LLC
903 Lake front Drive
Bowie, MD 20721-2952

U S SECURITIES AND EXCHANGE COMMISSION
ATLANTA REG OFFICE AND REORG
950 E PACES FERRY RD NE STE 900
ATLANTA GA 30326-1382

COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Russel S. Drazin Trustee
Pardo & Drazin, LLC
4400 Jenifer Street NW
Washington, DC 20015-2089

Secretary of the Treasury
15th and Pennsylvania Ave., N.W.
Washington, DC 20220-0001

1

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

US ATTORNEY'S OFFICE FOR THE DISTRICT OF MARYLAND
36 S CHARLES STREET FOURTH FLOOR
BALTIMORE MD 21201-3020

US Trustee - Greenbelt
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770-6305

Washington Capital Partners
8401 Greenboro Drive, Suite 960
Mc Lean, VA 22102-5149

Charles Earl Walton
Walton Law Group, LLC.
10905 Fort Washington
Suite 201
Fort Washington, MD 20744-5840

     I FURTHER CERTIFY that, also on this 21st day of March 2025, I caused a copy of each of the foregoing documents, alongside a ballot in substantial conformity with Official Form 314, to be served upon:

Prince George's County, Maryland
c/o Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave., Suite 400
Riverdale Park MD 20737

                                                                                 Respectfully submitted,

Dated: March 21, 2025                         By: /s/ Maurice B. VerStandig
                                                                          Maurice B. VerStandig, Esq.
                                                                               Bar No. 18071
                                                                               The VerStandig Law Firm, LLC
                                                                               1452 W. Horizon Ridge Pkwy, #665
                                                                               Henderson, Nevada 89012
                                                                               Phone: (301) 444-4600
                                                                               Facsimile: (301) 444-4600
                                                                               mac@mbvesq.com
                                                                               *Counsel for WCP Fund I LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of March, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

- Nicole C. Kenworthy     bdept@mrrlaw.net
- Courtney L. Morgan     courtney.l.morgan@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt     USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig     mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- Charles Earl Walton     cwalton@cwaltonlaw.com, mhall@cwaltonlaw.com,cwaltonlaw@gmail.com;waltoncr91773@notify.bestcase.com,msolomon@cwaltonlaw.com

                                          /s/ Maurice B. VerStandig
                                          Maurice B. VerStandig