IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-11815-MCR |
| | ) | (Chapter 11) |
| 903 LAKE FRONT DRIVE, LLC | ) | |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on **April 9, 2025**, a copy of an Application to Employ, Affidavit Supporting the Application to Employ and Order approving the employment of Sara Leslie Campbell of the Real Estate Store, LLC as Agent to Sale 903 Lake Front Drive was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

U S SECURITIES AND EXCHANGE COMMISSION
ATLANTA REG OFFICE AND REORG
950 E PACES FERRY RD NE STE 900
ATLANTA GA 30326-1382

COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Russel S. Drazin Trustee
Pardo & Drazin, LLC
4400 Jenifer Street NW
Washington, DC 20015-2089

Secretary of the Treasury
15th and Pennsylvania Ave., N.W.
Washington, DC 20220-0001

1

| | |
|---|---|
| State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 | US Trustee - Greenbelt<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD 20770-6305 |
| US ATTORNEY'S OFFICE FOR THE DISTRICT OF MARYLAND<br>36 S CHARLES STREET FOURTH FLOOR<br>BALTIMORE MD 21201-3020 | Washington Capital Partners<br>8401 Greenboro Drive, Suite 960<br>Mc Lean, VA 22102-5149 |

Prince George's County, Maryland
c/o Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave., Suite 400
Riverdale Park MD 20737

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
*Counsel for WCP Fund I LLC*

- Nicole C. Kenworthy bdept@mrrlaw.net
- Courtney L. Morgan courtney.l.morgan@usdoj.gov,
- US Trustee – Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig mac@mbvesq.com,
- Prince George's County, Maryland
    c/o Meyers, Rodbell & Rosenbaum, P.A.

|  |  |
|---|---|
| Dated: April 9, 2025 | By: /s/ Charles E. Walton<br>Charles E. Walton Esq.<br>10905 Fort Washington Road<br>Ste 201<br>Ft Washington, MD 20744<br>Phone: (301) 292-8357<br>cwalton@cwaltonlaw.com<br>*Counsel for Debtor* |

3

- 

Case 24-11815    Doc 97    Filed 04/09/25    Page 3 of 3