IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

**In re:**
903 Lake Front Drive, LLC,                     Case No.: 24-11815

Debtor.                                        Chapter 11

## MOTION TO EXPEDITE APPROVAL OF APPLICATION FOR EMPLOYMENT OF REAL ESTATE AGENT

COMES NOW the Debtor, 903 Lake Front Drive, LLC ("Debtor"), by and through undersigned counsel, and respectfully moves this Honorable Court to expedite consideration and approval of the **Application for the Approval of Employment of Sara Leslie Campbell of The Real Estate Store, LLC as Agent to Sell 903 Lake Front Drive**, and for cause states as follows:

1. On March 4, 2024, the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code and has since operated as a debtor-in-possession.

2. On March 13, 2025, the Debtor filed an application seeking Court approval for the employment of Sara Leslie Campbell of The Real Estate Store, LLC, as a real estate agent to market and sell the real property located at 903 Lake Front Drive.

3. Due to inadvertence, the Certificate of Service was not filed contemporaneously with the application. However, all impacted creditors and the Office of the United States Trustee received notice of the filing through the Court's CM/ECF system on March 13, 2025.

4. I believe that, CM/ECF service satisfies the applicable notice requirements under the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Maryland. No parties have been prejudiced by the failure to file the Certificate of Service separately, and no objections have been filed as of the date of this Motion.

5. Ms. Campbell's employment is necessary and in the estate's best interests, as she will assist in marketing and selling the Debtor's principal asset, thereby facilitating the estate's reorganization or liquidation efforts.

6. Ms. Campbell is a disinterested person within the meaning of 11 U.S.C. § 101(14), and the terms of her engagement — including a six percent (6%) commission — are fair and customary.

7. To avoid delay in administering the estate and marketing the estate property, the Debtor respectfully requests expedited consideration and approval of the employment application.

8. The Attorneys for the two creditors, WCP and Prince George's County (PGC). PGC does not oppose the motion. I have not heard back from WCP as of yet.

**WHEREFORE**, the Debtor respectfully requests that this Honorable Court:

A. Expedite consideration of and promptly approve the Application for Employment of Sara Leslie Campbell and The Real Estate Store, LLC as real estate agent for the Debtor.

B. Deem service of the Application effective as of March 13, 2025, via CM/ECF;

C. Enter an Order authorizing the employment of Sara Leslie Campbell and The Real Estate Store, LLC on the terms stated in the application; and

D. Grant such other and further relief as may be just and proper.

Respectfully submitted,

**WALTON LAW GROUP, LLC**


**By: /s/ Charles E. Walton**
**Charles E. Walton**
10905 Fort Washington Rd, Ste 201
Ft. Washington, MD 20744
Tel: (301) 292-8357
Email: cwalton@cwaltonlaw.com
*Counsel for the Debtor*