# United States Bankruptcy Court
### District of Maryland

In re  **903 Lake Front Drive, LLC**                              Case No.  **24-11815**
Debtor(s)                                                         Chapter   **11**

## CERTIFICATE OF SERVICE

I hereby certify that on **March 15, 2025**, a copy of the **MOTION TO EXPEDITE APPROVAL OF APPLICATION FOR EMPLOYMENT OF REAL ESTATE AGENT and PROPOSED ORDER** for 903 Lake Front Drive, LLC was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**US Trustee**

**Russel S. Drazin Trustee, Pardo & Drazin, LLC, 4400 Jenifer Street NW, Washington, DC 20015**

**Washington Capital Partners, 8401 Greenboro Drive, Suite 960, Mc Lean, VA 22102**

**Maurice Belmont VerStandig mac@mbvesq.com, Attorney for Creditor - WCP**

**Prince George's County, Maryland**

**c/o Meyers, Rodbell & Rosenbaum, P.A.**

**6801 Kenilworth Ave., Ste. 400**

**Riverdale Park, MD 20737**


**/s/ Charles E. Walton**
**Charles E. Walton 17474**
**Walton Law Group, LLC.**
**10905 Fort Washington Road**
**Suite 201**
**Fort Washington, MD 20744**
**301-233-0607 Fax:202-595-9121**
**cwalton@cwaltonlaw.com**