**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **IN RE:** * | |
| * | |
| **903 Lake Front Drive, LLC** * | **Case No.:** 24-11815 |
| * | |
| * | **Chapter 11** |
| * | |
| **Debtors** * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER MOTION TO EXPEDITE APPROVAL OF APPLICATION FOR EMPLOYMENT OF REAL ESTATE AGENT**

Upon Consideration of the Motion to Expedite Approval of Application for the Approval of Employment of Sara Leslie Campbell of the Real Estate Store, LLC as agent to sale 903 Lake Front Drive in Maryland, and the Court having been satisfied that Sara Leslie Campbell of the Real Estate Store, LLC, do not hold any interest adverse to Debtors, or the estate, and are "disinterested persons" within the meaning of 11 U.S.C. §101(14), it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED that the Debtor be authorized to employ Sara Leslie Campbell of the Real Estate Store, LLC as an** agent to sell 903 Lake Front Drive effective as of the date of this Order.

Court. Copies to:

**All parties requesting notice in this case.**

**END OF ORDER**