Entered: April 17th, 2025
Signed: April 16th, 2025

**DENIED**

The only certificate of service for the application to employ the realtor [Dkt. No. 97] certifies that the Debtor served the parties listed on April 9, 2025. If the Debtor files an amended certificate of service which confirms the Debtor served the parties listed on March 13, 2025 as asserted in the motion to shorten time, then the Court will act promptly on the application to employ.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: | * |
| 903 Lake Front Drive, LLC | *   Case No.: 24-11815 |
| | * |
| | *   Chapter 11 |
| Debtors | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER MOTION TO EXPEDITE APPROVAL OF APPLICATION FOR EMPLOYMENT OF REAL ESTATE AGENT**

Upon Consideration of the Motion to Expedite Approval of Application for the Approval of Employment of Sara Leslie Campbell of the Real Estate Store, LLC as agent to sale 903 Lake Front Drive in Maryland, and the Court having been satisfied that Sara Leslie Campbell of the Real Estate Store, LLC, do not hold any interest adverse to Debtors, or the estate, and are "disinterested persons" within the meaning of 11 U.S.C. §101(14), it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED that the Debtor be authorized to employ Sara Leslie Campbell of the Real Estate Store, LLC, as an agent to sell 903 Lake Front Drive, effective as of the date of this Order.

Court. Copies to:

Courtney L. Morgan Courtney.L.Morgan@usdoj.gov US Trustee

**Washington Capital Partners, 8401 Greenboro Drive, Suite 960, Mc Lean, VA 22102**
**Maurice Belmont VerStandig mac@mbvesq.com, Attorney for Creditor - WCP**

**Prince George's County, Maryland Attorneys Evan Myers** emeyers@mrrlaw.net **and** Nicole C. Kenworthy bdept@mrrlaw.net

**END OF ORDER**

