Entered: April 17th, 2025
Signed: April 16th, 2025

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **24–11815 – MCR**   Chapter: **11**

**903 Lake Front Drive, LLC**
Debtor

## ORDER AND NOTICE OF A HEARING ON
## MOTION TO DISMISS

U.S. Trustee having filed a motion to dismiss, it is, pursuant to Federal Bankruptcy Rule 2002(a) and Local Bankruptcy Rule 2002–1(i), by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing upon the motion to dismiss will be held on **May 6, 2025 at 1:00 p.m.** in Courtroom 3-C of the United States Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland; and it is further

ORDERED, that if no objection is filed by any party in interest to U.S. Trustee 's motion to dismiss within fourteen (14) days after the date a copy of this Order is served, the motion to dismiss may be granted without a hearing.

cc:   Debtor

   Attorney for Debtor – Charles Earl Walton
   Case Trustee – For Internal Use Only
   U.S. Trustee
   All creditors and parties in interest

**End of Order**

15x21 (rev. 05/02/2017) – JanineHutchinson