IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **In re:**<br><br>**903 LAKE FRONT DRIVE, LLC**<br><br>Debtor. | Case No. 24-11815-MCR<br>Chapter 11 |

**MOTION TO EXTEND TIME TO FILE AN OBJECTION TO THE
FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION
OF 903 LAKE FRONT DRIVE, LLC PROPOSED BY WCP FUND I LLC**

Matthew W. Cheney, Acting United States Trustee for Region 4 (the "United States Trustee"), by counsel, files this Motion to Extend Time to File an Objection to the First Amended Chapter 11 Plan of Reorganization of 903 Lake Front Drive, LLC Proposed by WCP Fund I LLC (the "Motion"). In support of the Motion, the United States Trustee states as follows:

1. On March 12, 2025, WCP Fund I LLC ("WCP") filed the First Amended Chapter 11 Plan of Reorganization of 903 Lake Front Drive, LLC Proposed by WCP Fund I LLC (the "Amended Chapter 11 Plan") and a corresponding Amended Disclosure Statement (the "Amended Disclosure Statement"). ECF 87-88.

2. An order conditionally approving the Amended Disclosure Statement was entered by this Court on March 18, 2025. ECF 93.

3. A hearing to consider the final approval of the Amended Disclosure Statement and the confirmation of the Amended Chapter 11 Plan is set for May 6, 2025 at 1:00 p.m. (the "Confirmation Hearing"). *See id.*

4. Objections to confirmation of the Amended Chapter 11 Plan are due by April 18,

1

2025 (the "Objection Deadline").  ECF 89.

5.      The United States Trustee reviewed the Amended Chapter 11 Plan and had some questions and concerns about it.  On April 10, 2025, the United States Trustee sent an email to counsel for WCP that set forth all the United States Trustee's issues in detail.

6.      On April 14, 2025, the United States Trustee had a call with counsel for WCP to further address its concerns with the Amended Chapter 11 Plan.  The parties agreed that the United States Trustee would follow up via email with proposed language to be included in the confirmation order that, upon inclusion, would resolve its concerns with the Amended Chapter 11 Plan.  The United States Trustee provided this language via email on April 16, 2025 to both counsel for WCP and Debtor's counsel.

7.      The United States Trustee expects that its issues will be resolved consensually in advance of the Confirmation Hearing.  However, because an agreement on language to resolve the United States Trustee's concerns with the Amended Chapter 11 Plan has not yet been reached and the Objection Deadline is quickly approaching, the United States Trustee files this Motion out of an abundance of caution to preserve its rights.

8.      Pursuant to Local Bankruptcy Rule 9013-2, the United States Trustee relies solely upon the present Motion, and no additional memorandum of fact or law will be filed.

WHEREFORE, the United States Trustee respectfully requests that this Motion be granted, that the deadline to file an objection to the Amended Chapter 11 Plan be extended to and including April 29, 2025, and for other and further relief as is equitable.

Dated: April 17, 2025

**MATTHEW W. CHENEY**
Acting United States Trustee for Region 4
By Counsel:

*By: /s/ Courtney L. Morgan*
Courtney L. Morgan, Bar No. 17817
Trial Attorney
Office of United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
Telephone: (301) 344-0023
Fax: (301) 344-8431
Email: Courtney.L.Morgan@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 17, 2025, a copy of the foregoing Motion to Extend Time to File an Objection to the First Amended Chapter 11 Plan of Reorganization of 903 Lake Front Drive, LLC Proposed by WCP Fund I LLC was served electronically through the Court's Electronic Case Filing notices system on the following:

- **Nicole C. Kenworthy**    bdept@mrrlaw.net
- **US Trustee - Greenbelt**    USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- **Charles Earl Walton**    cwalton@cwaltonlaw.com, mhall@cwaltonlaw.com,cwaltonlaw@gmail.com;waltoncr91773@notify.bestcase.com,msolomon@cwaltonlaw.com

/s/ Courtney L. Morgan
Courtney L. Morgan

4