**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

_____

| | |
|---|---|
| **In re:** | |
| **903 LAKE FRONT DRIVE, LLC** | **Case No.  24-11815-MCR**<br>**Chapter 11** |
| **Debtor.** | |

_____

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE AN OBJECTION
TO THE FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION
OF 903 LAKE FRONT DRIVE, LLC PROPOSED BY WCP FUND I LLC**

Upon consideration of the United States Trustee's Motion to Extend Time to File an

Objection to the First Amended Chapter 11 Plan of Reorganization of 903 Lake Front Drive,

LLC Proposed by WCP Fund I LLC (the "Motion"), it is hereby

ORDERED that the Motion is GRANTED and

ORDERED that the deadline for the United States Trustee to file an objection to

confirmation of the First Amended Chapter 11 Plan of Reorganization of 903 Lake Front Drive,

LLC Proposed by WCP Fund I LLC is hereby extended to and including April 29, 2025.

Cc:
Charles Walton via CM/ECF
Maurice Belmont VerStandig via CM/ECF

**END OF ORDER**