United States Bankruptcy Court
District of Maryland

In re:  
903 Lake Front Drive, LLC  
    Debtor

Case No. 24-11815-MCR  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0416-0     User: admin     Page 1 of 2  
Date Rcvd: Apr 17, 2025     Form ID: pdfall     Total Noticed: 12

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 903 Lake Front Drive, LLC, 903 Lake front Drive, Bowie, MD 20721-2952 |
| cr | + | WCP Fund I LLC as Servicer for Pacific RBLF Fundin, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| 32480128 | + | Russel S. Drazin Trustee, Pardo & Drazin, LLC, 4400 Jenifer Street NW, Washington, DC 20015-2089 |
| 32481287 | + | Secretary of the Treasury, 15th and Pennsylvania Ave., N.W., Washington, DC 20220-0001 |
| 32480129 | + | Washington Capital Partners, 8401 Greenboro Drive, Suite 960, Mc Lean, VA 22102-5149 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 32481286 | Email/Text: Bankruptcymail@marylandtaxes.gov | Apr 17 2025 19:32:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32481288 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 17 2025 19:32:00 | Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, PA 19114 |
| 32482122 | + Email/Text: bdept@mrrlaw.net | Apr 17 2025 19:32:00 | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Ste. 400, Riverdale Park, MD 20737-1331 |
| 32481291 | + Email/Text: bdept@mrrlaw.net | Apr 17 2025 19:32:00 | Prince George's County, Maryland, Office of Finance, 1301 McCormick Drive, Ste. 1100, Largo, MD 20774-5416 |
| 32481290 | + Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Apr 17 2025 19:32:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32481289 | Email/Text: atlreorg@sec.gov | Apr 17 2025 19:32:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |
| 32481292 | Email/Text: usamd.bankruptcy@usdoj.gov | Apr 17 2025 19:32:00 | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |
| cr | *+ | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Suite 400, Riverdale Park, MD 20737-1331 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 17, 2025 | Form ID: pdfall | Total Noticed: 12 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 19, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Earl Walton | cwalton@cwaltonlaw.com<br>mhall@cwaltonlaw.com,cwaltonlaw@gmail.com,waltoncr91773@notify.bestcase.com,msolomon@cwaltonlaw.com |
| Courtney L. Morgan | courtney.l.morgan@usdoj.gov   USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Nicole C. Kenworthy | bdept@mrrlaw.net |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 5

Entered: April 17th, 2025
Signed: April 16th, 2025

**DENIED**

The only certificate of service for the application to employ the realtor [Dkt. No. 97] certifies that the Debtor served the parties listed on April 9, 2025. If the Debtor files an amended certificate of service which confirms the Debtor served the parties listed on March 13, 2025 as asserted in the motion to shorten time, then the Court will act promptly on the application to employ.



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE



**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE: | * |
| | * |
| 903 Lake Front Drive, LLC | *   Case No.: 24-11815 |
| | * |
| | *   Chapter 11 |
| | * |
| Debtors | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER MOTION TO EXPEDITE APPROVAL OF APPLICATION FOR EMPLOYMENT OF REAL ESTATE AGENT**

Upon Consideration of the Motion to Expedite Approval of Application for the Approval of Employment of Sara Leslie Campbell of the Real Estate Store, LLC as agent to sale 903 Lake Front Drive in Maryland, and the Court having been satisfied that Sara Leslie Campbell of the Real Estate Store, LLC, do not hold any interest adverse to Debtors, or the estate, and are "disinterested persons" within the meaning of 11 U.S.C. §101(14), it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED that the Debtor be authorized to employ Sara Leslie Campbell of the Real Estate Store, LLC, as an agent to sell 903 Lake Front Drive,** effective as of the date of this Order.

Court. Copies to:

Courtney L. Morgan Courtney.L.Morgan@usdoj.gov **US Trustee**

**Washington Capital Partners, 8401 Greenboro Drive, Suite 960, Mc Lean, VA 22102**

**Maurice Belmont VerStandig mac@mbvesq.com, Attorney for Creditor - WCP**

**Prince George's County, Maryland Attorneys Evan Myers**  emeyers@mrrlaw.net **and** Nicole C. Kenworthy bdept@mrrlaw.net

**END OF ORDER**

