Entered: April 21st, 2025
Signed: April 18th, 2025

**SO ORDERED**

Notwithstanding the establishment of a response deadline in the Bankruptcy Code, the Federal Bankruptcy Rules, or the Local Bankruptcy Rules, in its discretion, the Court grants this motion prior to the response deadline because the Court has determined that responses would not aid in the decisional process and the circumstances of the case warrant expedient consideration of the motion. Md. L. Bankr. R. 9013-1(c).



*Maria Ellena Chavez-Ruark*

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| **In re:**<br><br>**903 LAKE FRONT DRIVE, LLC**<br><br>Debtor. | Case No. 24-11815-MCR<br>Chapter 11 |

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE AN OBJECTION TO THE FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION OF 903 LAKE FRONT DRIVE, LLC PROPOSED BY WCP FUND I LLC**

Upon consideration of the United States Trustee's Motion to Extend Time to File an Objection to the First Amended Chapter 11 Plan of Reorganization of 903 Lake Front Drive, LLC Proposed by WCP Fund I LLC (the "Motion"), it is hereby

ORDERED that the Motion is GRANTED and

ORDERED that the deadline for the United States Trustee to file an objection to confirmation of the First Amended Chapter 11 Plan of Reorganization of 903 Lake Front Drive, LLC Proposed by WCP Fund I LLC is hereby extended to and including April 29, 2025.

Cc:
Charles Walton via CM/ECF
Maurice Belmont VerStandig via CM/ECF

**END OF ORDER**