United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 24-11815-MCR |
| 903 Lake Front Drive, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 21, 2025 | Form ID: pdfparty | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 903 Lake Front Drive, LLC, 903 Lake front Drive, Bowie, MD 20721-2952 |
| cr | + | WCP Fund I LLC as Servicer for Pacific RBLF Fundin, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bdept@mrrlaw.net | Apr 21 2025 19:43:00 | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Suite 400, Riverdale Park, MD 20737-1331 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Apr 23, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Earl Walton | cwalton@cwaltonlaw.com mhall@cwaltonlaw.com,cwaltonlaw@gmail.com,waltoncr91773@notify.bestcase.com,msolomon@cwaltonlaw.com |

| District/off: 0416-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 21, 2025 | Form ID: pdfparty | Total Noticed: 3 |

Courtney L. Morgan
    courtney.l.morgan@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Nicole C. Kenworthy
    bdept@mrrlaw.net

US Trustee - Greenbelt
    USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 5

Entered: April 21st, 2025
Signed: April 18th, 2025

**SO ORDERED**

Notwithstanding the establishment of a response deadline in the Bankruptcy Code, the Federal Bankruptcy Rules, or the Local Bankruptcy Rules, in its discretion, the Court grants this motion prior to the response deadline because the Court has determined that responses would not aid in the decisional process and the circumstances of the case warrant expedient consideration of the motion. Md. L. Bankr. R. 9013-1(c).



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| **In re:**<br><br>**903 LAKE FRONT DRIVE, LLC**<br><br>Debtor. | **Case No. 24-11815-MCR**<br>**Chapter 11** |

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE AN OBJECTION TO THE FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION OF 903 LAKE FRONT DRIVE, LLC PROPOSED BY WCP FUND I LLC**

Upon consideration of the United States Trustee's Motion to Extend Time to File an Objection to the First Amended Chapter 11 Plan of Reorganization of 903 Lake Front Drive, LLC Proposed by WCP Fund I LLC (the "Motion"), it is hereby

ORDERED that the Motion is GRANTED and

ORDERED that the deadline for the United States Trustee to file an objection to confirmation of the First Amended Chapter 11 Plan of Reorganization of 903 Lake Front Drive, LLC Proposed by WCP Fund I LLC is hereby extended to and including April 29, 2025.

Cc:
Charles Walton via CM/ECF
Maurice Belmont VerStandig via CM/ECF

**END OF ORDER**