Entered: April 28th, 2025
Signed: April 27th, 2025

**SO ORDERED**

The realtor may be compensated only if the realtor procures a buyer for the property, the Court approves a sale of the property, and the sale order or another order from this Court expressly allows the payment of compensation to the realtor.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

 

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **IN RE:** * | |
| * | |
| **903 Lake Front Drive, LLC** * | **Case No.:** 24-11815 |
| * | |
| * | **Chapter 11** |
| * | |
| **Debtors** * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER APPLICATION FOR THE APPROVAL OF EMPLOYMENT OF SARA LESLIE CAMPBELL OF THE REAL ESTATE STORE, LLC AS AGENT TO SALE 903 LAKE FRONT DRIVE**

Upon Consideration of the Application for the Approval of Employment of Sara Leslie Campbell of the Real Estate Store, LLC as agent to sale 903 Lake Front Drive in Maryland, and the Court having been satisfied that Sara Leslie Campbell of the Real Estate Store, LLC, do not hold any interest adverse to Debtors, or the estate, and are "disinterested persons" within the meaning of 11 U.S.C. §101(14), it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED that Debtor be** authorized to employ Sara Leslie Campbell of the Real

Estate Store, LLC as agent to sell 903 Lake Front Drive effective as of the date of this Order.

Court. Copies to:

**All parties requesting notice in this case.**

**END OF ORDER**