IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| In re: | ) | Case No. 24-11815-MCR |
| --- | --- | --- |
|  | ) | (Chapter 11) |
| 903 LAKE FRONT DRIVE, LLC | ) |  |
|  | ) |  |
| Debtor. | ) |  |

## TALLY OF BALLOTS

Comes now WCP Fund I LLC ("WCP"), by and through undersigned counsel, and reports as follows concerning ballots received by WCP in connection with the First Amended Chapter 11 Plan of Reorganization of 903 Lake Front Drive, LLC Proposed by WCP Fund I LLC (the "Plan," as found at DE #88):

| Creditor Class (#, Descrip) | Members of Class Casting Ballots | Total $ Value of Claims Voting | # Accept-ing | % Accept-ing | $ Value of Accept-ances | % of Value accept-ing | # Reject-ing | % Reject-ing | $ Value of Rejecting | % of Value Rejecting | Indicate if claim is unim-paired |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 (Secured Claim of WCP) | 1 | $660,122.04 | 1 | 100% | $660,122.04 | 100% | 0 | 0% | $0.00 | 0% | No. |

1

| 2 (Allowed Claim of Prince George's County, Maryland) | 1[1] | $8,205.83 | 1 | 100% | $8,205.83 | 100% | 0 | 0% | $0.00 | 0% | No. |

 

                                                                          Respectfully submitted,

Dated: April 30, 2025                        By: /s/ Maurice B. VerStandig
                                              Maurice B. VerStandig, Esq.
                                              Bar No. 18071
                                              The VerStandig Law Firm, LLC
                                              1452 W. Horizon Ridge Pkwy, #665
                                              Henderson, Nevada 89012
                                              Phone: (301) 444-4600
                                              Facsimile: (301) 444-4600
                                              mac@mbvesq.com
                                              *Counsel for WCP Fund I LLC*

 

                                        *[Certificate of Service on Following Page]*

---

[1] Prince George's County did not cast a formal ballot that was received by undersigned counsel (via e-mail, mail or otherwise). However, counsel for Prince Geoge's County did contact undersigned counsel, via e-mail, on April 16, 2025, indicating support for confirmation of the Plan.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of April, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

- Nicole C. Kenworthy     bdept@mrrlaw.net
- Lisa Yonka Stevens    lisa.y.stevens@usdoj.gov
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- Charles Earl Walton    cwalton@cwaltonlaw.com, mhall@cwaltonlaw.com,cwaltonlaw@gmail.com;waltoncr91773@notify.bestcase.com,msolomon@cwaltonlaw.com

/s/ Maurice B. VerStandig
Maurice B. VerStandig

3