# United States Bankruptcy Court
## District of Maryland

In re   **903 Lake Front Drive, LLC**  
Debtor(s)

Case No.   **24-11815**  
Chapter   **11**

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on **April 30, 2025**, a copy of the September 2024 Monthly Operating Report for 903 Lake Front Drive, LLC was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**US Trustee**

**Washington Capital Partners -Maurice Belmont VerStandig mac@mbvesq.com, Attorney for Creditor - WCP**
**Prince George's County, Maryland**
**c/o Meyers, Rodbell & Rosenbaum, P.A.**
**6801 Kenilworth Ave., Ste. 400**
**Riverdale Park, MD 20737**

/s/ Charles E. Walton  
Charles E. Walton 17474  
Walton Law Group, LLC.  
10905 Fort Washington Road  
Suite 201  
Fort Washington, MD 20744  
301-233-0607 Fax: 202-595-9121  
cwalton@cwaltonlaw.com