# M&T Bank — ACCOUNT ANALYSIS STATEMENT

| ACCOUNT MANAGER | SANDRA PATTON |
|---|---|
| PHONE | (301) 292-3298 |
| FAX | |

| ACCOUNT NUMBER | STATEMENT TYPE |
|---|---|
| | CLIENT SUMMARY |

| SERVICE CHARGE PERIOD | ANALYSIS PERIOD |
|---|---|
| 10/01/24 - 10/31/24 | 10/01/24 - 10/31/24 |

903 LAKE FRONT DRIVE, LLC
903 LAKE FRONT DR
BOWIE MD 20721

| | CURRENT MONTH | YEAR-TO-DATE |
|---|---|---|
| AVERAGE LEDGER BALANCE | $17.24 | $5.12 |
| LESS AVERAGE FLOAT | $0.00 | $0.00 |
| AVERAGE COLLECTED BALANCE | $17.24 | $5.12 |
| AVG NEGATIVE AVAILABLE BAL | $3.97 | $2.02 |
| AVG POSITIVE COLLECTED BAL | $21.22 | $7.15 |
| LESS RESERVE REQUIREMENT | $0.00 | $0.00 |
| NET AVG POS COLLECTED BAL | $21.22 | $7.15 |

| NEGATIVE AVAILABLE BAL RATE | 15.00% |
|---|---|

PLEASE CAREFULLY REVIEW THIS STATEMENT PROMPTLY. WE WILL GLADLY CORRECT ERRORS WITHIN 90 DAYS OF THIS STATEMENT DATE. AFTER 90 DAYS, THIS ACCOUNT ANALYSIS STATEMENT IS DEEMED TO BE ACCURATE AND FINAL.

### CURRENT SERVICE CHARGE PERIOD ANALYSIS SUMMARY

| TOTAL BALANCE COMPENSATED CHARGES | $3.05 |
|---|---|
| NET SERVICE CHARGE | $3.05 |
| TOTAL NON-BALANCE COMPENSATED CHARGES | $0.00 |
| TOTAL SERVICE CHARGE PERIOD CHARGES DEBITED | $3.05 |

| SERVICE DESCRIPTION | VOLUME | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|
| **BALANCE COMPENSATED SERVICES:** | | | |
| **GENERAL DEPOSIT SERVICES** | | | |
| 000212 NEGATIVE AVAILABLE BALANCE CHG | | | $ 0.05 |
| 010000 PAPER STATEMENT DELIVERY | 1 | 3.00000 | 3.00 |
| 010000 ACCOUNT MAINTENANCE | 1 | 0.00000 | 0.00 |
| 010102 CHARGEABLE TRANSACTIONS | 1 | 0.00000 | 0.00 |
| 10001Z BRANCH CURRENCY | 100 | 0.00000 | 0.00 |
| 10001Z BRANCH DEPOSITED CURRENCY | 100 | 0.00000 | 0.00 |
| | | SUBTOTAL: | 3.05 |
| **TOTAL BALANCE COMPENSATED CHARGES** | | | $ 3.05 |

YOUR BALANCE COMPENSATED SERVICES ARE CHARGED MONTHLY

### SERVICE CHARGE SUMMARY:

| TOTAL CHARGES DEBITED TO ACCOUNT | $ 3.05 |
|---|---|

M&T OFFERS A VARIETY OF INNOVATIVE TREASURY MANAGEMENT SERVICES DESIGNED TO HELP MAKE YOUR MONEY WORK FOR YOU. TO FIND OUT MORE, SIMPLY CALL YOUR RELATIONSHIP MANAGER OR ONE OF OUR TREASURY MANAGEMENT CONSULTANTS AT (800)724-2240.

GTR WASHINGTON COMMERCIAL BANK
7799 LEESBURG PIKE SUITE 600, NORTH TOWER