M&T Bank  ACCOUNT ANALYSIS STATEMENT

| ACCOUNT MANAGER | SANDRA PATTON |
| --- | --- |
| PHONE | (301) 292-3298 |
| FAX | |

| ACCOUNT NUMBER | STATEMENT TYPE |
| --- | --- |
| | CLIENT SUMMARY |

| SERVICE CHARGE PERIOD | ANALYSIS PERIOD |
| --- | --- |
| 11/01/24 - 11/30/24 | 11/01/24 - 11/30/24 |

903 LAKE FRONT DRIVE, LLC
903 LAKE FRONT DR
BOWIE MD 20721

| | CURRENT MONTH | YEAR-TO-DATE |
| --- | --- | --- |
| AVERAGE LEDGER BALANCE | $208.30 | $55.08 |
| LESS AVERAGE FLOAT | $0.00 | $0.00 |
| AVERAGE COLLECTED BALANCE | $208.30 | $55.08 |
| | | |
| AVG NEGATIVE AVAILABLE BAL | $0.00 | $1.52 |
| | | |
| AVG POSITIVE COLLECTED BAL | $208.30 | $56.61 |
| LESS RESERVE REQUIREMENT | $0.00 | $0.00 |
| NET AVG POS COLLECTED BAL | $208.30 | $56.61 |

| NEGATIVE AVAILABLE BAL RATE | 15.00% |
| --- | --- |

PLEASE CAREFULLY REVIEW THIS STATEMENT PROMPTLY. WE
WILL GLADLY CORRECT ERRORS WITHIN 90 DAYS OF THIS
STATEMENT DATE. AFTER 90 DAYS, THIS ACCOUNT ANALYSIS
STATEMENT IS DEEMED TO BE ACCURATE AND FINAL.

| CURRENT SERVICE CHARGE PERIOD ANALYSIS SUMMARY | |
| --- | --- |
| TOTAL BALANCE COMPENSATED CHARGES | $3.00 |
| NET SERVICE CHARGE | $3.00 |
| TOTAL NON-BALANCE COMPENSATED CHARGES | $0.00 |
| TOTAL SERVICE CHARGE PERIOD CHARGES DEBITED | $3.00 |

| SERVICE DESCRIPTION | VOLUME | UNIT PRICE | TOTAL PRICE |
| --- | --- | --- | --- |
| BALANCE COMPENSATED SERVICES: | | | |
| GENERAL DEPOSIT SERVICES | | | |
| 010000 PAPER STATEMENT DELIVERY | | | |
| 010000 ACCOUNT MAINTENANCE | 1 | $ 3.00000 | $ 3.00 |
| 010102 CHARGEABLE TRANSACTIONS | 1 | 0.00000 | 0.00 |
| 10001Z BRANCH CURRENCY | 1 | 0.00000 | 0.00 |
| 10001Z BRANCH DEPOSITED CURRENCY | 350 | 0.00000 | 0.00 |
| | 350 | 0.00000 | 0.00 |
| | | SUBTOTAL: | 3.00 |
| TOTAL BALANCE COMPENSATED CHARGES | | | $ 3.00 |

YOUR BALANCE COMPENSATED SERVICES ARE CHARGED MONTHLY

SERVICE CHARGE SUMMARY:

| TOTAL CHARGES DEBITED TO ACCOUNT | $ 3.00 |
| --- | --- |

EFFECTIVE NOVEMBER 2024, INCOMING WIRE DESCRIPTIONS HAVE BEEN UPDATED FROM
WIRE INCOMING DOMESTIC- PER ITEM TO WIRE INCOMING FEDWIRE- PER ITEM
WIRE INCOMING INTERNATIONAL- PER ITEM TO WIRE INCOMING CHIPS- PER ITEM
IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT YOUR DEDICATED RELATIONSHIP MANAGER

1

GTR WASHINGTON COMMERCIAL BANK
7799 LEESBURG PIKE SUITE 600, NORTH TOWER

L011R (09/22)

00001877-0004537-Page 2 of 2-DRPM1205241314420932-00122201-SG6X920