# M&T Bank

FOR INQUIRIES CALL:   FORT WASHINGTON
(301) 292-6525

00   0 06518M NM  017

000002341 MIDS1548D01701431613 01 000000 025024 001          P

903 LAKE FRONT DRIVE, LLC
DEBTOR IN POSSESSION CASE NO 24-11815-MC
MARTERESE V GREEN, OWNER
903 LAKE FRONT DR
BOWIE MD 20721-2952

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| | 12/01/24 - 12/31/24 |

| | |
|---|---|
| BEGINNING BALANCE | $440.93 |
| DEPOSITS & CREDITS | 300.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 3.00 |
| ENDING BALANCE | $737.93 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 12/01/2024 | BEGINNING BALANCE | | | $440.93 |
| 12/02/2024 | DEPOSIT | $300.00 | | 740.93 |
| 12/09/2024 | SERVICE CHARGE FOR ACCOUNT | | $3.00 | 737.93 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 0 | |

EFFECTIVE JANUARY 1, 2025, TREASURY MANAGEMENT AND COMMERCIAL DEPOSIT SERVICES PRICING IS CHANGING. VISIT MTB.COM/TMUPDATE2025 FOR DETAILS.

YOU'LL ALSO RECEIVE AN INSERT WITH THE CHANGES IN YOUR NEXT STATEMENT OR IN A SEPARATE MAILING.

NOTE: ADDITIONAL CHANGES SPECIFIC TO YOUR ACCOUNT MAY BE REFLECTED IN OTHER COMMUNICATIONS.

GTR WASHINGTON COMMERCIAL BANK
7799 LEESBURG PIKE SUITE 600 NORTH TOWER