IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-11815-MCR |
| | ) | (Chapter 11) |
| 903 LAKE FRONT DRIVE, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**WCP FUND I LLC'S WITNESS AND
EXHIBIT LIST FOR CONFIRMATION HEARING**

Comes now WCP Fund I LLC as servicer for Pacific RBLF Funding Trust ("WCP"), by and through undersigned counsel, pursuant to the Protocol for In Person Hearings Before the Honorable Maria Ellena Chavez-Ruark, and submits these lists of witnesses to be called, and exhibits to be introduced into evidence, at a confirmation hearing on May 6, 2025:

**I.   Witnesses**

WCP reasonably anticipates calling the following witness to testify at the hearing, in addition to any other witnesses who may be called for purposes of impeachment and/or rebuttal:

1. Christina LaVigna, or another corporate representative of WCP

**II.   Exhibits**

WCP does not reasonably anticipate introducing any exhibits into evidence, but is likely to (i) make repeated reference to the docketed plan of reorganization set for hearing on confirmation, DE #88; and (ii) also make reference to the tally of ballots, DE #110.

*[Signature on Following Page]*

1

                                                                        Respectfully submitted,

Dated: May 4, 2025                                                 By: /s/ Maurice B. VerStandig
                                                                              Maurice B. VerStandig, Esq.
                                                                              Bar No. 18071
                                                                              The VerStandig Law Firm, LLC
                                                                              1452 W. Horizon Ridge Pkwy, #665
                                                                              Henderson, Nevada 89012
                                                                              Phone: (301) 444-4600
                                                                              Facsimile: (301) 444-4600
                                                                              mac@mbvesq.com
                                                                              *Counsel for WCP Fund I LLC*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 4th day of May, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

- Nicole C. Kenworthy    bdept@mrrlaw.net
- Lisa Yonka Stevens    lisa.y.stevens@usdoj.gov
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- Charles Earl Walton    cwalton@cwaltonlaw.com, mhall@cwaltonlaw.com,cwaltonlaw@gmail.com;waltoncr91773@notify.bestcase.com,msolomon@cwaltonlaw.com

                                                                   /s/ Maurice B. VerStandig
                                                                     Maurice B. VerStandig