IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-11815-MCR |
| | ) | (Chapter 11) |
| 903 LAKE FRONT DRIVE, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**MOTION TO APPEAR REMOTELY OR, IN THE
ALTERNATIVE, TO CONTINUE CONFIRMATION HEARING**

Comes now WCP Fund I LLC as servicer for Pacific RBLF Funding Trust ("WCP"), by and through undersigned counsel, pursuant to the Protocol for Hybrid Hearings Before the Honorable Maria Ellena Chavez-Ruark, and moves this Honorable Court to either (i) conduct today's confirmation hearing via hybrid means or, in the alternative, (ii) continue today's confirmation hearing, and in support thereof states as follows:

Undersigned counsel was due to travel to town on a flight leaving Portland, Maine at 5:50 am this morning, arriving at Ronald Reagan National Airport at 7:40 am. Unfortunately, for reasons of which undersigned counsel is not entirely certain, that flight has been cancelled. *See* Cancellation E-mail, attached hereto as Exhibit A. The next flight from Portland, Maine to the Washington, DC region does not arrive until after today's hearing is set to commence.

Today's hearing is a confirmation hearing that is not reasonably anticipated to be contested. All creditors support the plan of reorganization, the United States Trustee has asked for certain changes to be made in the confirmation order (which are agreeable to WCP), and the debtor has not objected to the plan. In fact, the plan is a negotiated compromise, largely memorialized on the record at a prior confirmation hearing. So, while WCP will be prepared to present the testimony of a live witness (whether by proffer or otherwise), for purposes of establishing certain criteria

1

2

under Section 1129 of Title 11 of the United States Code, there is also a cautious optimism such will not prove controversial or invite objection and the testimony will be relatively brief and formalistic in nature (if not fully proffered).[1]

Undersigned counsel's practice is split largely between cases in the United States Bankruptcy Court for the District of Columbia and the United States Bankruptcy Court for the District of North Dakota, with regular travel to both regions—formerly from the Las Vegas metropolitan area and, more recently, from Maine. Excepting certain winter weather anomalies with cases in North Dakota, there has never before been a problem with scheduled air travel being cancelled—or so delayed as to cause a hearing to be missed—and this was very much not anticipated.

WHEREFORE, to the extent this Honorable Court can accommodate a remote appearance, such is respectfully requested so as to allow this case to promptly proceed through confirmation. If such is not logistically feasible, WCP respectfully moves to continue the hearing.

*[Signature on Following Page]*

---

[1] The witness resides in the region and does not have similar air travel problems.

Respectfully submitted,

Dated: May 6, 2025                      By: /s/ Maurice B. VerStandig
                                                   Maurice B. VerStandig, Esq.
                                                   Bar No. 18071
                                                   The VerStandig Law Firm, LLC
                                                   1452 W. Horizon Ridge Pkwy, #665
                                                   Henderson, Nevada 89012
                                                   Phone: (301) 444-4600
                                                   Facsimile: (301) 444-4600
                                                   mac@mbvesq.com
                                                   *Counsel for WCP Fund I LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of May, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

- Nicole C. Kenworthy     bdept@mrrlaw.net
- Lisa Yonka Stevens     lisa.y.stevens@usdoj.gov
- US Trustee - Greenbelt     USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig     mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- Charles Earl Walton     cwalton@cwaltonlaw.com, mhall@cwaltonlaw.com,cwaltonlaw@gmail.com;waltoncr91773@notify.bestcase.com,msolomon@cwaltonlaw.com

                                                                /s/ Maurice B. VerStandig
                                                                Maurice B. VerStandig