**Mac VerStandig**

| | |
|---|---|
| **From:** | American Airlines <no-reply@info.email.aa.com> |
| **Sent:** | Tuesday, May 6, 2025 12:44 AM |
| **To:** | Mac VerStandig |
| **Subject:** | Your flight to Washington Reagan - Canceled |



# Flight 5309 to DCA is canceled

Confirmation code: **MCMKNW**

We're sorry for the change and are working to rebook your trip. Look for an update from us soon.

**CANCELED**

**Tuesday, May 6, 2025**

| | |
|---|---|
| **PWM** | **AA 5309** |
| Portland | Operated by PSA Airlines as American Eagle |
| 5:50 AM | Terminal: **--** |
| | Gate: **12** |
| **DCA** | |
| Washington Reagan | Terminal: **2** |
| 7:40 AM | Gate: **D44A** |

Contact us

Privacy policy

**Download the American app**

 

© 2025 American Airlines, Inc. All Rights Reserved.



Please do not reply to this email address as it is not monitored. This email was sent to mac@mbvesq.com.

Refund eligibility: You may be eligible for a refund if any changes to your trip meet certain conditions, as described in our conditions of carriage.
Some of these conditions include:
- Your flight schedule was changed by 3 hours or more (4 hours or more for international flights).*
- Your flight was delayed by 90 mins or more within 72 hours of your scheduled departure time.*
- Your flight was canceled by American.
- You were rebooked to a lower cabin.
- Your departure or arrival airports were changed.
- The number of connection points on your itinerary increased.
- Passengers with a disability have additional eligibilities.

*Calculated using original departure and arrival time from booking or last voluntary change of itinerary.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.