IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-11815-MCR |
| | ) | (Chapter 11) |
| 903 LAKE FRONT DRIVE, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MOTION TO APPEAR REMOTELY**

Upon consideration of Motion to Appear Remotely or, in the Alternative, Continue Confirmation Hearing (the "Motion"), any opposition thereto, the arguments set forth therein, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that counsel for WCP I Fund LLC as Servicer for Pacific RBLF Funding Trust may appear at today's confirmation hearing via remote means.

1

2

Copies:

All Counsel of Record