# United States Bankruptcy Court
## District of Maryland

In re    **903 Lake Front Drive, LLC**          Case No.    **24-11815**
                 Debtor(s)          Chapter    **11**

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on **May 6, 2025**, a copy of the November 2024 Monthly Operating Report and Bank Statement for 903 Lake Front Drive, LLC was served electronically or all interested parties, the Trustee and all creditors listed below.

**US Trustee**
**Washington Capital Partners -Maurice Belmont VerStandig mac@mbvesq.com, Attorney for Creditor - WCP**
**Prince George's County, Maryland**
**c/o Meyers, Rodbell & Rosenbaum, P.A.**
**6801 Kenilworth Ave., Ste. 400**
**Riverdale Park, MD 20737**

                                       **/s/ Charles E. Walton**
                                       **Charles E. Walton 17474**
                                       **Walton Law Group, LLC.**
                                       **10905 Fort Washington Road**
                                       **Suite 201**
                                       **Fort Washington, MD 20744**
                                       **301-233-0607Fax:202-595-9121**
                                       **cwalton@cwaltonlaw.com**