**MARIA ELLENA CHAVEZ-RUARK, U.S. BANKRUPTCY JUDGE**

Evidentiary Hearing:  NO<br>Exhibits Filed:  NO

PROCEEDING MEMO − CHAPTER 11

**Case: 24-11815-MCR**                                        Date: 05/06/2025 at 1:00 p.m.
**903 Lake Front Drive, LLC**

Appearances:    Charles Earl Walton, counsel for Debtor
                Maurice Belmont VerStandig, counsel for WCP Fund I LLC as Servicer for
                    Pacific RBLF Funding Trust
                Evan Meyers, counsel for Prince George's County, Maryland
                Courtney L. Morgan, Office of the United States Trustee

Also present:   Marterese Veronica Green, sole member of Debtor

[88] Amended Chapter 11 Plan Filed by WCP Fund I LLC as Servicer for Pacific RBLF Funding Trust (related document(s)30 Chapter 11 Plan filed by Creditor WCP Fund I LLC as Servicer for Pacific RBLF Funding Trust). (Attachments: # 1 Redline Comparison)

   [110] Tally of Ballots on behalf of WCP Fund I LLC as Servicer for Pacific RBLF Funding Trust Filed by Maurice Belmont VerStandig.

[100] Motion to Dismiss Case for other reasons Filed by US Trustee - Greenbelt.

COMMENTS:       Counsel for the plan proponent, WCP Fund, was unable to attend the hearing in person due to a cancelled flight so the Court held a videoconference status conference instead of an in person hearing.

                Counsel for WCP Fund reported that there are no objections to confirmation and that one impaired class voted and accepted the plan.

                The Court noted that the Debtor filed (tardily) all of the missing MORs, and the UST confirmed that confirmation of the plan will render the motion to dismiss moot.

                The UST requested that WCP Fund address the following in the confirmation order:
                    ➢ the timely payment of quarterly fees and
                    ➢ modifications to the exculpation clause.

                The Court advised counsel for WCP Fund to address the following in the confirmation order:
                    ➢ the treatment of the secured claim held by Prince George's County (Class 2) (which may include a reference to Section 3.2(a) and Section 4.1);

- ➢ the treatment of general unsecured claims (Class 3) (which may include a reference to Section 4.1);
- ➢ there are no known executory contracts or unexpired leases, but to the extent any exist, they are rejected; and
- ➢ there is no discharge because this is a liquidating plan (WCP Fund's counsel said he will add it as new Section 9.16).

Counsel for Prince George's County requested that the following sentence be added to Section 3.2(b): "Prince George's County will be paid in full with all statutory interest and penalties, and its lien shall remain in place until fully paid."

Counsel for WCP Fund will circulate a draft confirmation order to counsel for the Debtor, the UST, and the County. He will also file a line attaching a copy of the proposed confirmation order after he has addressed any requests/comments from counsel for the Debtor, the UST, and the County.

DISPOSITION: Status conference held. Confirmation hearing continued to 5/20/25 at 10:30 a.m. in person. Court will issue a hearing notice.