# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| **In re:**<br><br>**903 LAKE FRONT DRIVE, LLC**<br><br>　　　　Debtor. | Case No. 24-11815-MCR<br>Chapter 11 |

### STIPULATION EXTENDING DEADLINE TO RESPOND TO UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE

Matthew W. Cheney, Acting United States Trustee for Region 4 (the "United States Trustee"), WCP Fund I LLC as Servicer for Pacific RBLF Funding Trust ("WCP"), and 903 Lake Front Drive LLC (the "Debtor"), by counsel, hereby stipulate and agree that the deadline for WCP and the Debtor to file a written response to the United States Trustee's Motion to Dismiss Case, Docket No. 100, is extended through and including May 27, 2025.

| | |
|---|---|
| */s/ Courtney L. Morgan*<br>Courtney L. Morgan (Bar No. 17817)<br>Trial Attorney<br>United States Trustee's Office<br>6305 Ivy Lane, Suite 600<br>Greenbelt, Maryland 20770<br>Phone:(301) 344-0023<br>E-mail: Courtney.L.Morgan@usdoj.gov<br>*Counsel for Matthew W. Cheney, Acting United States Trustee for Region Four* | */s/ Maurice B. VerStandig*<br>Maurice B. VerStandig (Bar No. 18071)<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, Nevada 89012<br>Phone: (301) 444-4600<br>E-mail: mac@mbvesq.com<br>*Counsel for WCP Fund I LLC* |

*/s/Charles E. Walton*
Charles E. Walton (Bar No. 17474)
Walton Law Group, LLC
10905 Fort Washington Rd, Suite 201
Ft. Washington, Maryland 20774
Phone: (301) 292-8357
E-mail: cwalton@cwaltonlaw.com
*Counsel for Debtor*


**I HEREBY CERTIFY** that the terms of this copy of the Stipulation Extending Deadline to Respond to United States Trustee's Motion to Dismiss Case submitted to the Court are identical to those set forth in the original Stipulation Extending Deadline to Respond to United States Trustee's Motion to Dismiss Case; and that signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original Stipulation Extending Deadline to Respond to United States Trustee's Motion to Dismiss Case.

                                          */s/ Courtney L. Morgan*
                                          Courtney L. Morgan
                                          Counsel for the U.S. Trustee

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 8, 2025, a copy of the foregoing United States Trustee's Motion to Dismiss Case was served electronically through the Court's Electronic Case Filing notices system on the following:

- **Nicole C. Kenworthy**   bdept@mrrlaw.net
- **US Trustee - Greenbelt**   USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**   mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- **Charles Earl Walton**   cwalton@cwaltonlaw.com, mhall@cwaltonlaw.com,cwaltonlaw@gmail.com;waltoncr91773@notify.bestcase.com,msolomon@cwaltonlaw.com

*/s/ Courtney L. Morgan*
Courtney L. Morgan