IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-11815-MCR |
| | ) | (Chapter 11) |
| 903 LAKE FRONT DRIVE, LLC | ) | |
| | ) | |
| Debtor. | ) | |

## **DECLARATION OF CHRISTINA LA VIGNA**

1. My name is Christina La Vigna, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. I work for DP Capital, LLC d/b/a Washington Capital Partners ("WCP") as an asset portfolio assistant.

3. In my capacity as an employee of WCP, I am familiar with the amended plan of reorganization proposed by WCP in this case (the "Plan").

4. Upon consultation with counsel, it is my good faith belief that the Plan complies with Title 11 of the United States Code (the "Bankruptcy Code").

5. Upon consultation with counsel, I believe WCP is in compliance with the Bankruptcy Code.

6. I believe the Plan has been proposed in good faith and I am not aware of any legal violation attendant to the Plan's proposal.

7. Upon consultation with counsel, I believe the Plan requires administrative claimants to receive judicial approval of their fees before being compensated.

8. Upon consultation with counsel, I understand the Plan to be one that will either (i) not result in a change of the debtor's equity composition; or (ii) lead to the liquidation of the debtor.

9. Upon consultation with counsel, I do not believe any governmental regulatory to commission to have jurisdiction over any rates charged by the debtor, nor do I believe the debtor's business to involve charging rates.

10. It is my understanding that there exists two classes of creditors in the Plan, both of which support confirmation thereof.

11. Upon consultation with counsel, I believe Plan provides for all classes of creditors to be paid the full amount of their secured claims; the only impaired class is comprised solely of WCP, which is the Plan proponent and which has voted to accept the Plan.

12. Upon consultation with counsel, I understand the Plan provides for the payment of all fees arising under Section 1930 of Title 28 of the United States Code.

13. I do not believe the debtor to owe any retiree benefits.

14. The debtor is not a natural person and I have no knowledge of the debtor being obligated on any domestic support obligations.

15. Upon consultation with counsel, I understand all property transfers under the Plan will be in compliance with governing law.

16. Further declarant sayeth naught.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: 5/19/2025

Signed by:
*Christina La Vigna*
Christina La Vigna