IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-11815-MCR |
| | ) | (Chapter 11) |
| 903 LAKE FRONT DRIVE, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**<u>ORDER CONFIRMING FIRST AMENDED PLAN OF REORGANIZATION</u>**

Upon review of the First Amended Chapter 11 Plan of Reorganization of 903 Lake Front Drive, LLC Proposed by WCP Fund I LLC (the "Plan," as found at DE #88, with the proponent thereof being known as "WCP" and the debtor being known as "903 Lake Front Drive" or the "Debtor"); the accompanying disclosure statement (the "Disclosure Statement, as found at DE #87); the tally of ballots thereupon, DE #110; the lack of opposition thereto; evidence adduced at a hearing on May 20, 2025; the record herein; and governing law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

FOUND, that the Plan—as amended through entry of this order—complies with the rigors of Section 1129 of Title 11 of the United States Code; and it is further

ORDERED, that notwithstanding Section 2.2 of the Plan, nothing in the Disclosure Statement, Plan, or this confirmation order shall alter the Debtor's obligation to pay quarterly fees to the United States Trustee as required by 28 U.S.C. § 1930; and it is further

ORDERED, that Section 8.1 of the Plan shall be amended and modified in its entirety as follows: "Pursuant to § 1125(e) of the Bankruptcy Code, the Plan Proponent will neither have nor incur any liability to any Person for any act taken or omitted from the Petition Date to the Effective Date in connection with or related to the formulation, preparation, dissemination, negotiation, implementation, confirmation or consummation of the Plan, the Disclosure Statement, the Confirmation Order, or any contract, instrument, release or other agreement, pleading or document created or entered into, the pursuit, non-pursuit or settlement of Causes of Action or any other act taken or omitted to be taken in connection with or for the purpose of carrying out the Plan, the Disclosure Statement, the Confirmation Order or related agreement, including solicitation of acceptances of the Plan ("Exculpated Conduct"); provided, however, that no Person shall be relieved of liability for fraud, gross negligence, and intentional misconduct."; and it is further

ORDERED, that the following sentence is hereby appended to Section 3.2(b) of the Plan: "Prince George's County will be paid in full with all statutory interest and penalties and its lien shall remain in place until fully paid."; and it is further

ORDERED, that the third sentence of Section 3.2(c) of the Plan is hereby amended to read as follows: "However, to whatever extent one or more creditors may ultimately become a part of Class 3, after the sale of property described in Section 4.1 such Claims will be paid, *pari passu*, from proceeds of the sale of the Real Estate *after* payment of Class 1 and Class 2."; and it is further

ORDERED, that all executory contracts and unexpired leases—if any—to which the Debtor is a party are deemed rejected as of the date of entry of this order; and it is further

ORDERED, that a Section 9.16 is hereby added to the Plan, reading as follows: "**Discharge**. The Debtor shall not receive a discharge in connection with this bankruptcy case."; and it is further

ORDERED, that, subject to the amendments set forth herein, the Plan be, and hereby is, CONFIRMED.

Copies:

All Counsel of Record