# M&T Bank

| FOR INQUIRIES CALL: | FORT WASHINGTON |
|---|---|
| | (301) 292-6525 |

00   0 06518M NM 017

000002067 MIDS1548D01701394331 01 000000 026039 001     P

903 LAKE FRONT DRIVE, LLC
DEBTOR IN POSSESSION CASE NO 24-11815-MC
MARTERESE V GREEN, OWNER
903 LAKE FRONT DR
BOWIE MD 20721-2952

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| ۱322 | 09/01/24 - 09/30/24 |
| BEGINNING BALANCE | $0.00 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 3.00 |
| ENDING BALANCE | ($3.00) |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/01/2024 | BEGINNING BALANCE | | | $0.00 |
| 09/10/2024 | SERVICE CHARGE FOR ACCOUNT ۰6322 NUMBER OF DEPOSITS/CHECKS PAID | 0 | $3.00 0 | (3.00) |

GTR WASHINGTON COMMERCIAL BANK
7799 LEESBURG PIKE SUITE 600 NORTH TOWER

PAGE 1 OF 1