# M&T Bank

FOR INQUIRIES CALL:    FORT WASHINGTON
(301) 292-6525

00   0 06518M NM 017

000001730 MIDS1548D01701407340 01 000000 025244 001    P

903 LAKE FRONT DRIVE, LLC
DEBTOR IN POSSESSION CASE NO 24-11815-MC
MARTERESE V GREEN, OWNER
903 LAKE FRONT DR
BOWIE MD 20721-2952

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 6322 | 10/01/24 - 10/31/24 |
| BEGINNING BALANCE | ($3.00) |
| DEPOSITS & CREDITS | 100.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 3.02 |
| ENDING BALANCE | $93.98 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 10/01/2024 | BEGINNING BALANCE | | | ($3.00) |
| 10/08/2024 | SERVICE CHARGE FOR ACCOUNT    6322 | | $3.02 | (6.02) |
| 10/25/2024 | DEPOSIT | $100.00 | | 93.98 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 0 | |

PAGE 1 OF 1

GTR WASHINGTON COMMERCIAL BANK
7799 LEESBURG PIKE SUITE 600 NORTH TOWER