# M&T Bank

FOR INQUIRIES CALL: FORT WASHINGTON
(301) 292-6525

00  0 06518M NM  017



000002200 MIDS1548D01730418839 01 000010 025347 001      P

903 LAKE FRONT DRIVE, LLC
DEBTOR IN POSSESSION CASE NO 24-11815-MC
MARTERESE V GREEN, OWNER
903 LAKE FRONT DR
BOWIE MD 20721-2952

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 6322 | 11/01/24 - 11/30/24 |
| BEGINNING BALANCE | $93.98 |
| DEPOSITS & CREDITS | 350.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 3.05 |
| ENDING BALANCE | $440.93 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 11/01/2024 | BEGINNING BALANCE | | | $93.98 |
| 11/08/2024 | SERVICE CHARGE FOR ACCOUNT 6322 | | $3.05 | 90.93 |
| 11/21/2024 | DEPOSIT | $350.00 | | 440.93 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 0 | |

EFFECTIVE JANUARY 1, 2025, TREASURY MANAGEMENT AND COMMERCIAL DEPOSIT SERVICES PRICING IS CHANGING. VISIT MTB.COM/TMUPDATE2025 FOR DETAILS.

YOU'LL ALSO RECEIVE AN INSERT WITH THE CHANGES IN YOUR NEXT STATEMENT OR IN A SEPARATE MAILING.

NOTE: ADDITIONAL CHANGES SPECIFIC TO YOUR ACCOUNT MAY BE REFLECTED IN OTHER COMMUNICATIONS.