# M&T Bank

FOR INQUIRIES CALL:   FORT WASHINGTON
(301) 292-6525

00   0 06518M NM 017

000000676 MIDS1548D01701465524 01 000000 025070 001   P

903 LAKE FRONT DRIVE, LLC
DEBTOR IN POSSESSION CASE NO 24-11815-MC
MARTERESE V GREEN, OWNER
903 LAKE FRONT DR
BOWIE MD 20721-2952

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 6322 | 02/01/25 - 02/28/25 |
| BEGINNING BALANCE | $734.93 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 3.00 |
| ENDING BALANCE | $731.93 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 02/01/2025 | BEGINNING BALANCE | | | $734.93 |
| 02/10/2025 | SERVICE CHARGE FOR ACCOUNT  6322 NUMBER OF DEPOSITS/CHECKS PAID | 0 | $3.00 0 | 731.93 |

GTR WASHINGTON COMMERCIAL BANK
7799 LEESBURG PIKE SUITE 600 NORTH TOWER

PAGE 1 OF 1