# United States Bankruptcy Court
## District of Maryland

In re: __903 Lake Front Drive, LLC__  
Debtor(s)

Case No. __24-11815__  
Chapter __11__

## CERTIFICATE OF SERVICE

I hereby certify that on **May 19, 2025**, a copy of the February 2025 Amended Monthly Operating Report was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Jeanette Rice - US Trustee CM/ECF**

**Washington Capital Partners – Maurice Belmont Verstanding mac@mbvesq.com, Attorney for Creditor - WCP**

**Prince George's County, Maryland**
**c/o Meyers, Rodbell & Rosenbaum, P.A.**
**6801 Kenilworth Ave., Ste 400**
**Riverdale Park, MD 20737**

/s/ Charles E Walton

**Charles E Walton**
**Walton Law Group**
**10905 Fort Washington Road Ste 201**
**Fort Washington, MD 20744**
**301-292-8357**
**Fax:301-292-9439**
**cwalton@cwaltonlaw.com**