# M&T Bank

FOR INQUIRIES CALL: FORT WASHINGTON
(301) 292-6525

00   0 06518M NM 017

000001808 MJDS1548D01701478646 01 000000 024729 001    P

903 LAKE FRONT DRIVE, LLC
DEBTOR IN POSSESSION CASE NO 24-11815-MC
MARTERESE V GREEN, OWNER
903 LAKE FRONT DR
BOWIE MD 20721-2952

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 6322 | 03/01/25 - 03/31/25 |
| BEGINNING BALANCE | $731.93 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 3.00 |
| ENDING BALANCE | $728.93 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 03/01/2025 | BEGINNING BALANCE | | | $731.93 |
| 03/10/2025 | SERVICE CHARGE FOR ACCOUNT      6322 NUMBER OF DEPOSITS/CHECKS PAID | 0 | $3.00 0 | 728.93 |

TREASURY MANAGEMENT ("TM") CUSTOMERS - WE HAVE REVISED OUR STANDARD MASTER TREASURY MANAGEMENT SERVICES AGREEMENT ("TM AGREEMENT") AND PRODUCT TERMS AND CONDITIONS BOOKLET ("BOOKLET"). EFFECTIVE MAY 15,2025, YOUR USE OF TM SERVICES WILL BE GOVERNED BY THE REVISED BOOKLET AND BY THE TM AGREEMENT SIGNED BY YOUR ORGANIZATION AS AMENDED BY THE REVISED TM AGREEMENT. TO REVIEW ADDITIONAL DETAILS, A SUMMARY OF CHANGES, AND THE REVISED BOOKLET AND TM AGREEMENT, VISIT MTB.COM/TMTERMS. THE ABOVE MESSAGE DOES NOT APPLY TO CUSTOMERS WHOSE TM SERVICES ARE GOVERNED BY NEGOTIATED AGREEMENTS OR TM AGREEMENTS DATED PRIOR TO 2012.