## MARIA ELLENA CHAVEZ-RUARK, U.S. BANKRUPTCY JUDGE

Evidentiary Hearing:  YES
Exhibits Filed:  NO

PROCEEDING MEMO − CHAPTER 11

**Case: 24-11815-MCR**     Date: 05/20/2025 at 10:30 a.m.
**903 Lake Front Drive, LLC**

Appearances:  Charles Earl Walton, counsel for Debtor
Maurice Belmont Verstandig, counsel for WCP Fund I LLC as Servicer for Pacific RBLF Funding Trust
Evan Meyers, counsel for Prince George's County, Maryland
Courtney L. Morgan, Office of the United States Trustee

Also present:  Marterese Veronica Green, sole member of Debtor
Christina La Vigna, representative of WCP Fund I LLC

[88] Amended Chapter 11 Plan Filed by WCP Fund I LLC as Servicer for Pacific RBLF Funding Trust (related document(s)30 Chapter 11 Plan filed by Creditor WCP Fund I LLC as Servicer for Pacific RBLF Funding Trust). (Attachments: # 1 Redline Comparison)

   [110] Tally of Ballots on behalf of WCP Fund I LLC as Servicer for Pacific RBLF Funding Trust Filed by Maurice Belmont VerStandig.

[100] [Motion to Dismiss Case for other reasons Filed by US Trustee - Greenbelt.

COMMENTS:   WCP Fund's counsel proffered the testimony of its representative, Christina La Vigna.  There are no written objections to the plan.  Classes 1 and 2 are impaired and voted to accept.  Classes 3 and 4 did not vote on the plan.  There are no known claims in Class 3.  The Court found that all requirements of Sections 1123 and 1129 were met and confirmed the plan.

The Court conditionally approved the disclosure statement on 3/18/25 at Dkt. No. 93.  The Court finally approved the disclosure statement.

The Debtor, UST, and County approved the form of order confirming the plan.  WCP Fund's counsel will upload a proposed order that includes a decretal paragraph finally approving the disclosure statement.

The Court will deny the UST's motion to dismiss as moot.

DISPOSITION:   Plan confirmed.  WCP Fund's counsel to upload an order.  UST's motion to dismiss denied as moot.  Court will prepare the order.