

00001537 DRPM0506251654497821 19 000000
903 LAKE FRONT DRIVE, LLC
903 LAKE FRONT DR
BOWIE MD 20721

00001537-D003645-Page 1 of 2-DRPM0506251654497821-00117705-S06X919

903 LAKE FRONT DRIVE, LLC
NUMBER OF ACCOUNTS IN RELATIONSHIP: 1

CHARGE ACCOUNT: 6322

| ACCOUNTS INCLUDED IN RELATIONSHIP |
| --- |
| 6322 |



L011R (09/22)



ACCOUNT MANAGER SANDRA PATTON

PHONE (301) 292-3298
FAX

| ACCOUNT NUMBER | STATEMENT TYPE |
|---|---|
| [illegible]6322 | CLIENT SUMMARY |

| SERVICE CHARGE PERIOD | ANALYSIS PERIOD |
|---|---|
| 04/01/25 - 04/30/25 | 04/01/25 - 04/30/25 |



903 LAKE FRONT DRIVE, LLC
903 LAKE FRONT DR
BOWIE MD 20721

| | CURRENT MONTH | YEAR-TO-DATE |
|---|---|---|
| AVERAGE LEDGER BALANCE | $726.63 | $731.24 |
| LESS AVERAGE FLOAT | $0.00 | $0.00 |
| AVERAGE COLLECTED BALANCE | $726.63 | $731.24 |
| AVG NEGATIVE AVAILABLE BAL | $0.00 | $0.00 |
| AVG POSITIVE COLLECTED BAL | $726.63 | $731.24 |
| LESS RESERVE REQUIREMENT | $0.00 | $0.00 |
| NET AVG POS COLLECTED BAL | $726.63 | $731.24 |

| NEGATIVE AVAILABLE BAL RATE | 15.00% |
|---|---|

PLEASE CAREFULLY REVIEW THIS STATEMENT PROMPTLY. WE WILL GLADLY CORRECT ERRORS WITHIN 90 DAYS OF THIS STATEMENT DATE. AFTER 90 DAYS, THIS ACCOUNT ANALYSIS STATEMENT IS DEEMED TO BE ACCURATE AND FINAL.

| CURRENT SERVICE CHARGE PERIOD ANALYSIS SUMMARY | |
|---|---|
| TOTAL BALANCE COMPENSATED CHARGES | $3.00 |
| NET SERVICE CHARGE | $3.00 |
| TOTAL NON-BALANCE COMPENSATED CHARGES | $0.00 |
| TOTAL SERVICE CHARGE PERIOD CHARGES DEBITED | $3.00 |

00001537-0003646-Page 2 of 2-DRPM0506251654497821-00117705-S06X919

| SERVICE DESCRIPTION | VOLUME | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|
| **BALANCE COMPENSATED SERVICES:** | | | |
| **GENERAL DEPOSIT SERVICES** | | | |
| 010000 PAPER STATEMENT DELIVERY | 1 | $ 3.00000 | $ 3.00 |
| 010000 ACCOUNT MAINTENANCE | 1 | 0.00000 | 0.00 |
| | | SUBTOTAL: | 3.00 |
| TOTAL BALANCE COMPENSATED CHARGES | | | $ 3.00 |
| YOUR BALANCE COMPENSATED SERVICES ARE CHARGED MONTHLY | | | |

**SERVICE CHARGE SUMMARY:**

| TOTAL CHARGES DEBITED TO ACCOUNT [illegible]322 | $ 3.00 |
|---|---|

M&T OFFERS A VARIETY OF INNOVATIVE TREASURY MANAGEMENT SERVICES DESIGNED TO HELP MAKE YOUR MONEY WORK FOR YOU. TO FIND OUT MORE, SIMPLY CALL YOUR RELATIONSHIP MANAGER OR ONE OF OUR TREASURY MANAGEMENT CONSULTANTS AT (800)724-2240.

FOR INQUIRIES CALL: FORT WASHINGTON
(301) 292-6525

00 0 06518M NM 017

000001345 MIDS1548D01701495600 01 000000 024077 001 P

903 LAKE FRONT DRIVE, LLC
DEBTOR IN POSSESSION CASE NO 24-11815-MC
MARTERESE V GREEN, OWNER
903 LAKE FRONT DR
BOWIE MD 20721-2952

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 6322 | 04/01/25 - 04/30/25 |

| | |
|---|---|
| BEGINNING BALANCE | $728.93 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 3.00 |
| ENDING BALANCE | $725.93 |

ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 04/01/2025 | BEGINNING BALANCE | | | $728.93 |
| 04/08/2025 | SERVICE CHARGE FOR ACCOUNT 6322 | | $3.00 | 725.93 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

TREASURY MANAGEMENT ("TM") CUSTOMERS - WE HAVE REVISED OUR STANDARD MASTER TREASURY MANAGEMENT SERVICES AGREEMENT ("TM AGREEMENT") AND PRODUCT TERMS AND CONDITIONS BOOKLET ("BOOKLET"). EFFECTIVE MAY 15,2025, YOUR USE OF TM SERVICES WILL BE GOVERNED BY THE REVISED BOOKLET AND BY THE TM AGREEMENT SIGNED BY YOUR ORGANIZATION AS AMENDED BY THE REVISED TM AGREEMENT. TO REVIEW ADDITIONAL DETAILS, A SUMMARY OF CHANGES, AND THE REVISED BOOKLET AND TM AGREEMENT, VISIT MTB.COM/TMTERMS. THE ABOVE MESSAGE DOES NOT APPLY TO CUSTOMERS WHOSE TM SERVICES ARE GOVERNED BY NEGOTIATED AGREEMENTS OR TM AGREEMENTS DATED PRIOR TO 2012.



GTR WASHINGTON COMMERCIAL BANK
7799 LEESBURG PIKE SUITE 600 NORTH TOWER