Entered: May 30th, 2025
Signed: May 30th, 2025

**DENIED**

The Court is entering contemporaneously herewith an order confirming WCP Fund's plan. Therefore, the motion to dismiss is denied as moot.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **24–11815 – MCR**   Chapter: **11**

**903 Lake Front Drive, LLC**
Debtor

## ORDER DISMISSING CASE
## ON REQUEST OF UNITED STATES TRUSTEE
## NOTICE THAT AUTOMATIC STAY IS TERMINATED

Upon consideration of the motion to dismiss filed by United States Trustee after notice and a hearing, and it appearing that cause exists for this case to be dismissed pursuant to 11 U.S.C. § 1112(b) in the best interest of creditors and the estate, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that this case is dismissed; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:   Debtor
      Attorney for Debtor – Charles Earl Walton
      Case Trustee – For Internal Use Only
      U.S. Trustee

**End of Order**

15x09 (rev. 01/26/2010) – JanineHutchinson