# United States Bankruptcy Court
## District of Maryland

| | | | |
|---|---|---|---|
| In re | 903 Lake Front Drive, LLC | Case No. | 24-11815 |
| | Debtor(s) | Chapter | 11 |

## CERTIFICATE OF SERVICE

I hereby certify that on **June 12, 2025**, a copy of the May 2025 Monthly Operating Report was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Jeanette Rice - US Trustee CM/ECF**

**Washington Capital Partners – Maurice Belmont Verstanding mac@mbvesq.com, Attorney for Creditor - WCP**

**Prince George's County, Maryland c/o
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave., Ste 400 Riverdale Park, MD 20737**

/s/ Charles E Walton

**Charles E Walton
Walton Law Group
10905 Fort Washington Road Ste 201
Fort Washington, MD 20744
301-292-8357
Fax:301-292-9439  cwalton@cwaltonlaw.com**