# M&T Bank

FOR INQUIRIES CALL: FORT WASHINGTON
(301) 292-6525

00  0 06518M NM  017



000001401 MIDS1548D01731508439 01 000000 023988 001    P

903 LAKE FRONT DRIVE, LLC
DEBTOR IN POSSESSION CASE NO 24-11815-MC
MARTERESE V GREEN, OWNER
903 LAKE FRONT DR
BOWIE MD 20721-2952

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 6322 | 05/01/25 - 05/31/25 |
| BEGINNING BALANCE | $725.93 |
| DEPOSITS & CREDITS | 962.32 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 3.00 |
| ENDING BALANCE | $1,685.25 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 05/01/2025 | BEGINNING BALANCE | | | $725.93 |
| 05/08/2025 | SERVICE CHARGE FOR ACCOUNT     6322 | | $3.00 | 722.93 |
| 05/12/2025 | DEPOSIT | $962.32 | | 1,685.25 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 0 | |

AS OF JUNE 5, 2025, AVAILABILITY OF FUNDS FROM CHECK DEPOSITS TOTALING MORE THAN $6,725 (PREVIOUSLY $5,525) ON ANY ONE DAY MAY BE DELAYED. PLEASE REFER TO THE AVAILABILITY DISCLOSURE FOR COMMERCIAL DEPOSIT ACCOUNTS ("DISCLOSURE") FOR ADDITIONAL INFORMATION. FOR CERTAIN NEW ACCOUNTS, THIS RULE ALSO APPLIES TO SPECIFIC CHECKS LISTED IN THE DISCLOSURE, INCLUDING GOVERNMENT CHECKS AND CERTIFIED CHECKS. TO DISCUSS THIS CHANGE, VISIT YOUR BRANCH OR CALL US AT 1-800-724-6070 MONDAY-FRIDAY, 6AM-9PM AND SATURDAY-SUNDAY, 9AM-5PM ET.

GTR WASHINGTON COMMERCIAL BANK
7799 LEESBURG PIKE SUITE 600 NORTH TOWER