# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **903 Lake Front Drive,**<br><br>*Debtor* | **Case No.: 24-11815**<br><br>**Chapter 11** |

## PETITION FOR ALLOWANCE OF ATTORNEY'S FEES

COMES NOW, Charles E. Walton, Esq., and the Walton Law Group, LLC, Attorneys for 903 Lake Front Drive ("Debtor"), represent unto this Honorable Court as follows:

1. That Debtor filed a Voluntary Petition for Chapter 11 on March 4, 2024.

2. That this Honorable Court approved the employment of Charles E. Walton, Esq., and the Walton Law Group, LLC as counsel for Debtor on May 8, 2024.

3. That Petitioner Charles E. Walton, Esq. requests an allowance of attorney's fees for work he has performed on behalf of the Debtor in the amount of [$34,978.17]. See Exhibit 1 (attorney's fees earned for work performed on behalf of the Debtor in excess of [$34,978.17]).

4. That Charles E. Walton, Esq. and Walton Law Group, LLC have rendered assistance to the Debtor.

**WHEREFORE**, your Petitioner prays that this Honorable Court issue an Order allowing his attorney's fees in the amount of [$34,978.17].

Respectfully submitted,

/s/ Charles E. Walton
Charles E. Walton, Esq.
10905 Fort Washington Rd., Suite 201
Fort Washington, MD 20744
301.292.8357 office
301.292.9439 fax
cwalton@cwaltonlaw.com
*Counsel for the Debtor*