# United States Bankruptcy Court
## District of Maryland

In re: __903 Lake Front Drive, LLC__
Debtor(s)

Case No. __24-11815__
Chapter __11__

## CERTIFICATE OF SERVICE

I hereby certify that on **June 12, 2025**, a copy of the Petition for Allowance of Attorney's Fees was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Jeanette Rice - US Trustee CM/ECF

Washington Capital Partners – Maurice Belmont Verstanding mac@mbvesq.com, Attorney for Creditor - WCP

Prince George's County, Maryland
c/o Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave., Ste 400
Riverdale Park, MD 20737

/s/ Charles E Walton

Charles E Walton
Walton Law Group
10905 Fort Washington Road Ste 201
Fort Washington, MD 20744
301-292-8357
Fax: 301-292-9439
cwalton@cwaltonlaw.com