# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

**903 Lake Front Drive,**

    *Debtor*

**Case No.: 24-11815**

**Chapter 11**

## NOTICE OF EFFECTIVE DATE OF FIRST AMENDED REORGANIZATION PLAN FOR 903 LAKE FRONT DRIVE, LLC.

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. **Confirmation of the Plan.** On May 30, 2025, the United States Bankruptcy Court for the District Court of Maryland, Greenbelt Division (the "Bankruptcy Court") entered an Order Confirming the First Amended Chapter 11 Plan of Reorganization for 903 LAKE FRONT DRIVE, LLC. [Docketed No. 142] (the "Confirmation Plan") in the Chapter 11 case of 903 LAKE FRONT DRIVE, LLC., the above-captioned debtor ("903 Lake Front Drive").

2. **Effective Date.** The Effective Date of the Plan occurred on June 13, 2025.

3. **Bar Date.** Pursuant to the Confirmation Plan, the record date for a person to file any applications or requests for payment of Administrative Claims is defined as the first business day next succeeding the thirtieth calendar day following the Confirmation Date (June 30, 2025).

Dated: June 20, 2025

Respectfully submitted,

/s/ Charles E. Walton
Charles E. Walton, Esq.
Bar No. 17474
10905 Fort Washington Rd., Suite 201
Fort Washington, MD 20744
301.292.8357 office
301.292.9439 fax
cwalton@cwaltonlaw.com
*Counsel for the Debtor*