## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of June 2025, a copy of the foregoing was served via CM/ECF on all interested parties.

/s/ Charles E. Walton
Charles E. Walton, Esq.