IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

In re:                                      )        Case No. 24-11815-MCR
                                            )        (Chapter 11)
903 LAKE FRONT DRIVE, LLC                   )
                                            )
            Debtor.                         )

## NOTICE OF AUCTION PURSUANT TO PLAN OF REORGANIZATION

Comes now WCP Fund I LLC as servicer for Pacific RBLF Funding Trust ("WCP"), by and through undersigned counsel, pursuant to Section 4.1.2 of the First Amended Chapter 11 Plan of Reorganization of 903 Lake Front Drive, LLC Proposed by WCP Fund I LLC, DE #88, as confirmed by this Honorable Court, DE #142, and gives notice as follows:

On July 15, 2025, at 10:00 am prevailing eastern time or as soon thereafter as may be practicable, an auction will be conducted on the front steps at 6500 Cherrywood Lane, Greenbelt, Maryland 20770. At the auction, the real property and improvements thereupon commonly known as 903 Lake Front Drive, Bowie, Maryland 20721 (the "Property") will be sold to the highest bidder who conforms to the procedures set forth in the foregoing plan.

The minimum bid to acquire the Property shall be Four Hundred Thousand Dollars and No Cents ($400,000.00). Any person(s) wishing to bid at the auction must, not later than 10:00 am prevailing eastern time on July 14, 2025, post a deposit of not less than One Hundred Fifty Thousand Dollars and No Cents ($150,000.00) via cash, certified check, or money order, *except* WCP shall not be required to post any such deposit. Those wishing to post such a deposit must contact undersigned counsel, via e-mail, at mac@mbvesq.com, to arrange the logistics for the tendering and receipt of the subject deposit.

1

The auction will be conducted by an individual of WCP's election, with it being likely said individual will be an attorney who represents WCP in one or more matters.

Respectfully submitted,

Dated: July 7, 2025

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of July, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

- Nicole C. Kenworthy    bdept@mrrlaw.net
- Courtney L. Morgan    courtney.l.morgan@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- Charles Earl Walton    cwalton@cwaltonlaw.com, mhall@cwaltonlaw.com,cwaltonlaw@gmail.com;waltoncr91773@notify.bestcase.com,msolomon@cwaltonlaw.com

I FURTHER CERTIFY that on the 8th day of July, 2025, a copy of the foregoing is being sent via First Class Mail, postage prepaid, to all parties on the attached mailing matrix, *except* no copy is being sent to undersigned counsel.

/s/ Maurice B. VerStandig
Maurice B. VerStandig