```
Label Matrix for local noticing        903 Lake Front Drive, LLC              Prince George's County, Maryland
0416-0                                  903 Lake front Drive                   c/o Meyers, Rodbell & Rosenbaum, P.A.
Case 24-11815                           Bowie, MD 20721-2952                   6801 Kenilworth Ave.
District of Maryland                                                           Suite 400
Greenbelt                                                                      Riverdale Park, MD 20737-1331
Mon Jul  7 23:23:49 EDT 2025

WCP Fund I LLC as Servicer for Pacific RBLF   (p)U S SECURITIES AND EXCHANGE COMMISSION   (p)COMPTROLLER OF MARYLAND
c/o The VerStandig Law Firm, LLC        ATLANTA REG OFFICE AND REORG           BANKRUPTCY UNIT
1452 W. Horizon Ridge Pkwy              950 E PACES FERRY RD NE STE 900        7 ST PAUL STREET SUITE 230
#665                                    ATLANTA GA 30326-1382                  BALTIMORE MD 21202-1626
Henderson, NV 89012-4422


(p)INTERNAL REVENUE SERVICE             Prince George's County, Maryland       Russel S. Drazin Trustee
CENTRALIZED INSOLVENCY OPERATIONS       Office of Finance                      Pardo & Drazin, LLC
PO BOX 7346                             1301 McCormick Drive, Ste. 1100        4400 Jenifer Street NW
PHILADELPHIA PA 19101-7346              Largo, MD 20774-5416                   Washington, DC 20015-2089



Secretary of the Treasury               State of Maryland DLLR                 (p)US ATTORNEY'S OFFICE FOR THE DISTRICT OF M
15th and Pennsylvania Ave., N.W.        Division of Unemployment Insurance     36 S CHARLES STREET FOURTH FLOOR
Washington, DC 20220-0001               1100 N. Eutaw Street, Room 401         BALTIMORE MD 21201-3020
                                        Baltimore, MD 21201-2226



US Trustee - Greenbelt                  Washington Capital Partners            Charles Earl Walton
6305 Ivy Lane, Suite 600                8401 Greenboro Drive, Suite 960        Walton Law Group, LLC.
Greenbelt, MD 20770-6305                Mc Lean, VA 22102-5149                 10905 Fort Washington
                                                                               Suite 201
                                                                               Fort Washington, MD 20744-5840


Sara Leslie Campbell
The Real Estate Store LLC
5623 Allentown Road
Ste 102
Camp Spring, MD 20746-4579
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Branch of Reorganization                Comptroller of the Treasury            Internal Revenue Service
Sec. & Exch. Commission                 Compliance Division, Room 409          Centralized Insolvency Section
3475 Lenox Road NE (Suite 1000)         301 W. Preston Street                  PO Box 21126 (DP-N-781)
Atlanta, GA 30327-1232                  Baltimore, MD 21201                    Philadelphia, PA 19114



U.S. Attorney-District of MD
4th floor
36 S. Charles St.
Baltimore, MD 21201
```

            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)For Internal Use Only | (d)Prince George's County, Maryland<br>c/o Meyers, Rodbell & Rosenbaum, P.A.<br>6801 Kenilworth Ave., Ste. 400<br>Riverdale Park, MD 20737-1331 | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients     2<br>Total                  17 |