**DENIED**

The application does not provide any detail or comply with the fee guidelines set forth in Appendix D to the Local Bankruptcy Rules. Also, the applicant did not serve all creditors who hold claims for which proofs of claim have been filed as required by Bankruptcy Rule 2016(a).



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE



# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

**903 Lake Front Drive,**

*Debtor*

Case No.: 24-11815

Chapter 11

---

**ORDER ON PETITION FOR ALLOWANCE OF ATTORNEY'S FEES**

The foregoing Petition for Allowance of Attorney's Fees having been read and considered, it is thereupon by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Attorney in the above-captioned Chapter 11 be granted attorney's fees in the amount of ($34,978.17).

Cc:
United States Trustee
Maurice Belmont Verstanding
Prince George's County, Maryland