United States Bankruptcy Court
District of Maryland

In re:  Case No. 24-11815-MCR
903 Lake Front Drive, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0 | User: admin | Page 1 of 2
Date Rcvd: Jul 23, 2025 | Form ID: pdfparty | Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 903 Lake Front Drive, LLC, 903 Lake front Drive, Bowie, MD 20721-2952 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Jul 23 2025 19:23:00 | US Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2025 at the address(es) listed below:

**Name**  **Email Address**

Charles Earl Walton
cwalton@cwaltonlaw.com
mhall@cwaltonlaw.com,cwaltonlaw@gmail.com,waltoncr91773@notify.bestcase.com,msolomon@cwaltonlaw.com

Courtney L. Morgan
courtney.l.morgan@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

Maurice Belmont VerStandig
mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 23, 2025 | Form ID: pdfparty | Total Noticed: 2 |

Nicole C. Kenworthy
    bdept@mrrlaw.net

US Trustee - Greenbelt
    USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 5

**DENIED**

The application does not provide any detail or comply with the fee guidelines set forth in Appendix D to the Local Bankruptcy Rules. Also, the applicant did not serve all creditors who hold claims for which proofs of claim have been filed as required by Bankruptcy Rule 2016(a).



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**



# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

**903 Lake Front Drive,**

    *Debtor*

**Case No.: 24-11815**

**Chapter 11**

---

**ORDER ON PETITION FOR ALLOWANCE OF ATTORNEY'S FEES**

The foregoing Petition for Allowance of Attorney's Fees having been read and considered,

it is thereupon by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Attorney in the above-captioned Chapter 11 be granted attorney's

fees in the amount of ($34,978.17).

Cc:
United States Trustee
Maurice Belmont Verstanding
Prince George's County, Maryland