# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **903 Lake Front Drive,** *Debtor* | **Case No.: 24-11815** **Chapter 11** |

## AMENDED PETITION FOR ALLOWANCE OF ATTORNEY'S FEES

COMES NOW, Charles E. Walton, Esq., and the Walton Law Group, LLC, Attorneys for 903 Lake Front Drive ("Debtor"), hereby submits this Amended Petition for Allowance of Attorney's Fees, pursuant to 11 U.S.C. § 330, and respectfully represents as follows:

1. That Debtor filed a Voluntary Petition for Chapter 11 on March 4, 2024. The filing was made to facilitate a restructuring of the company's debts and to acquire a new property. The following details provide an overview of the comprehensive work performed throughout the bankruptcy proceedings.

2. That this Honorable Court approved the employment of Charles E. Walton, Esq., and the Walton Law Group, LLC as counsel for Debtor on May 9, 2024.

3. That Petitioner Charles E. Walton, Esq. requests an allowance of attorney's fees for work he has performed on behalf of the Debtor in the amount of $34,978.17

4. That Charles E. Walton, Esq. and Walton Law Group, LLC have rendered assistance to the Debtor.

**5. SUMMARY OF SERVICES RENDERED AND EXPENSES**

**Pre-petition Services**

1. Consultation with management of 903 Lakefront Drive LLC regarding financial situation and the necessity for a Chapter 11 filing.

2. Comprehensive review of corporate documents, including operating agreements, financial statements, and existing contracts.

3. Strategic advice on the restructuring process and exploration of potential business opportunities, including the negotiations for a new property purchase.

**B. Filing Chapter 11 Petition and Related Documents**

1. Drafting and filing the Chapter 11 Bankruptcy Petition.

2. Preparation of all necessary schedules, including Schedule A/B, Schedule D (secured debts), Schedule E/F (unsecured debts), Schedule G (executory contracts), and Schedule H (co-debtors).

3. Drafting and filing the Statement of Financial Affairs.

**C.  Meeting with Trustee**

1. Preparation for the Meeting for Trustee.

2. Attending Trustee Meeting and representing 903 Lakefront Drive LLC in discussions with the trustee and creditors.

**D. Post-Petition Services**

1.  Drafting and filing motions for use as needed. Including motion to title the property to Marterese Green.

   - Attending hearings related to ensuring compliance with court requirements.

2. Operating Reports:

   - Preparing Monthly Operating Reports required by the Court and the United States Trustee.

  - Ensuring timely submission of reports and compliance with all reporting obligations.

3. Chapter 11 Plan and Disclosure Statement:

  - Reviewed Creditor Chapter 11 Plan of Reorganization and Disclosure Statement.

  - Drafting the Chapter 11 Plan of Reorganization outlining treatment of creditors.

  - Preparing the Disclosure Statement to provide necessary information to creditors regarding the Chapter 11 Plan.

  - Filing the Plan and Disclosure Statement with the Court.

  - Amending the Plan and Disclosure Statement as required by Court feedback or creditor objections and reviewed in conjunction with Creditor.

4. Credit Negotiations

  - Engaging in negotiations with secured creditor to reach agreements on the treatment of claims under the Chapter 11 Plan.

  - Responding to creditor inquiries regarding the Plan and Disclosure Statement.

5. Mortgage Negotiations:

  - Reviewing various mortgage proposals for the acquisition of the new property on behalf to Sole member.

  - Negotiating the terms and conditions of the mortgage to facilitate the purchase of a new house.

  - Ensuring all mortgage-related documents align with both the Chapter 11 Plan and the company's operational strategy.

6. Applications for Employment:

  - Preparing employment applications for self (as the principal representative of the LLC) and a real estate agent to represent the company in property transactions.

  - Filing applications for employment with the Bankruptcy Court, ensuring compliance with all guidelines and requirements.

7. Hearing Attendance:

  - Attending hearings on the confirmation of the Chapter 11 Plan.

  - Representing the Debtor in any other relevant hearings throughout the bankruptcy process.

8. Court Filings and Compliance:

  - Filing amendments to the Plan and Disclosure Statement as necessary.

  - Responding to motions or objections raised by creditors or the United States Trustee.

9. Finalization of Bankruptcy Case:

  - Drafting and filing the motion for entry of a final decree upon successful completion of the Chapter 11 Plan.

  - Ensuring that all obligations under the Plan have been fulfilled before the case is closed.

**6. BASIS FOR COMPENSATION AND EXPENSE REIMBURSEMENT**

7.      Section 330(a) of the Bankruptcy Code authorizes the Court to award "reasonable compensation for actual, necessary services" and reimbursement of "actual, necessary expenses."

8.      In accordance with Local Rule 2016-1, Applicant maintained detailed contemporaneous time records and has applied customary billing rates in the legal services market.

9.      The services rendered and expenses incurred were actual, necessary, and in the best interest of the Debtor's estate and its creditors.

10.     **Case complexity**

        Severe health conditions  with significant and ongoing care required

        Fraudulent inducement by a real estate agent

        Limited Liability Company with no assets created to  purchase and sell a house

Client not added to the deed of the Property as agreed.

The following table summarizes Applicant's fees and expenses for the Fee Period:

| Professional | Title | Hours | Hourly Rate | Total Fees |
|---|---|---|---|---|
| Charles E. Walton - CEW | Attorney | 86.6 | 375 | $32,033.75 |
| James K. Davis - JKD | Attorney | 12.7 | 375 | 4762.50 |
| Linda Anderson - (Kenny Jones) | Analyst | 10.7 | 175 | 1872.5 |
| Miranda Taylor - MT | Paralegal | 9.61 | 125 | 1201.25 |
| **Subtotal** | | | | 39871.25 |

| Expense Category | Amount |
|---|---|
| Copies, Delivery | $85.92 |
| CASE UPDATE filling | |
| **Total Expenses** | 85.92 |

| | **TOTAL FEES & EXPENSES** | $ 39,957.17 |
|---|---|---|

Amt Paid     4979.00

Balance Due   34,978.17

7. NOTICE AND OBJECTION PROCEDURE

Notice of this Application has been provided in accordance with Bankruptcy Rule 2002(a)(6) to:

- The U.S. Trustee;

- Debtor's counsel;

- Committee members and their counsel;

- All parties requesting notices pursuant to Bankruptcy Rule 2002.

WHEREFORE, the Debtor 903 Lakefront Drive LLC respectfully requests that this Honorable Court grant this Motion for Petition for Fees, approving the fees and expenses incurred during the Chapter 11 bankruptcy proceedings, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Charles E. Walton
Charles E. Walton, Esq.
Bar No. 17474
10905 Fort Washington Rd., Suite 201
Fort Washington, MD 20744
301.292.8357 office
301.292.9439 fax
cwalton@cwaltonlaw.com
*Counsel for the Debtor*