United States Bankruptcy Court
District of Maryland

In re    903 Lake Front Drive, LLC                                    Case No.  24-11815

                              Debtor(s)                                Chapter  11

CERTIFICATE OF SERVICE

I hereby certify that on <u>August 25, 2025</u>, a copy of the Amended Petition for Allowance of Attorney's Fees was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Jeanette Rice - US Trustee CMIECF

Washington Capital Partners — Maurice Belmont Verstanding mac@mbvesq.com, Attorney for Creditor - WCP

Prince George's County, Maryland
c/o Meyers, Rodbell & Rosenbaum,
P.A. 6801 Kenilworth Ave., Ste 400
Riverdale Park, MD 20737

                                              /s/ Charles E Walton

                                              Charles E Walton
                                              Walton Law Group
                                              10905 Fort Washington Road Ste 201
                                              Fort Washington, MD 20744
                                              301-2924357
                                              Fax: 301-292-9439
                                              cwalton@cwaltonlaw.com