**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **903 Lake Front Drive,**  *Debtor* | Case No.: 24-11815  Chapter 11 |

**ORDER ON PETITION FOR ALLOWANCE OF ATTORNEY'S FEES**

The foregoing Amended Petition for Allowance of Attorney's Fees having been read and considered, it is thereupon by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Attorney in the above-captioned Chapter 11 be granted attorney's fees in the amount of ($34,978.17).

Cc:
United States Trustee
Maurice Belmont Verstanding
Prince George's County, Maryland