# EXHIBIT I

**Walton Law Group, LLC**
10905 Fort Washington Road, Suite 201
Fort Washington, MD 20744
United States
(301) 292-8357

**Walton Law Group, LLC**

**Marterese Green**

| | |
|---|---|
| **Balance** | $34,978.17 |
| **Invoice #** | 02854 |
| **Invoice Date** | June 12, 2025 |
| **Payment Terms** | Due on Receipt |
| **Due Date** | June 12, 2025 |

**Green, Marterese - Chapter 11 Bankruptcy**

Securely pay online
https://walton-law-group-llc3.mycase.com/xa8gnka6

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 02/26/2024 | CEW | Case Review | Contact regarding client's case and circumstance and need to file. | $375.00 | 0.5 | $187.50 |
| 02/28/2024 | CEW | Case file review and research | Follow up discussion with Ms. Green to further understand the nature of case and review filing of LLC and the reason behind. Agreement to file Chapter 11 | $375.00 | 0.8 | $300.00 |
| 03/01/2024 | CEW | Preparation | Conference calls with the client and review of the information. I pulled public information and called the mortgage company. I reviewed the home value, including tax records, the Deed, and the Deed of Trust. Look at County Court Docket. | $375.00 | 2.5 | $937.50 |
| 03/01/2024 | CEW | BestCase data entry | Prepared Bk information for filing | $375.00 | 2.1 | $787.50 |
| 03/02/2024 | CEW | Document prep and review | Document review and preparation with the client. Pulling of LLC documents and review of corporate status. | $375.00 | 2.7 | $1,012.50 |
| 03/03/2024 | CEW | Review | Review of information sent by the client and conference calls | $375.00 | 1.8 | $675.00 |
| 03/04/2024 | CEW | Document Preparation and Filing | Preparation of petition and calls to client. Review, and explaination of petition and filing along with signing of documents by client | $375.00 | 2.7 | $1,012.50 |
| 03/05/2024 | MH | CASE UPDATE | Spoke to Russell Drazin to inform him that I faxed over the notice of filing a Bankruptcy. They cancelled the sale of property | $175.00 | 0.1 | $17.50 |
| 03/11/2024 | CEW | File Documents | Filing of Corp Ownership | $375.00 | 0.1 | $37.50 |
| 04/03/2024 | CEW | File Documents | Amended Voluntary Petition | $375.00 | 0.1 | $37.50 |

| Date | Initials | Task | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 04/04/2024 | CEW | Document Filing | Preparation and filing of Application to Employ - spoke with client | $375.00 | 0.3 | $112.50 |
| 04/05/2024 | CEW | Preparation | Review with the client to prepare for 341. Reviewed details and nature of 341. Printed documents and corrections. | $375.00 | 1.1 | $412.50 |
| 04/08/2024 | CEW | Hearing | Discussion with the client about 341 hearing. Joined 341 hearing, and the hearing was rescheduled. Review of documents. | $375.00 | 0.6 | $225.00 |
| 04/10/2024 | CEW | client meeting | In-person meeting with the client to review the petition and schedules again, answer the questions, and explain the nature and requirements of 341. Received and reviewed mortgage documents | $375.00 | 1.1 | $412.50 |
| 04/12/2024 | CEW | Hearing | Preparation for and continued 341 hearing. Post-call with the client. The trustee requests follow-up on fees. Need- revise disclosure and application to employ. Call the attorney for the bank. Reviewed Deed Trust and Closing documents | $375.00 | 2.3 | $862.50 |
| 04/16/2024 | CEW | Document prep and review | Response to Trustee request and amendment to schedule and SOFA. Discussion with the client about needed information requested by the Trustee. | $375.00 | 1.1 | $412.50 |
| 05/23/2024 | CEW | review document | Reviewing documents prepared for filing | $375.00 | 0.6 | $225.00 |
| 05/23/2024 | LA | Call to client | Inputting time for Ken Jones | $175.00 | 0.5 | $87.50 |
| 05/28/2024 | LA | Document Preparation | Model for Monthly Operating Report- input for Kenny Jones | $175.00 | 1.0 | $175.00 |
| 05/29/2024 | LA | Document Preparation | Kenny Jones - Input Income for March Operating Report | $175.00 | 0.5 | $87.50 |
| 05/29/2024 | LA | Document Preparation | Input for Ken Jones - Establish Model for Zelle payments | $175.00 | 1.3 | $227.50 |
| 06/03/2024 | CEW | Call to client | call to client - status updates | $375.00 | 0.3 | $112.50 |
| 06/07/2024 | LA | Document Preparation | Kenny Jones - April Income Data | $175.00 | 2.0 | $350.00 |
| 06/09/2024 | LA | Document Preparation | Kenny Jones - Disbursements Calculations | $175.00 | 0.7 | $122.50 |
| 06/10/2024 | LA | Document Preparation | Kenny Jones - Calculate Total Debts | $175.00 | 1.0 | $175.00 |
| 06/12/2024 | CEW | Document Preparation | Reviewed Reports prepared by Ken Jones Economist for WLG | $375.00 | 2.3 | $862.50 |
| 06/19/2024 | LA | Document Preparation | Kenny Jones - April Monthly Report | $175.00 | 0.5 | $87.50 |
| 06/20/2024 | LA | Document Preparation | Kenny Jones - Continued April Monthly Operating Report | $175.00 | 1.0 | $175.00 |
| 06/23/2024 | CEW | Document Preparation | Meeting with Kenny Jones WLG Economist - May Monthly Operating Report | $375.00 | 2.0 | $750.00 |
| 06/24/2024 | CEW | Client Conference | Review and filing of Monthly operating reports. Spoke with the client. Spoke with opposing counsel regarding the case. Talked to the client again. | $375.00 | 1.1 | $412.50 |
| 07/09/2024 | CEW | Client Conference | Meeting with the client regarding information for operating report and status of DIP account. Reviewed information for Calls to different banks about setting up a DIP account. Document review and explanation of documents received from the Trustee | $375.00 | 1.8 | $675.00 |

