Entered: September 3rd, 2025
Signed: August 29th, 2025

**SO ORDERED**



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | |
|---|---|
| **In re:**<br><br>**903 LAKE FRONT DRIVE, LLC,**<br><br>**Debtor.** | Case Number:  24-11815-MCR<br>(Chapter 11) |

### ORDER REQUIRING WCP FUND I LLC TO FILE A STATUS REPORT

On July 7, 2025, WCP Fund I LLC, as servicer for Pacific RBLF Funding Trust ("WCP Fund"), filed a Notice of Auction Pursuant to Plan of Reorganization [Dkt. No. 149] (the "Notice").  The Notice of Auction states that an auction of the real property and improvements thereupon known as 903 Lake Front Drive, Bowie, Maryland 20721 (the "Property") will be conducted on July 15, 2025 (the "Auction").  The Court is unaware of the results of the Auction.  Accordingly,  it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that within fourteen (14) days of the date of entry of this Order, WCP Fund shall file a status report setting forth the results of the Auction.

cc:     Debtor – 903 Lake Front Drive, LLC
        Debtor's Counsel – Charles Earl Walton
        WCP Fund I LLC's Counsel – Maurice B. VerStandig
        United States Trustee

**END OF ORDER**