IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| 903 Lake Front Drive, LLC | Chapter 11<br>Case No. 24-11815 |
| Debtor(s) | POC #1 |

### LINE WITHDRAWING
### PRINCE GEORGE'S COUNTY, MARYLAND'S
### PROOF OF CLAIM FILED 7/1/2024 IN THE AMOUNT OF $8,205.83
### FOR FISCAL YEAR 2025 REAL PROPERTY TAXES
### ASSIGNED TAX ACCOUNT NO. 13 1450923 00

Dear Clerk:

PLEASE WITHDRAW Prince George's County, Maryland's Proof of Claim filed 7/1/2024 in the amount of $8,205.83 for Fiscal Year 2025 Real Property Taxes assigned Tax Account No. 13 1450923 00 filed herein.

MEYERS, RODBELL & ROSENBAUM, P.A.

By:/s/Nicole C. Kenworthy
    Nicole C. Kenworthy
    6801 Kenilworth Avenue, Suite 400
    Riverdale, Maryland 20737-1385
    301-699-5800
    Attorneys for Prince George's County, Maryland

### CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2025 a copy of the foregoing Line was mailed by first-class mail, postage prepaid to:

Charles Earl Walton, Esquire
Walton Law Group, LLC
10905 Fort Washington, Suite 201
Fort Washington, MD 20744-
cwalton@cwaltonlaw.com

/s/Nicole C. Kenworthy
Nicole C. Kenworthy

Law Offices
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue
Suite 400
Riverdale, Maryland 20737-1385
(301) 699-5800
EMail: bdept@mrrlaw.net