# United States Bankruptcy Court
## District of Maryland

In re: __903 Lake Front Drive, LLC__  
Debtor(s)

Case No. __24-11815__  
Chapter __11__

## CERTIFICATE OF SERVICE

I hereby certify that on **September 15, 2025**, a copy of the June 2025 Post Confirmation Report was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Jeanette Rice - US Trustee CM/ECF**

**Washington Capital Partners – Maurice Belmont Verstanding mac@mbvesq.com, Attorney for Creditor - WCP**

**Prince George's County, Maryland**  
c/o Meyers, Rodbell & Rosenbaum, P.A.  
6801 Kenilworth Ave., Ste 400  
Riverdale Park, MD 20737

/s/ Charles E Walton

**Charles E Walton**  
**Walton Law Group**  
**10905 Fort Washington Road Ste 201**  
**Fort Washington, MD 20744**  
**301-292-8357**  
**Fax:301-292-9439**  
**cwalton@cwaltonlaw.com**