Entered: October 16th, 2025
Signed: October 16th, 2025

**SO ORDERED**

No opposition filed.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **903 Lake Front Drive,**  *Debtor* | Case No.: 24-11815  Chapter 11 |

### ORDER ON PETITION FOR ALLOWANCE OF ATTORNEY'S FEES

The foregoing Amended Petition for Allowance of Attorney's Fees having been read and considered, it is thereupon by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Attorney in the above-captioned Chapter 11 be granted attorney's fees in the amount of ($34,978.17).

Cc:
United States Trustee
Maurice Belmont Verstanding
Prince George's County, Maryland