IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-11815-MCR |
| | ) | (Chapter 11) |
| 903 LAKE FRONT DRIVE, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**REPORT OF AUCTION PURSUANT TO PLAN OF REORGANIZATION**

Comes now WCP Fund I LLC as servicer for Pacific RBLF Funding Trust ("WCP"), by and through undersigned counsel, pursuant to the First Amended Chapter 11 Plan of Reorganization of 903 Lake Front Drive, LLC Proposed by WCP Fund I LLC, DE #88, as confirmed by this Honorable Court, DE #142, and reports as follows:

On July 15, 2025, at or about 10:00 am prevailing eastern time, an auction was conducted on the front steps at 6500 Cherrywood Lane, Greenbelt, Maryland 20770, at which the real property and improvements thereupon commonly known as 903 Lake Front Drive, Bowie, Maryland 20721 (the "Property") was sold to WCP upon that entity's making of a credit bid in the amount of $400,000.00.

A trustee's deed was thereafter conveyed by the debtor herein, to WCP, and recorded amongst the land records of Prince George's County, Maryland, commencing on page 308 of book 51288, on or about September 19, 2025.

*[Signature on Following Page]*

1

Respectfully submitted,

Dated: October 26, 2025

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of October, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

- Nicole C. Kenworthy     bdept@mrrlaw.net
- Courtney L. Morgan     courtney.l.morgan@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt     USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig     mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- Charles Earl Walton     cwalton@cwaltonlaw.com, mhall@cwaltonlaw.com,cwaltonlaw@gmail.com;waltoncr91773@notify.bestcase.com,msolomon@cwaltonlaw.com

I FURTHER CERTIFY that on the 26th day of October, 2025, a copy of the foregoing is being sent via First Class Mail, postage prepaid, to all parties on the attached mailing matrix, *except* no copy is being sent to undersigned counsel.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2