**United States Bankruptcy Court**
**District of Maryland – Greenbelt Division**

In re       903 Lake Front Drive, LLC                                      Case No.   **24-11815**

                                       Debtor(s)                           Chapter    **11**

**CERTIFICATE OF SERVICE**

I hereby certify that on  **November 7, 2025**  a copy of  the September 2025 Post Confirmation Report was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Jeanette Rice - US Trustee CM/ECF**

**Washington Capital Partners – Maurice Belmont Verstanding mac@mbvesq.com, Attorney for Creditor - WCP**

**Prince George's County, Maryland c/o**
**Meyers, Rodbell & Rosenbaum, P.A.**
**6801 Kenilworth Ave., Ste 400 Riverdale**
**Park, MD 20737**

                                                                    **/s/ Charles E Walton**

                                                                    **Charles E Walton**
                                                                    **Walton Law Group**
                                                                    **10905 Fort Washington Road Ste 201**
                                                                    **Fort Washington, MD 20744**
                                                                    **301-292-8357**
                                                                    **Fax:301-292-9439  cwalton@cwaltonlaw.com**