# United States Bankruptcy Court
### District of Maryland – Greenbelt Division

In re    **903 Lake Front Drive, LLC**    Case No.   **24-11815**

Debtor(s)    Chapter   **11**

## CERTIFICATE OF SERVICE

I hereby certify that on **April 24, 2026** a copy of the December 2025 Post Confirmation Report was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Jeanette Rice - US Trustee CM/ECF**

**Washington Capital Partners – Maurice Belmont Verstanding mac@mbvesq.com, Attorney for Creditor - WCP**

**Prince George's County, Maryland c/o**
**Meyers, Rodbell & Rosenbaum, P.A.**
**6801 Kenilworth Ave., Ste 400 Riverdale**
**Park, MD 20737**

**/s/ Charles E Walton**

**Charles E Walton**
**Walton Law Group**
**10905 Fort Washington Road Ste 201**
**Fort Washington, MD 20744**
**301-292-8357**
**Fax:301-292-9439  cwalton@cwaltonlaw.com**