## United States Bankruptcy Court
### District of Maryland – Greenbelt Division

In re      **903 Lake Front Drive, LLC**      Case No.    **24-11815**

Debtor(s)      Chapter    **11**

### CERTIFICATE OF SERVICE

I hereby certify that on **April 30, 2026** a copy of the December 2025 Post Confirmation Report was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Jeanette Rice - US Trustee CM/ECF**

**Washington Capital Partners – Maurice Belmont Verstanding mac@mbvesq.com, Attorney for Creditor - WCP**

**Prince George's County, Maryland c/o
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave., Ste 400 Riverdale
Park, MD 20737**

**/s/ Charles E Walton**

**Charles E Walton
Walton Law Group
10905 Fort Washington Road Ste 201
Fort Washington, MD 20744
301-292-8357
Fax:301-292-9439  cwalton@cwaltonlaw.com**