FOR INQUIRIES CALL:   **FORT WASHINGTON**
(301) 292-6525

00   0 06518M NM  017

000010901 MIDS1548D01731610173 01 000000 022976 001          P

**903 LAKE FRONT DRIVE, LLC**
**DEBTOR IN POSSESSION CASE NO 24-11815-MC**
**MARTERESE V GREEN, OWNER**
**903 LAKE FRONT DR**
**BOWIE MD 20721-2952**

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 6322 | 01/01/26 - 01/31/26 |

| | |
|---|---|
| BEGINNING BALANCE | ($55.72) |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 13.68 |
| ENDING BALANCE | ($69.40) |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 01/01/2026 | BEGINNING BALANCE | | | ($55.72) |
| 01/09/2026 | SERVICE CHARGE FOR ACCOUNT          6322 | | $13.68 | (69.40) |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

**GTR WASHINGTON COMMERCIAL BANK**
**7799 LEESBURG PIKE SUITE 600 NORTH TOWER**

**M&T Bank**

FOR INQUIRIES CALL:   FORT WASHINGTON
(301) 292-6525

00   0 06518M NM 017

000000009 MIDS1548D01728621881 01 000000 023122 001    P

903 LAKE FRONT DRIVE, LLC
DEBTOR IN POSSESSION CASE NO 24-11815-MC
MARTERESE V GREEN, OWNER
903 LAKE FRONT DR
BOWIE MD 20721-2952

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 3322 | 02/01/26 - 02/28/26 |

| | |
|---|---|
| BEGINNING BALANCE | ($69.40) |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 13.85 |
| ENDING BALANCE | ($83.25) |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 02/01/2026 | BEGINNING BALANCE | | | ($69.40) |
| 02/11/2026 | SERVICE CHARGE FOR ACCOUNT 3322 | | $13.85 | (83.25) |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

EFFECTIVE JANUARY 1, 2026, THE FEE FOR INSTANT PAYMENT CREDIT RECEIVED IS $0.68
EACH. WE ERRONEOUSLY LISTED A HIGHER AMOUNT ON THE COMMERCIAL DEPOSIT ACCOUNT
FEE SCHEDULE. YOU MAY CALL OR VISIT YOUR LOCAL BRANCH FOR ADDITIONAL QUESTIONS.

**M&T** Bank

OR INQUIRIES CALL:    **FORT WASHINGTON**
(301) 292-6525

00    0 06518M NM  017

000000705 MIDS1548D01701634683 01 000000 023035 001                    P

**903 LAKE FRONT DRIVE, LLC**
**DEBTOR IN POSSESSION CASE NO 24-11815-MC**
**MARTERESE V GREEN, OWNER**
**903 LAKE FRONT DR**
**BOWIE MD 20721-2952**

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 6322 | 03/01/26 - 03/31/26 |

| | |
|---|---|
| BEGINNING BALANCE | ($83.25) |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 13.91 |
| ENDING BALANCE | ($97.16) |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 03/01/2026 | BEGINNING BALANCE | | | ($83.25) |
| 03/09/2026 | SERVICE CHARGE FOR ACCOUNT 6322 | | $13.91 | (97.16) |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

TREASURY MANAGEMENT (TM) CUSTOMERS - WE HAVE REVISED OUR STANDARD MASTER
TREASURY MANAGEMENT SERVICES AGREEMENT AND PRODUCT TERMS AND CONDITIONS BOOKLET.
EFFECTIVE MAY 15, 2026, YOUR USE OF TM SERVICES WILL BE GOVERNED BY THE REVISED
TERMS AND SERVICES AGREEMENT, AS IF SIGNED BY YOUR ORGANIZATION AND RETURNED TO
US. TO REVIEW THE DETAILED CHANGES, VISIT MTB.COM/TMTERMS. FOR CUSTOMERS WHOSE
TM SERVICES ARE GOVERNED BY NEGOTIATED OR PRE-2012 AGREEMENTS, IN THE EVENT OF A
CONFLICT, UNLESS ELIGIBLE FOR AMENDMENT BY NOTICE OR RATIFICATION BY CONTINUED
USE, EXISTING PROVISIONS WILL GOVERN, BUT ONLY TO THE EXTENT NECESSARY.