IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:

903 LAKE FRONT DRIVE, LLC,                        * Case No. 24-11815
                                                  * Chapter 11
Debtor.                                           *


DEBTOR'S MOTION FOR ENTRY OF FINAL DECREE
AND ORDER CLOSING CASE

Comes Now, 903 Lake Front Drive, LLC, the debtor and debtor-in-possession in the above-captioned Chapter 11 case (the "Debtor"), by and through undersigned counsel, pursuant to 11 U.S.C. § 350, Federal Rule of Bankruptcy Procedure 3022, and applicable Local Rules of the United States Bankruptcy Court for the District of Maryland, respectfully moves this Court for entry of a Final Decree closing this Chapter 11 case, and in support thereof states as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

4. On or about the 4th of May, 2024, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

5. The Debtor continued in possession of its assets and operation of its business as debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.

6. This Court entered an Order confirming the Debtor's Chapter 11 Plan of Reorganization (the "Plan").

7. The Plan has been substantially consummated within the meaning of 11 U.S.C. § 1101(2), including, among other things, that distributions required under the Plan have been completed, all transfers and operational steps contemplated by the Plan have been completed, all management and operation of its affairs consistent with the confirmed Plan have been completed, and the estate has been fully administered.

8. The Debtor has filed all required Monthly Operating Reports and has paid all quarterly fees due to the Office of the United States Trustee through the date required by law.

9. To the best of the Debtor's knowledge, there are no pending matters requiring continued administration of this bankruptcy estate that would justify keeping this case open.

10. Cause therefore exists for entry of a Final Decree and closure of this case pursuant to 11 U.S.C. § 350(a) and Federal Rule of Bankruptcy Procedure 3022.

11. Debtor requests closure Nunc pro tunc.

WHEREFORE, the Debtor respectfully requests that this Court enter a Final Decree finding that the estate has been fully administered, close this Chapter 11 case, and grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

/s/ Charles E. Walton
Charles E. Walton, Esq.
Walton Law Group, LLC
10905 Fort Washington Road, Suite 201
Fort Washington, Maryland 20744
Telephone: (301) 292-8357
Facsimile: (301) 292-9439
Email: cwalton@cwaltonlaw.com
Counsel for Debtor
903 Lake Front Drive, LLC

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _28__ day of _____May, 2026, a copy of the foregoing

Debtor's Motion for Entry of Final Decree and Order Closing Case was served electronically

through the Court's CM/ECF system upon all parties entitled to notice in this case, including the

Office of the United States Trustee or mailed first class postage prepaid to the attached list of

creditors.


**US Trustee**

**Washington Capital Partners -Maurice Belmont VerStandig mac@mbvesq.com, Attorney for Creditor - WCP**
**Prince George's County, Maryland**
**c/o Meyers, Rodbell & Rosenbaum, P.A.**
**6801 Kenilworth Ave., Ste. 400**
**Riverdale Park, MD 20737**


Respectfully submitted,

/s/ Charles E. Walton
Charles E. Walton, Esq.