**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | |
|---|---|
| In re:<br><br>**903 LAKE FRONT DRIVE, LLC,**<br><br>Debtor. | **Case No.  24-11815-MCR**<br>**Chapter 11** |

**UNITED STATES TRUSTEE'S LIMITED OBJECTION TO DEBTOR'S
MOTION FOR ENTRY OF FINAL DECREE AND ORDER CLOSING CASE**

Matthew W. Cheney, Acting United States Trustee for Region 4 (the "United States Trustee"), by counsel, hereby files this limited objection to the Debtor's Motion for Entry of Final Decree and Order Closing Case (the "Motion") filed by 903 Lake Front Drive, LLC (the "Debtor").  *See* ECF 166.

The Debtor indicates in the Motion that it has paid all quarterly fees due to the United States Trustee.  This is incorrect.  The Debtor is delinquent in paying quarterly fees, which remain outstanding as of the date of this filing.  The United States Trustee has informed the Debtor of its noncompliance.  Though the Debtor has promised to cure the delinquency, the United States Trustee files this limited objection to preserve his rights should the Debtor fail to timely pay all quarterly fees due and owing to the United States Trustee in full.  The United States Trustee will file a line with this Court when all fees are shown as paid in the United States Trustee's accounting system.

WHEREFORE, the United States Trustee respectfully requests that the Court deny the Motion unless and until all quarterly fees are paid in full to the United States Trustee and granting such other and further relief as this Court deems necessary and appropriate.

2

Dated: June 8, 2026

**MATTHEW W. CHENEY**
Acting United States Trustee for Region 4
By Counsel:


By: /s/ Courtney L. Morgan
Courtney L. Morgan, Bar No. 17817
Trial Attorney
Office of United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
Telephone: (301) 344-0023
Fax: (301) 344-8431
Email: Courtney.L.Morgan@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 8, 2026, a copy of the foregoing United States

Trustee's Limited Objection to Debtors' Motion for Entry of Final Decree and Order Closing

Case was served electronically through the Court's Electronic Case Filing notices system on the

following:

- **Nicole C. Kenworthy**    bdept@mrrlaw.net
- **US Trustee - Greenbelt**    USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**    mac@mbvesq.com,
  lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- **Charles Earl Walton**    cwalton@cwaltonlaw.com,
  mhall@cwaltonlaw.com,cwaltonlaw@gmail.com;waltoncr91773@notify.bestcase.com,msolomon@cwaltonlaw.com

And by first-class mail, postage pre-paid to:

**Sara Leslie Campbell**
The Real Estate Store LLC
5623 Allentown Road
Ste 102
Camp Spring, MD 20746

/s/ Courtney L. Morgan
Courtney L. Morgan

3