**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| In re:<br><br>**903 LAKE FRONT DRIVE, LLC,**<br><br>Debtor. | **Case No.  24-11815-MCR**<br>**Chapter 11** |

**LINE INDICATING DEBTOR COMPLIANCE**

Matthew W. Cheney, Acting United States Trustee for Region 4 (the "United States Trustee"), by counsel, hereby files this Line to update the Court on the status of the United States Trustee's Limited Objection to Debtor's Motion for Entry of Final Decree and Order Closing Case (the "Limited Objection") [ECF 167].  At the time the Limited Objection was filed, the abovementioned Debtor was delinquent in paying quarterly fees owed to the United States Trustee.  The United States Trustee can now confirm that all quarterly fees owed by the Debtor have been paid in full.  The United States Trustee therefore has no remaining objection to the Debtor's Motion for Entry of Final Decree and Order Closing Case [ECF 166].

Dated: June 15, 2026

**MATTHEW W. CHENEY**
Acting United States Trustee for Region 4
By Counsel:

*By: /s/ Courtney L. Morgan*
Courtney L. Morgan, Bar No. 17817
Trial Attorney
Office of United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
Telephone: (301) 344-0023
Fax: (301) 344-8431
Email: Courtney.L.Morgan@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 15, 2026, a copy of the foregoing Line Indicating

Debtor Compliance was served electronically through the Court's Electronic Case Filing notices

system on the following:

- **Nicole C. Kenworthy**    bdept@mrrlaw.net
- **US Trustee - Greenbelt**    USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**    mac@mbvesq.com,
  lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- **Charles Earl Walton**    cwalton@cwaltonlaw.com,
  mhall@cwaltonlaw.com,cwaltonlaw@gmail.com;waltoncr91773@notify.bestcase.com,msolomon@cwaltonlaw.com

And by first-class mail, postage pre-paid to:

**Sara Leslie Campbell**
The Real Estate Store LLC
5623 Allentown Road
Ste 102
Camp Spring, MD 20746

/s/ Courtney L. Morgan
Courtney L. Morgan

2