Entered: June 26th, 2026
Signed: June 25th, 2026

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:
903 LAKE FRONT DRIVE, LLC,                * Case No. 24-11815
                                          * Chapter 11
Debtor.                                   *

ORDER ENTERING FINAL DECREE AND CLOSING CASE

Upon consideration of the Debtor's Motion for Entry of Final Decree and Order Closing

Case, and it appearing that the estate has been fully administered pursuant to 11 U.S.C. § 350

and Federal Rule of Bankruptcy Procedure 3022, it is hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the above-captioned Chapter 11 case is CLOSED; and it is further

ORDERED, that the Court shall retain jurisdiction to interpret and enforce its prior orders and
the confirmed Plan as necessary.

SO ORDERED.

Cc:
All Creditor
Chapter 11 Trustee
Debtor