| Date | Atty | Task | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/10/2024 | CEW | Case file review and research | Contacted Miss Green regarding the dip account. Reviewed the requirements associated with the chapter 11 bankruptcy with Miss Green again. Also reviewed additional monthly operating report with Miss Green and members of the Walton law group. Called opposing counsel no answer | $375.00 | 1.1 | $412.50 |
| 07/14/2024 | CEW | Document Preparation | Document preparation | $375.00 | 0.3 | $112.50 |
| 07/15/2024 | CEW | Document Filing | File monthly reports and attachments for Miss Green followed up update to the client | $375.00 | 0.5 | $187.50 |
| 07/16/2024 | CEW | Document Preparation | Preparation of June Monthly Report | $375.00 | 0.3 | $112.50 |
| 07/18/2024 | CEW | Client Conference | Review of all requirements with Client | $375.00 | 0.7 | $262.50 |
| 07/19/2024 | CEW | Document Review | Review of Proposed Chapter 11 plan - call to opposing counsel | $375.00 | 2.5 | $937.50 |
| 07/29/2024 | CEW | Review of case | Chapter 11 plan and disclosure preparation | $375.00 | 3.1 | $1,162.50 |
| 08/01/2024 | CEW | Meeting Preparation | Reviewed -taxes for 2023/projected/ budget | $375.00 | 0.5 | $187.50 |
| 08/01/2024 | CEW | Document prep and review | Review of proposed taxes state and federal | $375.00 | 0.4 | $150.00 |
| 08/01/2024 | LA | Document Preparation | Prepared a financial outline of the balance sheet for the bankruptcy plan | $175.00 | 1.1 | $192.50 |
| 08/01/2024 | CEW | Document Review | Review of bank statements Matarese and Thersa Green for a budget projection | $375.00 | 0.2 | $75.00 |
| 08/02/2024 | JKD | Research | on applicability of automatic stay to LLC real property that is collateral for a mortgage guaranteed by debtor | $375.00 | 1.3 | $487.50 |
| 08/12/2024 | CEW | Document Preparation | Worked on Chapter 11 plan and disclosure statement | $375.00 | 2.5 | $937.50 |
| 08/19/2024 | CEW | Document prep and review | Writing of disclosure and chapter 11 plan | $375.00 | 2.1 | $787.50 |
| 09/16/2024 | CEW | Document Filing | Preparation and document filing of notice and order, Chapter 11 Plan and Disclosure Statement | $375.00 | 0.5 | $187.50 |
| 09/17/2024 | CEW | Document Preparation | Motion on Deed and borrow money | $375.00 | 0.9 | $337.50 |
| 09/18/2024 | MT | Phone Call | Phone call with Kerry Hopkins, clerk for Judge Ruark, regarding a continuance. She stated that CEW would have to put it in writing and Judge Ruark would have to approve the order. | $125.00 | 0.2 | $25.00 |
| 09/18/2024 | MT | Document Preparation | Preparation of motion for continuance for 10/24/25 hearing. | $125.00 | 0.5 | $62.50 |
| 09/19/2024 | MT | Draft | Drafted motion for continuance and proposed order. | $125.00 | 0.7 | $87.50 |
| 10/01/2024 | MT | Phone Call | Phone call with Ms. Green to let her know about her 10/31 hearing. | $125.00 | 0.1 | $12.50 |
| 10/01/2024 | MT | Document Upload | Added Document: 20240920 Order on Hearing | $125.00 | 0.1 | $12.50 |
| 10/03/2024 | CEW | Case file review and research | Case review and calls to opposing counsel (no answer) - calls about refinance of home. | $375.00 | 2.3 | $862.50 |
| 10/11/2024 | CEW | Review | Review of case options with staff and client - discussed mediation and adversary complaint | $375.00 | 0.7 | $262.50 |
| 10/14/2024 | CEW | CASE STRATEGY | Case review development of strategy to overcome Apter 13 plan hearing that's coming up based on actions by the Linda and the mortgage company | $375.00 | 1.1 | $412.50 |

| Date | Staff | Task | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 10/21/2024 | CEW | Document Preparation | Response to opposition to motion to add Green to Deed and borrow | $375.00 | 2.9 | $1,087.50 |
| 10/21/2024 | JKD | Document Review | review and edit motion | $375.00 | 1.3 | $487.50 |
| 10/23/2024 | CEW | Email | Emails regarding consent and calls | $375.00 | 0.1 | $37.50 |
| 10/23/2024 | JKD | Document Review | review and edit draft motion for continuance and proposed order; file motion and proposed order | $375.00 | 0.7 | $262.50 |
| 11/04/2024 | CEW | Document Modification | Reviewed revised plan for Miss Green | $375.00 | 0.5 | $187.50 |
| 11/29/2024 | CEW | Reports Preparation | Prepared Bankruptcy Reports - Jun. July, August, September, October 903 | $375.00 | 2.1 | $787.50 |
| 12/01/2024 | CEW | Reports Preparation | Review Reports for dip statement | $375.00 | 0.2 | $75.00 |
| 12/03/2024 | LA | Reports Preparation | Projection of 4 months income for Styles by Marty. | $175.00 | 1.1 | $192.50 |
| 12/09/2024 | CEW | Client Call | Prepare for meeting | $375.00 | 0.5 | $187.50 |
| 12/11/2024 | CEW | client meeting | Case presentation for motion hearing | $375.00 | 2.8 | $1,050.00 |
| 12/11/2024 | CEW | Hearing | Hearing | $375.00 | 2.1 | $787.50 |
| 12/11/2024 | CEW | Call to client | follow | $375.00 | 0.0 | $6.25 |
| 12/16/2024 | JKD | Document Preparation | confer with CEW; research requirements for ballot packages for Chapter 11 cases; prepare ballot packages | $375.00 | 3.0 | $1,125.00 |
| 12/18/2024 | MT | Mailing prep | Document prep for mailing to kenworthy, verstanding, us trustee, and stevens | $125.00 | 0.3 | $37.50 |
| 12/18/2024 | JKD | Document Preparation | prepare final versions of debtor's ballot for Chapter 11 plan; prepared instructions for service of ballot for MT; filed certificate of service for ballot | $375.00 | 2.0 | $750.00 |
| 01/14/2025 | JKD | Document Review | reviewed ballots - found that deadline for response was February 5th - put that date on mycase calendar | $375.00 | 0.1 | $37.50 |
| 01/17/2025 | MT | Phone Call | Task Completed: Call for 903 - Remote request | $125.00 | 0.2 | $25.00 |
| 01/22/2025 | JKD | Document Preparation | review objections filed by WCP; review file; prepare and file objections to WCP plan | $375.00 | 3.3 | $1,237.50 |
| 01/22/2025 | CEW | Document prep and review | Review of objection | $375.00 | 1.2 | $450.00 |
| 01/23/2025 | MT | Document Preparation and Filing | Prepared motion to appear remotely and filed with JKD. | $125.00 | 0.5 | $62.50 |
| 01/24/2025 | CEW | case prep and legal research | Review of Case file calls, and conversations with the client follow up with Opposing counsel. Review of documents associated with clients loan. | $375.00 | 2.4 | $900.00 |
| 01/28/2025 | CEW | Document Preparation and Filing | Revised MFC and filed | $375.00 | 0.5 | $187.50 |
| 01/29/2025 | MT | Communication | communicated via email with judge chavez-ruark's law clerk on the status of mfc filed on 1/28/25 for 2/13/25 hearing. | $125.00 | 0.1 | $12.50 |
| 02/04/2025 | CEW | client meeting | Discussed foreclosure and loan needed | $375.00 | 1.1 | $412.50 |
| 02/05/2025 | CEW | Call to client | Call to Client about the purchase of which one the home and whether she talked to the bank the realtor or anyone else about to purchase other home | $375.00 | 0.1 | $37.50 |
| 02/07/2025 | JKD | Document Preparation and Filing | Reviewed file, mail logs, and emails to confirm that no ballots were received; Drafted tally of ballots; conferred with CEW; filed tally of ballots | $375.00 | 1.0 | $375.00 |

| 02/25/2025 | CEW | client meeting | Multiple conference calls with the client reminded the client that she could pay the mortgage which she indicated she couldn't pay at the rate that it is. We discussed refinancing being the essential part of what she needs to do. | $375.00 | 0.9 | $337.50 |
|---|---|---|---|---|---|---|
| 02/25/2025 | CEW | Call to client | Call to Client about refinance a purchase of the house | $375.00 | 0.1 | $37.50 |
| 03/03/2025 | CEW | Call to client | Call to client and explained the upcoming hearing. | $375.00 | 0.3 | $112.50 |
| 03/04/2025 | CEW | Case Preparation | Case preparation | $375.00 | 1.1 | $412.50 |
| 03/07/2025 | CEW | Client Call | Client agreed to sell the house - | $375.00 | 0.4 | $150.00 |
| 03/07/2025 | CEW | Opposing Party | Follow up with opposing counsel and reached agreement with lender and approved by client. | $375.00 | 0.4 | $150.00 |
| 03/09/2025 | CEW | Case Preparation | Case's preparation for settlement and chapter 11 case | $375.00 | 2.1 | $787.50 |
| 03/10/2025 | MT | Review | Review of 20250310 Proceeding Memo and deadline input | $125.00 | 0.2 | $25.00 |
| 03/10/2025 | CEW | Hearing | Hearing Preparation and Hearing | $375.00 | 3.1 | $1,162.50 |
| 04/16/2025 | CEW | Documentation Prep | motion to expedite | $375.00 | 0.4 | $150.00 |
| 04/29/2025 | CEW | Document Preparation | Preparation and review of several monthly operating reports | $375.00 | 3.1 | $1,162.50 |
| 04/30/2025 | CEW | Document Preparation | Prep of Aug-Dec 24 MOR Statements. Organization of Aug - Dec 24 and Jan-Mar 25 M&T Statements | $375.00 | 2.0 | $750.00 |
| 05/02/2025 | CEW | Document prep and review | Calls to Client and Mortgage Companies. Supplied information to the Real Estate Professional. Document preparation, review, and filing. Discussed appraisal | $375.00 | 2.4 | $900.00 |
| 05/05/2025 | MT | Prep for hearing | Prep of docs and file for CEW. Hearing on 5/6 at 1 p.m. | $125.00 | 3.0 | $375.00 |
| 05/06/2025 | CEW | Hearing | Prep for Hearing and Hearing on the Chapter 11 Plan. Calls to the realtor and the client. | $375.00 | 2.7 | $1,012.50 |
| 05/19/2025 | CEW | Document Preparation and Filing | time includes document prep of september 24-march 25 amended mors and check on number accuracy . prep of bank statements for filing. filing via cm/ecf | $375.00 | 2.5 | $937.50 |
| 05/28/2025 | CEW | Document Preparation and Filing | Document prep and filing of April 25 MOR. Filing via cm/ecf | $375.00 | 0.5 | $187.50 |
| 06/12/2025 | CEW | Document Preparation and Filing | Document prep and filing of May 25 MOR. Filed via cm/ecf | $375.00 | 0.5 | $187.50 |
| **Non-billable Time Entries:** | | | | | | |
| 03/31/2025 | MT | Scan and Upload | Added Document: 20250313 Order Conditionally Approving Disclosure Statement | $125.00 | 0.1 | $12.50 |
| | | | | Totals: | 116.0 | $39,871.25 |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/18/2024 | MT | Mailing | Mailing of docket 68, 57, 37, and ballots to kenworthy, verstanding, us trustee, and lisa stevens | $11.48 | 4.0 | $45.92 |
| 06/04/2025 | CEW | Accountant | Ordered certified copy of Articles | $40.00 | 1.0 | $40.00 |

| | |
|---|---|
| Expense Total: | **$85.92** |

| | |
|---|---|
| Time Entry Sub-Total: | $39,871.25 |
| Expense Sub-Total: | $85.92 |
| **Sub-Total:** | $39,957.17 |
| **Total:** | $39,957.17 |
| **Amount Paid:** | $4,979.00 |
| **Balance Due:** | **$34,978.17** |